IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NUCLEONICS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-174-JJF |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard J. Oparil and James K. Lewis of Patton Boggs LLP, to represent Plaintiff, Benitec Australia LTd. in this matter.  Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR

_____
Kevin M. Baird (#4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____        _____
                                     United Stated District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: March 7, 2005       Signed: _____
                                                        Richard J. Oparil
                                                        Patton Boggs LLP
                                                        2550 M Street, N.W.
                                                        Washington, D.C. 20037
                                                        (202) 457-6000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: March 4, 2005            Signed: _____
                                        James K. Lewis
                                        Patton Boggs LLP
                                        1660 Lincoln Street
                                        Suite 1900
                                        Denver, Colorado 80264
                                        (303) 830-1776

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2005, I caused to be electronically filed a true and correct copy of the MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Paul E. Crawford, Esquire
> Connolly Bove Lodge & Hutz, LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19899

I further certify that on March 8, 2005, I caused a copy of the MOTION FOR ADMISSION PRO HAC VICE to be served by hand-delivery on the following counsel of record:

> Paul E. Crawford, Esquire
> Connolly Bove Lodge & Hutz, LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19899

I further certify that on March 8, 2005, I caused a copy of the MOTION FOR ADMISSION PRO HAC VICE to be served on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

> Jason A. Lief, Esquire
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, NY  10178-0060

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kevin M. Baird
_____
Kevin M. Baird (No. 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kbaird@ycst.com

*Attorneys for Benitec Australia Ltd.*