IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., <br><br> Plaintiff, <br><br> v. <br><br> NUCLEONICS, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No. 04-174-JJF <br><br> **CONFIDENTIAL-** <br> **FILED UNDER SEAL** |

## NUCLEONICS REPLY BRIEF IN SUPPORT
## OF ITS MOTION TO AMEND ITS ANSWER

                              Paul E. Crawford, Esq. (#0493)
                              CONNOLLY, BOVE, LODGE
                                & HUTZ
                              The Nemours Building
                              1007 North Orange Street
                              P.O. Box 2207
                              Wilmington, Delaware  19899
                              Telephone: (302) 658-9141
                              *Attorneys for Defendant*
                              *Nucleonics, Inc.*

Dennis J. Mondolino
Jason A. Lief
Thomas J. Puppa
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Telephone: (212) 309-6000
*Attorneys for Nucleonics Inc.*

**CONFIDENTIAL MATERIAL HEREIN IS FILED UNDER A**
**PROTECTIVE ORDER ENTERED PURSUANT TO THE COURT'S**
**OCTOBER 20, 2004 ORDER.  THIS ENVELOPE IS NOT TO BE**
**OPENED BY, NOR ITS CONTENTS TO BE DISCLOSED TO, ANY**
**PERSON NOT QUALIFIED BY COURT ORDER TO VIEW**
**CONFIDENTIAL MATERIAL**