# EXHIBIT 1

## Exhibit 1

### Australian Opposition Documents
### Produced by Benitec in September 2004

| DATE PRODUCED | BATES NUMBERS | DESCRIPTION |
|---|---|---|
| 9/30/04 | B 1481-1617 | Letters of agreement, deeds of assignment, and amending deeds between CSIRO, Benitec and QDPI to settle the Opposition. |
| 9/30/04 | B 1627-1979 | Deeds of assignment, commercialization agreements, license agreements, capital growth agreements, release and forbearance agreements between CSIRO, Benitec and QDPI to settle the Opposition. |
| 9/30/04 | B 1923-2029 | Patent assignments, license agreements, handwritten notes on agreements, presentations on the settlement, press releases on the CSIRO, Benitec and QDPI Opposition settlement. |
| 9/30/04 | B 2147-2175 | Handwritten notes on the agreement between CSIRO, Benitec and QDPI to settle the Opposition. |
| 9/30/04 | B 2291-2316 | Facilitation agreement and confidentiality agreements between CSIRO, Benitec and QDPI to settle the Opposition. |
| 9/30/04 | B 2349-2385 | Confidentiality agreement and deeds between CSIRO, Benitec and QDPI to settle the Opposition. |
| 9/30/04 | B 2401-2480 | Declaration of Geoffrey Ellacott submitted in the Opposition proceedings. |
| 9/30/04 | B 2496-2506 | Correspondence on the Opposition. |

364689v1

| DATE PRODUCED | BATES NUMBERS | DESCRIPTION |
|---|---|---|
| 9/30/04 | B 2507-2522 | Statement of Grounds and Particulars of Opposition filed by CSIRO in the Australian Patent Office. |
| 9/30/04 | B 4998-5010 | Correspondence on the Opposition. |

3646893v1

# EXHIBIT 2



**CSIRO
PLANT
INDUSTRY**

**CSIRO Plant Industry**
Cnr Clunies Ross Street and Barry Drive
Black Mountain, Canberra, ACT

Postal Address:
GPO Box 1600
CANBERRA ACT 2601
AUSTRALIA

Tel: (02) 6246 4911   Int: +61 2 6246 4911
Fax: (02) 6246 5000   Int: +61 2 6246 5000

In reply please quote:   PJW:CR:5436

11 February, 2000

Dr Rosemary Clarkeson
Executive Director
Agency for Food & Fibre Sciences
Queensland Department of Primary Industries
GPO Box 46
BRISBANE QLD 4001

Dear Dr Clarkeson

<u>Patent Applications PCT/AU99/00195 & PCT/IB99/00606</u>

I am responding to your letter of 27 January 2000 to Dr Peacock in relation to the above subject.

MATERIAL
REDACTED

RECFIND NO:- 00 01982

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 2533

Australian Science, Australia's Future

MATERIAL
REDACTED

Yours sincerely

P J Walsh
Commercial Manager

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 2534

2

# EXHIBIT 3



**CSIRO
PLANT
INDUSTRY**

CSIRO Plant Industry
Cnr Clunies Ross Street and Barry Drive
Black Mountain, Canberra, ACT

Postal Address:
GPO Box 1600
CANBERRA ACT 2601
AUSTRALIA

Tel: (02) 6246 4911   Int: +61 2 6246 4911
Fax: (02) 6246 5000   Int: +61 2 6246 5000

In reply please quote:     PJW:CR:5436

11 February, 2000

Dr Rosemary Clarkeson
Executive Director
Agency for Food & Fibre Sciences
Queensland Department of Primary Industries
GPO Box 46
BRISBANE  QLD 4001

Dear Dr Clarkeson

<u>Patent Applications PCT/AU99/00195 & PCT/IB99/00606</u>

I am responding to your letter of 27 January 2000 to Dr Peacock in relation to the above subject.

MATERIAL
REDACTED

RECFIND NO:- 00|01982

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 15940

Australian Science, Australia's Future

MATERIAL
REDACTED

Yours sincerely

P J Walsh
Commercial Manager

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 15941

# EXHIBIT 4

25/07 '02 THU 11:32 FAX 61 3 9288 1567     FREEHILLS CARTER SMITH B                     ☒003

AUSTRALIA

*PATENTS ACT* 1990 (CTH)

IN THE MATTER OF AUSTRALIAN PATENT
APPLICATION NO. 743316 IN THE NAME OF
BENITEC AUSTRALIA LIMITED AND STATE
OF QUEENSLAND THROUGH ITS
DEPARTMENT OF PRIMARY INDUSTRIES

– and –

OPPOSITION THERETO BY
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION

STATEMENT OF GROUNDS AND PARTICULARS OF OPPOSITION

Commonwealth Scientific and Industrial Research Organisation (the "Opponent") relies under s
59 of the *Patents Act* 1990 (Cth) (the "Act") on the following grounds and particulars of
opposition:

A.      GROUNDS OF OPPOSITION

1.      Section 59:

        (a)     that the nominated person is either:

                (i)     not entitled to a grant of a patent for the invention; or

                (ii)    entitled to a grant of a patent for the invention but only in conjunction
                        with some other person;

---

Filed on behalf of the Opponent by:

**BLAKE DAWSON WALDRON**
**PATENT SERVICES**
Level 39, 101 Collins Street
MELBOURNE VIC 3000

Tel:    (03) 9679 3000
Fax:    (03) 9679 3111
DX:     187 Melbourne
Ref:    WJP:13157089

141372205

**B 2507**

2.

(b)     that the invention is not a patentable invention because it does not comply with paragraph 18(1)(a) or (b);

(c)     that the specification filed in respect of the complete application does not comply with subsection 40(2) or (3).

The Opponent contests the claim to the priority date of 20 March 1998.

2.     The claims as accepted are not fairly based on the priority documents or the application as filed and are therefore not entitled to a priority date earlier than the date on which the amended claims were filed, being 26 April 2000.

3.     In the alternative, the claims as accepted are not fairly based on the priority documents and are therefore not entitled to a priority date earlier than the international filing date, being 19 March 1999.

B.     PARTICULARS OF OPPOSITION

4.     Each of these particulars is made in the alternative, and the inclusion of any particular is not to be taken to exclude the application of any other particular merely as a result of any apparent or potential inconsistency between the two.

SECTION 59(a)(i) – NOMINATED PERSON NOT ENTITLED TO A GRANT OF A PATENT FOR THE INVENTION

5.     Benitec Australia Limited ("Benitec") and the State of Queensland through its Department of Primary Industries ("QDPI") are not entitled to the grant of a patent for the invention.

(a)     The invention was made by a team of scientists all of whom were employed at all material times by the Opponent as full-time officers.

(b)     The inventing team comprised Dr Peter Waterhouse, Dr Ming-Bo Wang and Dr Michael Graham (the "CSIRO team")

(c)     The invention was made by the CSIRO team prior to 19 July 1996.

141372205

**B 2508**

3.

(d)     The opposed application improperly names as the inventors of the invention the following persons:

- Dr Michael Graham

- Robert Rice;

(e)     the true inventors are:

- Dr Peter Waterhouse

- Dr Ming-Bo Wang

- Dr Michael Graham

(f)     Dr Michael Graham ceased employment with the Opponent on 19 July 1996.

(g)     The Opponent is the owner of all patentable inventions developed by Dr Graham during the course of his employment with the Opponent.

(i)     Dr Graham was required to sign and did sign an Intellectual Property Acknowledgment and Undertaking to confirm his appointment by CSIRO, in which he acknowledged that all Intellectual Property (defined to include any patent, patent application, patentable idea, know-how or technology) generated by him during the course of his employment would be the property of the Opponent;

(ii)    Dr Graham's employment by CSIRO was also governed by the relevant terms of the *Science and Industry Research Act* 1949 (Cth). Section 54(1) of the *Science and Industry Research Act* provides that a discovery, invention or improvement of or in any process, apparatus or machine made by an officer of the Opponent in the course of the officer's official duties is the property of the Opponent;

(iii)   Dr Graham was an employee of the Opponent and therefore inventions made by Dr Graham during his employment are the property of the Opponent.

141372205

B 2509

25/07 '02 THU 11:32 FAX 61 3 9288 1567     FREEHILLS CARTER SMITH B                    ☒006

4.

(h)     The Opponent is therefore entitled to the grant of a patent for the invention.

SECTION 59(a)(ii) – NOMINATED PERSON ONLY ENTITLED TO A GRANT OF A
PATENT FOR THE INVENTION IN CONJUNCTION WITH SOME OTHER PERSON

6.     To the extent that Benitec and QDPI are entitled to the grant of a patent for the invention
they are so entitled only in conjunction with the Opponent.

(a)     The Opponent refers to and repeats the particulars set out in paragraph 3 above.

(b)     By reason of the particulars set out in paragraph 3 above, the Opponent is entitled
to the grant of a patent for the invention by itself or in conjunction with Benitec
and QDPI.

SECTION 59(b)

Section 18(1)(b)(i)

7.     The alleged invention as far as claimed in any claim when compared with the prior art
base as it existed before the priority date of that claim is not novel in light of one or more
of the following:

(a)     Waterhouse, P.M., Graham, M.W. & Wang M.-B., "Virus resistance and gene
silencing in plants can be induced by simultaneous expression of sense and
antisense RNA" Proc. Natl Acad. Sci USA 95: 13959-13964 (1998).

(b)     PCT Application No. PCT/IB99/00606 titled "Methods and means for obtaining
modified phenotypes" in the name of Commonwealth Scientific and Industrial
Research Organisation.

(c)     WO 98/53083 titled "Gene silencing" in the name of Zeneca Limited.

(d)     WO 99/32619 titled "Genetic inhibition by double-stranded RNA" in the name of
The Carnegie Institute of Washington and The University of Massachusetts

(e)     Fire et al, 1998, Nature 391:806-811, "Potent and specific genetic interference by
double-stranded RNA in Caenorhabditis elegans"

141372205

5.

(f)    Lisciewicz *et al*, 1993, Proc. Natl. Acad. Sci. USA 90:8000-8004, "Inhibition of human immunodeficiency virus type 1 replication by regulated expression of a polymeric Tat activation response RNA decoy as a strategy for gene therapy in AIDS.

(g)    Sun *et al*, 1995, Proc. Natl. Acad. Sci. USA 92:7272-7276, "Resistance to human immunodeficiency virus type 1 infection conferred by transduction of human peripheral blood lymphocytes with ribozyme, antisense, or polymeric trans-activation response element constructs".

(h)    Gervaix *et al*, 1997, J Virology 71:3048-3053, "Multigene Antiviral Vectors Inhibit Diverse Human Immunodeficiency Virus Type 1 Clades".

(i)    Bevec *et al*, 1994, Human Gene Therapy 5:193-201, "Constitutive expression of chimeric *Neo*-Rev response element transcripts suppresses HIV-1 replication in human CD4$^+$ T lymphocytes".

(j)    Sullenger *et al*, 1990, Cell 63:601-608, "Overexpression of TAR sequences renders cells resistant to human immunodeficiency virus replication".

(k)    Dorer *et al*, 1994, Cell 77:993-1002, "Expansion of transgene repeats cause heterochromatin formation and gene silencing in Drosophila".

(l)    Dorer *et al*, 1997, Genetics 147:1181-1190, "Transgene repeat arrays interact with distant heterochromatin and cause silencing in *cis* and *trans*".

(m)    Lee *et al*, 1994, J Virology 68:8254-8264, "Inhibition of human immunodeficiency virus Type 1in human T cells by a potent Rev response element decoy consisting of 13-nucleotide minimal Rev-binding domain".

(n)    Chuah *et al*, 1994, Human Gene Therapy 5:1467-1475, "Inhibition of human immunodeficiency virus Type-1 by retroviral vectors expressing antisense-TAR".

(o)    Sullenger *et al*, 1991, J Virology 65:6811-6816, "Analysis of *trans*-acting response decoy RNA-mediated inhibition of human immunodeficiency virus Type 1 transactivation".

141372205

25/07 '02 THU 11:33 FAX 61 3 9288 1567     FREEHILLS CARTER SMITH B                    ☒008

6.

**Section 18(1)(b)(ii)**

8.    The alleged invention so far as claimed in any claim, when compared with the prior art base as it existed before the priority date of that claim does not involve an inventive step as the invention would have been obvious to a person skilled in the relevant art in light of the common general knowledge in Australia before the priority date taken either alone or in together with the information contained in either of the following:

(a)    Waterhouse, P.M., Graham, M.W. & Wang M.-B., "Virus resistance and gene silencing in plants can be induced by simultaneous expression of sense and antisense RNA" Proc. Natl Acad. Sci USA 95: 13959-13964 (1998).

(b)    PCT Application No. PCT/IB99/00606 titled "Methods and means for obtaining modified phenotypes" in the name of Commonwealth Scientific and Industrial Research Organisation.

(c)    WO 98/53083 titled "Gene silencing" in the name of Zeneca Limited.

(d)    WO 99/32619 titled "Genetic inhibition by double-stranded RNA" in the name of The Carnegie Institute of Washington and The University of Massachusetts

(e)    Fire *et al*, 1998, Nature 391:806-811, "Potent and specific genetic interference by double-stranded RNA in *Caenorhabditis elegans*"

(f)    Lisciewicz *et al*, 1993, Proc. Natl. Acad. Sci. USA 90:8000-8004, "Inhibition of human immunodeficiency virus type 1 replication by regulated expression of a polymeric Tat activation response RNA decoy as a strategy for gene therapy in AIDS.

(g)    Sun *et al*, 1995, Proc. Natl. Acad. Sci. USA 92:7272-7276, "Resistance to human immunodeficiency virus type 1 infection conferred by transduction of human peripheral blood lymphocytes with ribozyme, antisense, or polymeric trans-activation response element constructs".

141372205

**B 2512**

7.

(h)    Gervaix *et al*, 1997, J Virology 71:3048-3053, "Multigene Antiviral Vectors Inhibit Diverse Human Immunodeficiency Virus Type 1 Clades".

(i)    Bevec *et al*, 1994, Human Gene Therapy 5:193-201, "Constitutive expression of chimeric *Neo*-Rev response element transcripts suppresses HIV-1 replication in human CD4⁺ T lymphocytes".

(j)    Sullenger *et al*, 1990, Cell 63:601-608, "Overexpression of TAR sequences renders cells resistant to human immunodeficiency virus replication".

(k)    Dorer *et al*, 1994, Cell 77:993-1002, "Expansion of transgene repeats cause heterochromatin formation and gene silencing in Drosophila".

(l)    Dorer *et al*, 1997, Genetics 147:1181-1190, "Transgene repeat arrays interact with distant heterochromatin and cause silencing in *cis* and *trans*".

(m)    Lee *et al*, 1994, J Virology 68:8254-8264, "Inhibition of human immunodeficiency virus Type 1in human T cells by a potent Rev response element decoy consisting of 13-nucleotide minimal Rev-binding domain".

(n)    Chuah *et al*, 1994, Human Gene Therapy 5:1467-1475, "Inhibition of human immunodeficiency virus Type-1 by retroviral vectors expressing antisense-TAR".

(o)    Sullenger *et al*, 1991, J Virology 65:6811-6816, "Analysis of *trans*-acting response decoy RNA-mediated inhibition of human immunodeficiency virus Type 1 transactivation".

SECTION 59(c)

**Section 40**

9.    The specification does not comply with the requirements of Section 40(2) and/or Section 40(3).

(a)    The invention is not fully described including the best method of performing the invention. The specification is insufficient in that the nature of the invention is not clear.

141372205

**B 2513**

8.

(b)  Performance of the invention is not fully described.  The claimed invention is not exemplified and accordingly the claims are speculative and not fairly based.

(c)  The claims are not clear and are indefinite in the use of the terms "one or more dispersed nucleic acid molecules", "translation of the mRNA product of said gene to be modified", "the transcription of said mRNA product is not exclusively repressed or reduced" "otherwise reducing", "substantially identical", "derived from" and "stuffer fragment".

(d)  The claims are not clear in that the size of the "tandem copies" are not defined.  On page 25 of the specification it is stated that "...each unit in the tandem-repeated sequence may comprise at least about 1 to 200 nucleotides in length".  Accordingly, the term is asserted by the specification to include a single repeated nucleotide.  There is no demonstration that such a small repeat would be active and accordingly the claim is speculative and unclear.

**General**

10.  The Opponent reserves the right to apply to amend or supplement the above particulars after consultation with experts in the relevant art or after the filing of any evidence by the patentee.

DATE:      24 July 2002

BLAKE DAWSON WALDRON PATENT SERVICES
Patent Attorneys for the Opponent

141372205

05/08 '02 MON 17:53 FAX 61 3 9288 1567     FREEHILLS CARTER SMITH B     ☒003

AUSTRALIA

*PATENTS ACT* 1990 (CTH)

IN THE MATTER OF AUSTRALIAN PATENT
APPLICATION NO. 743316 IN THE NAME OF
BENITEC AUSTRALIA LIMITED AND STATE
OF QUEENSLAND THROUGH ITS
DEPARTMENT OF PRIMARY INDUSTRIES

– and –

OPPOSITION THERETO BY
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION

STATEMENT OF GROUNDS AND PARTICULARS OF OPPOSITION

Commonwealth Scientific and Industrial Research Organisation (the "**Opponent**") relies under s 59 of the *Patents Act* 1990 (Cth) (the "Act") on the following grounds and particulars of opposition:

A.      GROUNDS OF OPPOSITION

1.      Section 59:

(a)      that the nominated person is either:

(i)      not entitled to a grant of a patent for the invention; or

(ii)      entitled to a grant of a patent for the invention but only in conjunction
with some other person;

---

Filed on behalf of the Opponent by:

**BLAKE DAWSON WALDRON**
**PATENT SERVICES**
Level 39, 101 Collins Street
MELBOURNE VIC 3000

| | |
|---|---|
| Tel: | (03) 9679 3000 |
| Fax: | (03) 9679 3111 |
| DX: | 187 Melbourne |
| Ref: | WJP:13157089 |

141372205

2.

(b)    that the invention is not a patentable invention because it does not comply with paragraph 18(1)(a) or (b);

(c)    that the specification filed in respect of the complete application does not comply with subsection 40(2) or (3).

✳    The Opponent contests the claim to the priority date of 20 March 1998.

2.    The claims as accepted are not fairly based on the priority documents or the application as filed and are therefore not entitled to a priority date earlier than the date on which the amended claims were filed, being 26 April 2000.

3.    In the alternative, the claims as accepted are not fairly based on the priority documents and are therefore not entitled to a priority date earlier than the international filing date, being 19 March 1999.

B.    PARTICULARS OF OPPOSITION

4.    Each of these particulars is made in the alternative, and the inclusion of any particular is not to be taken to exclude the application of any other particular merely as a result of any apparent or potential inconsistency between the two.

SECTION 59(a)(i) – NOMINATED PERSON NOT ENTITLED TO A GRANT OF A PATENT FOR THE INVENTION

5.    Benitec Australia Limited ("Benitec") and the State of Queensland through its Department of Primary Industries ("QDPI") are not entitled to the grant of a patent for the invention.

(a)    The invention was made by a team of scientists all of whom were employed at all material times by the Opponent as full-time officers.

(b)    The inventing team comprised Dr Peter Waterhouse, Dr Ming-Bo Wang and Dr Michael Graham (the "CSIRO team").

(c)    The invention was made by the CSIRO team prior to 19 July 1996.

05/08 '02 MON 17:54 FAX 61 3 9288 1567    FREEHILLS CARTER SMITH B    ☑005

3.

(d)    The opposed application improperly names as the inventors of the invention the following persons:

-    Dr Michael Graham

-    Robert Rice;

(e)    the true inventors are:

-    Dr Peter Waterhouse

-    Dr Ming-Bo Wang

-    Dr Michael Graham

(f)    Dr Michael Graham ceased employment with the Opponent on 19 July 1996.

(g)    The Opponent is the owner of all patentable inventions developed by Dr Graham during the course of his employment with the Opponent.

(i)    Dr Graham was required to sign and did sign an Intellectual Property Acknowledgment and Undertaking to confirm his appointment by CSIRO, in which he acknowledged that all Intellectual Property (defined to include any patent, patent application, patentable idea, know-how or technology) generated by him during the course of his employment would be the property of the Opponent;

(ii)    Dr Graham's employment by CSIRO was also governed by the relevant terms of the *Science and Industry Research Act* 1949 (Cth). Section 54(1) of the *Science and Industry Research Act* provides that a discovery, invention or improvement of or in any process, apparatus or machine made by an officer of the Opponent in the course of the officer's official duties is the property of the Opponent;

(iii)    Dr Graham was an employee of the Opponent and therefore inventions made by Dr Graham during his employment are the property of the Opponent.

141372205

4.

(h)    The Opponent is therefore entitled to the grant of a patent for the invention.

**SECTION 59(a)(ii) – NOMINATED PERSON ONLY ENTITLED TO A GRANT OF A PATENT FOR THE INVENTION IN CONJUNCTION WITH SOME OTHER PERSON**

6.    To the extent that Benitec and QDPI are entitled to the grant of a patent for the invention they are so entitled only in conjunction with the Opponent.

(a)    The Opponent refers to and repeats the particulars set out in paragraph 3 above.

(b)    By reason of the particulars set out in paragraph 3 above, the Opponent is entitled to the grant of a patent for the invention by itself or in conjunction with Benitec and QDPI.

**SECTION 59(b)**

**Section 18(1)(b)(i)**

7.    The alleged invention as far as claimed in any claim when compared with the prior art base as it existed before the priority date of that claim is not novel in light of one or more of the following:

(a)    Waterhouse, P.M., Graham, M.W. & Wang M.-B., "Virus resistance and gene silencing in plants can be induced by simultaneous expression of sense and antisense RNA" Proc. Natl Acad. Sci USA 95: 13959-13964 (1998).

(b)    PCT Application No. PCT/IB99/00606 titled "Methods and means for obtaining modified phenotypes" in the name of Commonwealth Scientific and Industrial Research Organisation.

(c)    WO 98/53083 titled "Gene silencing" in the name of Zeneca Limited.

(d)    WO 99/32619 titled "Genetic inhibition by double-stranded RNA" in the name of The Carnegie Institute of Washington and The University of Massachusetts

(e)    Fire *et al*, 1998, Nature 391:806-811, "Potent and specific genetic interference by double-stranded RNA in *Caenorhabditis elegans*"

**B 2518**

5.

(f)    Lisciewicz *et al*, 1993, Proc. Natl. Acad. Sci. USA 90:8000-8004, "Inhibition of
human immunodeficiency virus type 1 replication by regulated expression of a
polymeric Tat activation response RNA decoy as a strategy for gene therapy in
AIDS.

(g)    Sun *et al*, 1995, Proc. Natl. Acad. Sci. USA 92:7272-7276, "Resistance to human
immunodeficiency virus type 1 infection conferred by transduction of human
peripheral blood lymphocytes with ribozyme, antisense, or polymeric trans-
activation response element constructs".

(h)    Gervaix *et al*, 1997, J Virology 71:3048-3053, "Multigene Antiviral Vectors Inhibit
Diverse Human Immunodeficiency Virus Type 1 Clades".

(i)    Bevec *et al*, 1994, Human Gene Therapy 5:193-201, "Constitutive expression of
chimeric *Neo*-Rev response element transcripts suppresses HIV-1 replication in
human CD4$^+$ T lymphocytes".

(j)    Sullenger *et al*, 1990, Cell 63:601-608, "Overexpression of TAR sequences renders
cells resistant to human immunodeficiency virus replication".

(k)    Dorer *et al*, 1994, Cell 77:993-1002, "Expansion of transgene repeats cause
heterochromatin formation and gene silencing in Drosophila".

(l)    Dorer *et al*, 1997, Genetics 147:1181-1190, "Transgene repeat arrays interact with
distant heterochromatin and cause silencing in *cis* and *trans*".

(m)    Lee *et al*, 1994, J Virology 68:8254-8264, "Inhibition of human immunodeficiency
virus Type 1 in human T cells by a potent Rev response element decoy consisting of
13-nucleotide minimal Rev-binding domain".

(n)    Chuah *et al*, 1994, Human Gene Therapy 5:1467-1475, "Inhibition of human
immunodeficiency virus Type-1 by retroviral vectors expressing antisense-TAR".

(o)    Sullenger *et al*, 1991, J Virology 65:6811-6816, "Analysis of *trans*-acting response
decoy RNA-mediated inhibition of human immunodeficiency virus Type 1
transactivation".

141372205

**B 2519**

6.

**Section 18(1)(b)(ii)**

8.    The alleged invention so far as claimed in any claim, when compared with the prior art base as it existed before the priority date of that claim does not involve an inventive step as the invention would have been obvious to a person skilled in the relevant art in light of the common general knowledge in Australia before the priority date taken either alone or in together with the information contained in either of the following:

(a)    Waterhouse, P.M., Graham, M.W. & Wang M.-B., "Virus resistance and gene silencing in plants can be induced by simultaneous expression of sense and antisense RNA" Proc. Natl Acad. Sci USA 95: 13959-13964 (1998).

(b)    PCT Application No. PCT/IB99/00606 titled "Methods and means for obtaining modified phenotypes" in the name of Commonwealth Scientific and Industrial Research Organisation.

(c)    WO 98/53083 titled "Gene silencing" in the name of Zeneca Limited.

(d)    WO 99/32619 titled "Genetic inhibition by double-stranded RNA" in the name of The Carnegie Institute of Washington and The University of Massachusetts

(e)    Fire *et al*, 1998, Nature 391:806-811, "Potent and specific genetic interference by double-stranded RNA in *Caenorhabditis elegans*"

(f)    Lisciewicz *et al*, 1993, Proc. Natl. Acad. Sci. USA 90:8000-8004, "Inhibition of human immunodeficiency virus type 1 replication by regulated expression of a polymeric Tat activation response RNA decoy as a strategy for gene therapy in AIDS.

(g)    Sun *et al*, 1995, Proc. Natl. Acad. Sci. USA 92:7272-7276, "Resistance to human immunodeficiency virus type 1 infection conferred by transduction of human peripheral blood lymphocytes with ribozyme, antisense, or polymeric trans-activation response element constructs".

141372205

7.

(h)   Gervaix *et al*, 1997, J Virology 71:3048-3053, "Multigene Antiviral Vectors Inhibit
      Diverse Human Immunodeficiency Virus Type 1 Clades".

(i)   Bevec *et al*, 1994, Human Gene Therapy 5:193-201, "Constitutive expression of
      chimeric *Neo*-Rev response element transcripts suppresses HIV-1 replication in
      human CD4⁺ T lymphocytes".

(j)   Sullenger *et al*, 1990, Cell 63:601-608, "Overexpression of TAR sequences renders
      cells resistant to human immunodeficiency virus replication".

(k)   Dorer *et al*, 1994, Cell 77:993-1002, "Expansion of transgene repeats cause
      heterochromatin formation and gene silencing in Drosophila".

(l)   Dorer *et al*, 1997, Genetics 147:1181-1190, "Transgene repeat arrays interact with
      distant heterochromatin and cause silencing in *cis* and *trans*".

(m)   Lee *et al*, 1994, J Virology 68:8254-8264, "Inhibition of human immunodeficiency
      virus Type 1in human T cells by a potent Rev response element decoy consisting of
      13-nucleotide minimal Rev-binding domain".

(n)   Chuah *et al*, 1994, Human Gene Therapy 5:1467-1475, "Inhibition of human
      immunodeficiency virus Type-1 by retroviral vectors expressing antisense-TAR".

(o)   Sullenger *et al*, 1991, J Virology 65:6811-6816, "Analysis of *trans*-acting response
      decoy RNA-mediated inhibition of human immunodeficiency virus Type 1
      transactivation".

**SECTION 59(c)**

**Section 40**

9.   The specification does not comply with the requirements of Section 40(2) and/or Section
     40(3).

     (a)   The invention is not fully described including the best method of performing the
           invention. The specification is insufficient in that the nature of the invention is
           not clear.

141372205

**B 2521**

8.

(b)    Performance of the invention is not fully described. The claimed invention is not exemplified and accordingly the claims are speculative and not fairly based.

(c)    The claims are not clear and are indefinite in the use of the terms "one or more dispersed nucleic acid molecules", "translation of the mRNA product of said gene to be modified", "the transcription of said mRNA product is not exclusively repressed or reduced" "otherwise reducing", "substantially identical", "derived from" and "stuffer fragment".

(d)    The claims are not clear in that the size of the "tandem copies" are not defined. On page 25 of the specification it is stated that "...each unit in the tandem-repeated sequence may comprise at least about 1 to 200 nucleotides in length". Accordingly, the term is asserted by the specification to include a single repeated nucleotide. There is no demonstration that such a small repeat would be active and accordingly the claim is speculative and unclear.

**General**

10.    The Opponent reserves the right to apply to amend or supplement the above particulars after consultation with experts in the relevant art or after the filing of any evidence by the patentee.

**DATE:**       24 July 2002

*[signature]*

**BLAKE DAWSON WALDRON PATENT SERVICES**
Patent Attorneys for the Opponent

141372205

**B 2522**

# EXHIBIT 5

Heads of Agreement

Commonwealth Scientific and Industrial Research
Organisation

**Benitec Ltd**
ACN 068 943 662

**Benitec Australia Limited**
ACN 080 299 645

14th October 2003

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1482

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1483

141565758

MATERIAL
REDACTED

B 1484

141565758

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1485

141565758          CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1486

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1487

141565758

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1488

141565758

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1489

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

8.

B 1490

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

9.

B 1491

MATERIAL
REDACTED

141565758

REDACTED

7.2     CSIRO's rights

B 1493

11.

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

REDACTED

B 1494

141565758

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

12.

MATERIAL
REDACTED

B 1495

141565758                                                    13.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1496

141565758

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

14.

MATERIAL
REDACTED

**B 1497**

141565758

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1498

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

16.

MATERIAL
REDACTED

B 1499

141565758                    CONFIDENTIAL–OUTSIDE
                              COUNSEL EYES ONLY                    17.

MATERIAL
REDACTED

141565738

19.

JKS

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

B 1500

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

19.

**B 1501**

**MATERIAL
REDACTED**

B 1502

141565758     CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1503

141565758

J4S  21.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

**MATERIAL
REDACTED**

B 1504

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

JHS   22.

MATERIAL
REDACTED

**B 1505**

141565758                                                        23.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

**MATERIAL
REDACTED**

B 1506

141565758

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

B 1507

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

**MATERIAL
REDACTED**

B 1508

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

26.

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

ii

B 1509

MATERIAL
REDACTED

141565758

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1510

# EXHIBIT 6

# Commercial Agreement

Commonwealth Scientific and Industrial Research Organisation

**Benitec Australia Limited**

ACN 080 299 645

8 December 2003

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1749

MATERIAL
REDACTED

BDW 141592311 /  Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1750

**MATERIAL
REDACTED**

141591496 / Freehills 004547644

ii.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1751

**MATERIAL**
**REDACTED**

141592005 / Freehills 004547644

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1753

**MATERIAL**
**REDACTED**

BDW 141592311 / Freehills 004547644

3.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

BDW 141592.311 / Freehills 004547644

4.

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

B 1755

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644                                                     5.

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY                                              B 1756

**MATERIAL
REDACTED**

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

**B 1757**

**MATERIAL**
**REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

**B 1758**

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

8.

**B 1759**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1760

MATERIAL
REDACTED

BDW 141592311/ Freehills 004547644

10.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1761

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1762

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1763

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1764

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1765

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1766

**MATERIAL
REDACTED**

BDW 141592311 / Freehills 004547644

16.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1767

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1768

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

18.

B 1769

MATERIAL
REDACTED

BDW 141592.311 / Freehills 004547644

19.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1770

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1771

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1772

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

22.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1774

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1775

MATERIAL
REDACTED

25.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1776

**MATERIAL
REDACTED**

26.

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1778

**MATERIAL
REDACTED**

BDW 141592311 / Freehills 004547644

28.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1779

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

29.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1780

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

30.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1781

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1782

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1783

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1784

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

34.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

**MATERIAL
REDACTED**

BDW 141592311 / Freehills 004547644

35

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1786

**MATERIAL
REDACTED**

BDW 141592311 / Freehills 004547644

36.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1787

**MATERIAL
REDACTED**

BDW 141592311 / Freehills 004547644

37.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1788

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

38.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1789

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1790

MATERIAL
REDACTED

BDW 141592311/ Freehills 004547644

40.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1791

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1792

**MATERIAL
REDACTED**

BDW 141592311/ Freehills 004547644

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

B 1793

**MATERIAL
REDACTED**

BDW 141592311 / Freehills 004547644

**B 1794**

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1795

**MATERIAL
REDACTED**

BDW 141592311 / Freehills Q04547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1796

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1797

**MATERIAL
REDACTED**

BDW 141592311 / Freehills 004547644

47.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1798

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

48.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1799

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

49.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1800

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1801

MATERIAL
REDACTED

BDW 141592311/ Freehills 004547644

51.

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY                B 1803

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

53.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1804

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE

B 1805

MATERIAL
REDACTED

BDW 141592311 / Freehills 004547644

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1806