# EXHIBIT 7

# Deed

**Benitec Australia Ltd**
ACN 080 299 645

**State of Queensland through its DEPARTMENT OF PRIMARY INDUSTRIES**

and

**Commonwealth Scientific and Industrial Research Organisation**

## Freehills

MLC Centre Martin Place Sydney New South Wales 2000 Australia
Telephone +61 2 9225 5000  Facsimile +61 2 9322 4000
www.freehills.com  DX 361 Sydney
SYDNEY MELBOURNE PERTH BRISBANE HANOI HO CHI MINH CITY SINGAPORE
Correspondent Offices JAKARTA KUALA LUMPUR

Liability limited by the Solicitors' Limitation of Liability Scheme, approved under the
Professional Standards Act 1994 (NSW)
Reference AL:SP:28B

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1682

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1683

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1684

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1685

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1686

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1687

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE

**B 1688**

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1689

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1690

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1691

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1692

**MATERIAL
REDACTED**

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

B 1693

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1694

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1695

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1696

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1697

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1698

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

**B 1699**

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1700

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1701

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1702

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1703

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1704

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1705

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1706

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1707

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1708

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1709

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1710

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1711

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1712

**MATERIAL
REDACTED**

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

**B 1713**

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1714

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1715

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1716

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1717

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1718

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1719

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1720

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1721

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1722

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1723

MATERIAL
REDACTED

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

B 1724

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1725

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1726

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1727

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1728

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1729

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1730

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1731

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1732

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1733

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1734

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1735

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1736

MATERIAL
REDACTED

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY                          B 1737

**MATERIAL
REDACTED**

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

B 1738

# EXHIBIT 8

SEE AMENDED STATEMENT
REGULATION 5.9

ALLOWED: 26-11-02

AUSTRALIA

*PATENTS ACT* 1990 (CTH)

IN THE MATTER OF AUSTRALIAN PATENT
APPLICATION NO. 743316 IN THE NAME OF
BENITEC AUSTRALIA LIMITED AND STATE
OF QUEENSLAND THROUGH ITS
DEPARTMENT OF PRIMARY INDUSTRIES

– and –

OPPOSITION THERETO BY
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION

STATEMENT OF GROUNDS AND PARTICULARS OF OPPOSITION

Commonwealth Scientific and Industrial Research Organisation (the "Opponent") relies under s
59 of the *Patents Act* 1990 (Cth) (the "Act") on the following grounds and particulars of
opposition:

A.    GROUNDS OF OPPOSITION

1.    Section 59:

    (a)    that the nominated person is either:

        (i)    not entitled to a grant of a patent for the invention; or

        (ii)    entitled to a grant of a patent for the invention but only in conjunction
            with some other person;

---

Filed on behalf of the Opponent by:

**BLAKE DAWSON WALDRON**
**PATENT SERVICES**
Level 39, 101 Collins Street
MELBOURNE VIC 3000

| | |
|---|---|
| Tel: | (03) 9679 3000 |
| Fax: | (03) 9679 3111 |
| DX: | 187 Melbourne |
| Ref: | WJP:13157089 |

141372205

**NUC 33085**

2.

    (b)    that the invention is not a patentable invention because it does not comply with paragraph 18(1)(a) or (b);

    (c)    that the specification filed in respect of the complete application does not comply with subsection 40(2) or (3).

The Opponent contests the claim to the priority date of 20 March 1998.

2.    The claims as accepted are not fairly based on the priority documents or the application as filed and are therefore not entitled to a priority date earlier than the date on which the amended claims were filed, being 26 April 2000.

3.    In the alternative, the claims as accepted are not fairly based on the priority documents and are therefore not entitled to a priority date earlier than the international filing date, being 19 March 1999.

**B.**    **PARTICULARS OF OPPOSITION**

4.    Each of these particulars is made in the alternative, and the inclusion of any particular is not to be taken to exclude the application of any other particular merely as a result of any apparent or potential inconsistency between the two.

SECTION 59(a)(i) – NOMINATED PERSON NOT ENTITLED TO A GRANT OF A PATENT FOR THE INVENTION

5.    Benitec Australia Limited ("Benitec") and the State of Queensland through its Department of Primary Industries ("QDPI") are not entitled to the grant of a patent for the invention.

    (a)    The invention was made by a team of scientists all of whom were employed at all material times by the Opponent as full-time officers.

    (b)    The inventing team comprised Dr Peter Waterhouse, Dr Ming-Bo Wang and Dr Michael Graham (the "CSIRO team")

    (c)    The invention was made by the CSIRO team prior to 19 July 1996.

141372205

NUC 33086

3.

(d)     The opposed application improperly names as the inventors of the invention the following persons:

- Dr Michael Graham

- Robert Rice;

(e)     the true inventors are:

- Dr Peter Waterhouse

- Dr Ming-Bo Wang

- Dr Michael Graham

(f)     Dr Michael Graham ceased employment with the Opponent on 19 July 1996.

(g)     The Opponent is the owner of all patentable inventions developed by Dr Graham during the course of his employment with the Opponent.

(i)     Dr Graham was required to sign and did sign an Intellectual Property Acknowledgment and Undertaking to confirm his appointment by CSIRO, in which he acknowledged that all Intellectual Property (defined to include any patent, patent application, patentable idea, know-how or technology) generated by him during the course of his employment would be the property of the Opponent;

(ii)     Dr Graham's employment by CSIRO was also governed by the relevant terms of the *Science and Industry Research Act* 1949 (Cth). Section 54(1) of the *Science and Industry Research Act* provides that a discovery, invention or improvement of or in any process, apparatus or machine made by an officer of the Opponent in the course of the officer's official duties is the property of the Opponent;

(iii)     Dr Graham was an employee of the Opponent and therefore inventions made by Dr Graham during his employment are the property of the Opponent.

141372205

NUC 33087

4.

(h)    The Opponent is therefore entitled to the grant of a patent for the invention

**SECTION 59(a)(ii) – NOMINATED PERSON ONLY ENTITLED TO A GRANT OF A PATENT FOR THE INVENTION IN CONJUNCTION WITH SOME OTHER PERSON**

6.    To the extent that Benitec and QDPI are entitled to the grant of a patent for the invention they are so entitled only in conjunction with the Opponent.

(a)    The Opponent refers to and repeats the particulars set out in paragraph 3 above.

(b)    By reason of the particulars set out in paragraph 3 above, the Opponent is entitled to the grant of a patent for the invention by itself or in conjunction with Benitec and QDPI.

**SECTION 59(b)**

**Section 18(1)(b)(i)**

7.    The alleged invention as far as claimed in any claim when compared with the prior art base as it existed before the priority date of that claim is not novel in light of one or more of the following:

(a)    Waterhouse, P.M., Graham, M.W. & Wang M.-B., "Virus resistance and gene silencing in plants can be induced by simultaneous expression of sense and antisense RNA" Proc. Natl Acad. Sci USA 95: 13959-13964 (1998).

(b)    PCT Application No. PCT/IB99/00606 titled "Methods and means for obtaining modified phenotypes" in the name of Commonwealth Scientific and Industrial Research Organisation.

(c)    WO 98/53083 titled "Gene silencing" in the name of Zeneca Limited.

(d)    WO 99/32619 titled "Genetic inhibition by double-stranded RNA" in the name of The Carnegie Institute of Washington and The University of Massachusetts

(e)    Fire *et al*, 1998, Nature 391:806-811, "Potent and specific genetic interference by double-stranded RNA in *Caenorhabditis elegans*"

141372205

**NUC 33088**

5.

(f)  Lisciewicz *et al*, 1993, Proc. Natl. Acad. Sci. USA 90:8000-8004, "Inhibition of human immunodeficiency virus type 1 replication by regulated expression of a polymeric Tat activation response RNA decoy as a strategy for gene therapy in AIDS.

(g)  Sun *et al*, 1995, Proc. Natl. Acad. Sci. USA 92:7272-7276, "Resistance to human immunodeficiency virus type 1 infection conferred by transduction of human peripheral blood lymphocytes with ribozyme, antisense, or polymeric trans-activation response element constructs".

(h)  Gervaix *et al*, 1997, J Virology 71:3048-3053, "Multigene Antiviral Vectors Inhibit Diverse Human Immunodeficiency Virus Type 1 Clades".

(i)  Bevec *et al*, 1994, Human Gene Therapy 5:193-201, "Constitutive expression of chimeric *Neo*-Rev response element transcripts suppresses HIV-1 replication in human CD4$^+$ T lymphocytes".

(j)  Sullenger *et al*, 1990, Cell 63:601-608, "Overexpression of TAR sequences renders cells resistant to human immunodeficiency virus replication".

(k)  Dorer *et al*, 1994, Cell 77:993-1002, "Expansion of transgene repeats cause heterochromatin formation and gene silencing in Drosophila".

(l)  Dorer *et al*, 1997, Genetics 147:1181-1190, "Transgene repeat arrays interact with distant heterochromatin and cause silencing in *cis* and *trans*".

(m)  Lee *et al*, 1994, J Virology 68:8254-8264, "Inhibition of human immunodeficiency virus Type 1 in human T cells by a potent Rev response element decoy consisting of 13-nucleotide minimal Rev-binding domain".

(n)  Chuah *et al*, 1994, Human Gene Therapy 5:1467-1475, "Inhibition of human immunodeficiency virus Type-1 by retroviral vectors expressing antisense-TAR".

(o)  Sullenger *et al*, 1991, J Virology 65:6811-6816, "Analysis of *trans*-acting response decoy RNA-mediated inhibition of human immunodeficiency virus Type 1 transactivation".

141372205

NUC 33089

6.

Section 18(1)(b)(ii)

8.    The alleged invention so far as claimed in any claim, when compared with the prior art base as it existed before the priority date of that claim does not involve an inventive step as the invention would have been obvious to a person skilled in the relevant art in light of the common general knowledge in Australia before the priority date taken either alone or in together with the information contained in either of the following:

(a)    Waterhouse, P.M , Graham, M.W. & Wang M.-B., "Virus resistance and gene silencing in plants can be induced by simultaneous expression of sense and antisense RNA" Proc. Natl Acad. Sci USA 95: 13959-13964 (1998).

(b)    PCT Application No. PCT/IB99/00606 titled "Methods and means for obtaining modified phenotypes" in the name of Commonwealth Scientific and Industrial Research Organisation.

(c)    WO 98/53083 titled "Gene silencing" in the name of Zeneca Limited.

(d)    WO 99/32619 titled "Genetic inhibition by double-stranded RNA" in the name of The Carnegie Institute of Washington and The University of Massachusetts

(e)    Fire *et al*, 1998, Nature 391:806-811, "Potent and specific genetic interference by double-stranded RNA in *Caenorhabditis elegans*"

(f)    Lisciewicz *et al*, 1993, Proc. Natl. Acad. Sci. USA 90:8000-8004, "Inhibition of human immunodeficiency virus type 1 replication by regulated expression of a polymeric Tat activation response RNA decoy as a strategy for gene therapy in AIDS.

(g)    Sun *et al*, 1995, Proc. Natl. Acad. Sci. USA 92:7272-7276, "Resistance to human immunodeficiency virus type 1 infection conferred by transduction of human peripheral blood lymphocytes with ribozyme, antisense, or polymeric trans-activation response element constructs".

141372205

NUC 33090

7.

(h)    Gervaix *et al*, 1997, J Virology 71:3048-3053, "Multigene Antiviral Vectors Inhibit Diverse Human Immunodeficiency Virus Type 1 Clades".

(i)    Bevec *et al*, 1994, Human Gene Therapy 5:193-201, "Constitutive expression of chimeric *Neo*-Rev response element transcripts suppresses HIV-1 replication in human CD4$^+$ T lymphocytes".

(j)    Sullenger *et al*, 1990. Cell 63:601-608, "Overexpression of TAR sequences renders cells resistant to human immunodeficiency virus replication".

(k)    Dorer *et al*, 1994, Cell 77:993-1002, "Expansion of transgene repeats cause heterochromatin formation and gene silencing in Drosophila".

(l)    Dorer *et al*, 1997, Genetics 147:1181-1190, "Transgene repeat arrays interact with distant heterochromatin and cause silencing in *cis* and *trans*".

(m)    Lee *et al*, 1994, J Virology 68:8254-8264, "Inhibition of human immunodeficiency virus Type 1in human T cells by a potent Rev response element decoy consisting of 13-nucleotide minimal Rev-binding domain".

(n)    Chuah *et al*, 1994, Human Gene Therapy 5:1467-1475, "Inhibition of human immunodeficiency virus Type-1 by retroviral vectors expressing antisense-TAR".

(o)    Sullenger *et al*, 1991, J Virology 65:6811-6816, "Analysis of *trans*-acting response decoy RNA-mediated inhibition of human immunodeficiency virus Type 1 transactivation".

SECTION 59(c)

Section 40

9.    The specification does not comply with the requirements of Section 40(2) and/or Section 40(3).

(a)    The invention is not fully described including the best method of performing the invention. The specification is insufficient in that the nature of the invention is not clear.

141372205

NUC 33091

8.

(b)  Performance of the invention is not fully described. The claimed invention is not exemplified and accordingly the claims are speculative and not fairly based.

(c)  The claims are not clear and are indefinite in the use of the terms "one or more dispersed nucleic acid molecules", "translation of the mRNA product of said gene to be modified", "the transcription of said mRNA product is not exclusively repressed or reduced" "otherwise reducing", "substantially identical", "derived from" and "stuffer fragment".

(d)  The claims are not clear in that the size of the "tandem copies" are not defined. On page 25 of the specification it is stated that "...each unit in the tandem-repeated sequence may comprise at least about 1 to 200 nucleotides in length". Accordingly, the term is asserted by the specification to include a single repeated nucleotide. There is no demonstration that such a small repeat would be active and accordingly the claim is speculative and unclear.

General

10.  The Opponent reserves the right to apply to amend or supplement the above particulars after consultation with experts in the relevant art or after the filing of any evidence by the patentee.

DATE:    24 July 2002

BLAKE DAWSON WALDRON PATENT SERVICES
Patent Attorneys for the Opponent

141372205

NUC 33092