# EXHIBIT 10

WLDoc03_03_2005_10_35AM

United States District Court,
D. Delaware.
Edwin GONZALEZ, Donna Ann Minor, Kara Pietrowicz and Alberina Ziemba,
Plaintiffs,
v.
COMCAST CORPORATION, a Pennsylvania corporation, Comcast Cablevision of Willow
Grove, a Pennsylvania corporation, Comcast Cable Communications, Inc., a
Delaware corporation, Suzane Keenan, Allen R. Peddrick, Richard Germano, James
Sullivan, E. Mark Connell, Dina Galeotafiore, Al Calhoun, Steve Trevison,
Philip Annone, John McGowan, Vincent Johnson, and Michael A. Doyle,
Defendants.
No. Civ.A. 03-445-KAJ.

Aug. 25, 2004.
Victor F. Battaglia, Sr., Biggs & Battaglia, Wilmington, DE, for Plaintiffs.

William M. Kelleher, Ballard, Spahr, Andrews & Ingersoll, LLP, Wilmington,
DE, for Defendants.

MEMORANDUM ORDER

JORDAN, J.

*1 On June 10, 2004, the plaintiffs filed a Motion for Leave to File a Second
Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.
(Docket Item ["D.I."] 165; the "Motion.") The plaintiffs seek to add Melanie
Penna as a defendant (id. at 3) and to assert three additional claims based on
Delaware state law, including claims for fraud and deceit (id. at 33-34),
prima facie tort (id. at 34-35), and civil conspiracy (id. at 35-37).

Rule 16 of the Federal Rules of Civil Procedure provides that a pretrial
scheduling order "shall not be modified except upon a showing of good cause
and by leave of the district judge...." Fed.R.Civ.P. 16(b) (emphasis added). A
scheduling order was issued in this case on August 19, 2003 and required that
all motions to join other parties and to amend or supplement the pleadings be
filed on or before December 1, 2003. (D.I. 31 at 2.) The plaintiffs' Motion
was filed on June 10, 2004, over seven months after that deadline. To grant
the plaintiffs' Motion would also require substantial changes in other
deadlines set forth in the scheduling order, including the trial date.
Therefore, under Rule 16, the plaintiffs are required to show good cause why
their Motion should be granted and such changes made.

The plaintiffs make several arguments in support of their Motion. None of
them, however, establishes or even attempts to establish the good cause
required for modifying the deadlines in the scheduling order. "Properly
construed, 'good cause' means that scheduling deadlines cannot be met despite
a party's diligent efforts." Dilmar Oil Co. V. Federated Mut. Ins. Co., 986
F.Supp. 959, 980 (D.S.C.1997), aff'd 129 F.3d 116 (4th Cir.1997) (citing 6A
Charles Alan Wright, Arthur R. Miller, and Mary Kay Kane, Federal Practice and
Procedure <section> 1522.1 at 230-31 (2d ed.1990)). Instead of focusing on
why, despite diligent effort, scheduling order guidelines, the plaintiffs
could not have asserted their motion
at an earlier time, within the scheduling order guidelines, the plaintiffs
focus on why they believe the defendants will not be unduly prejudiced if
their Motion is granted (D.I. 173 at 1-7) and why adding three more state law
claims is not futile (D.I. 173 at 7-9). These arguments do not establish good
cause, as defined above, for this remarkably late motion for leave to amend.

The untimeliness of the plaintiffs' Motion is also emphasized by the fact
that I have already ruled on a summary judgment motion made by the defendants.
(D.I.185.) Granting the plaintiffs' Motion, which was filed after the

WLDoc03_03_2005_10_35AM

discovery deadline and only three months before the joint proposed final pretrial order is due on September 22, 2004 (D.I. 188 at 1) would indeed be unduly prejudicial to the defendants.

Accordingly, IT IS HEREBY ORDERED that the plaintiffs' Motion (D.I.165) is DENIED.

2004 WL 2009366 (D.Del.)

Motions, Pleadings and Filings (Back to top)

. 1:03CV00445 (Docket)                    (May. 01, 2003)

END OF DOCUMENT

# EXHIBIT 11



**CSIRO**
PLANT
INDUSTRY

In reply please quote:

Pw5501

23 June 2000

Agency for Food & Fibre Sciences
Attention: Dr Rosemary Clarkson
Executive Director
Queensland Department of Primary Industries
GPO Box 46
Brisbane Qld 4001

**CSIRO Plant Industry**
Cnr Clunies Ross Street and Barry Drive
Black Mountain, Canberra, ACT

Postal Address:
GPO Box 1600
CANBERRA ACT 2601
AUSTRALIA

Tel: (02) 6246 4911   Int: +61 2 6246 4911
Fax: (02) 6246 5000   Int: +61 2 6246 5000

Received AFFS
26/6/2000.

CONFIDENTIAL-OUTSIDE
COUNSEL EYES ONLY

International Patent Application Nos. PCT/AU99/00195 and PCT/IB99/00606

Dear Dr Clarkson

**MATERIAL
REDACTED**

RECFIND NO:- 00/08674

Australian Science,

B 15927

- 2 -

CONFIDENTIAL-OUTSIDE
COUNSEL. EYES ONLY

**MATERIAL
REDACTED**

B 15928

– 3 –

**MATERIAL
REDACTED**

Yours sincerely

P J WALSH
Commercial Manager

CONFIDENTIAL–OUTSIDE
COUNSEL EYES ONLY

B 15929

# EXHIBIT 12

PH/GRA/405



CSIRO Division of Plant Industry
Institute of Plant Production and Processing

Postal Address:
GPO Box 1600
CANBERRA ACT 2601
Australia

Cnr Clunes Ross Street and Barry Drive
Black Mountain, Canberra, ACT
Tel:  (06) 246 4911   Int: +61 6 246 4911
Fax: (06) 246 5000   Int: +61 6 246 5000

PLANT
INDUSTRY

CSIRO
AUSTRALIA

## SCIENCE AND INDUSTRY RESEARCH ACT 1949
### SUB-SECTION 32(1)
### DOCUMENT OF APPOINTMENT

I, Dr W J Peacock, exercising the powers conferred on me by the Chief Executive of the Commonwealth Scientific and Industrial Research Organisation ("CSIRO"), hereby appoint:

Michael Graham

to be an officer of CSIRO on the terms and conditions set out in this Document of Appointment.

### PART 1: THE APPOINTMENT

Position

1.1    You are appointed to the position of Experimental Scientist at the Division of Plant Industry.  Your appointment will be under the circumstances described in sub-clause 7(b)( ii...)(2) of the CSIRO Tenure Award.  You will be located at Black Mountain, but may be required to perform your duties at other locations.  Your hours of duty will be 36 3/4 hours per week worked over 5 days, Monday to Friday (3)

Remuneration

2    You will be classified at Salary Level CSOF 5 which has a range of $42768 to $46773 per annum (4A)].  Your salary at the commencement of employment will be CSOF 5.1 at the rate of $42768 per annum.

Duration

3.1    Your appointment is for a period of 12 months from 8th April 1994 to 7th April 1995.

B 6540

Australian Science, Australia's Future

3.2    Your appointment may be terminated:

    (a)    by you giving notice to CSIRO of resignation;

    (b)    by CSIRO in the event of -

        (i)    misconduct;

        (ii)    incompetence;

        (iii)    your becoming excess to CSIRO s staffing requirements;

        (iv)    invalidity.

**Commencement**

4    Your appointment will commence on and from any one of the following according to the circumstances of your availability to commence duty with CSIRO:

- the date specified above as the commencement date of your appointment period; or

- the date you actually take up duty with CSIRO at the location cited above; or

- on and from such other mutually agreed date which will be confirmed in an exchange of correspondence.

## PART 2: CONDITIONS THAT MUST BE FULFILLED BEFORE APPOINTMENT WILL BE CONFIRMED

**Intellectual Property Acknowledgment and Undertaking**

5    You are required to sign the Intellectual Property Acknowledgment and Undertaking which forms Annexure 1 to this document of Appointment.

**Proof of qualifications, identity and age**

6.    If they have not been presented already to CSIRO for sighting, you are required to supply original documentation, or properly certified copies, of your educational qualifications (where your appointment, duties or salary level are dependent on their possession) and evidence of your identity and age (eg birth or 'extract of entry' certificate and marriage certificate if name on birth certificate has changed through marriage).

## PART 3: GENERAL TERMS AND CONDITIONS OF THE APPOINTMENT

**Obligations to CSIRO**

7.    As a CSIRO employee your obligations will be-

    (a)    to observe good behaviour and, in the course of your duties, treat other CSIRO staff, CSIRO's clients and customers, and members of the public with courtesy and with sensitivity to their rights, duties and aspirations;

    (b)    to comply with any lawful and reasonable direction whether of an individual or general application, of the Chief Executive or of any person to whom administrative responsibility is given by the Chief Executive;

B 6541

(c)   to comply with the CSIRO Terms and Conditions of Service and with any enactments. regulations. determinations. awards or Organisational instructions which apply to the performance of your duties and responsibilities;

(d)   to the best of your ability. to discharge the duties and responsibilities assigned to you with care. diligence. efficiency and impartiality;

(e)   to avoid waste or extravagance in the use of CSIRO's resources;

(f)   not to take. or seek to take. improper advantage. in your own interests or those of any other person or group. of any official information you acquire. or any document to which you have access. as a consequence of your employment by CSIRO;

(g)   not to disclose. except with the authority of the Chief Executive. confidential or sensitive information that comes into your possession during the course of your employment

Governing provisions

8    Your appointment will be subject to and governed by:

(a)   the terms and conditions contained in this Document of Appointment;

(b)   the CSIRO Terms and Conditions of Service. as varied from time to time. which may be inspected at your place of employment; and

(c)   relevant present or future legislation. and awards of the Australian Industrial Relations Commission that are binding on CSIRO.

## PART 4: SPECIAL TERMS AND CONDITIONS
## OF THE APPOINTMENT

Medical monitoring[24]

9    In the interest of your occupational health you will be required to undergo medical monitoring from time to time by an occupational physician

B 6542

SIGNED:

Name:

Title:

) _Gallenstey_ 15/4/94
)
) Delegate of the
  Chief Executive


ACCEPTANCE:


I accept appointment as an officer of CSIRO on the terms and conditions contained in this Document of Appointment.

SIGNED:

Name:  MICHAEL GRAHAM

Address: CSIRO Division of
         Plant Industry
         Black Mt. Canberra ACT

)
)
) The Appointee          (date)


B 6543

Document of Appointment - Annexure 1

## INTELLECTUAL PROPERTY: ACKNOWLEDGMENT AND UNDERTAKING

All officers of CSIRO are bound by the relevant provisions of the *Science and Industry Research Act 1949*, the *Crimes Act 1914* and CSIRO Terms and Conditions of Service. Officers are also subject to the common law, including legal obligations relating to the law of confidentiality. The purpose of this document is to bring some of these requirements to the specific attention of the undersigned, to clarify certain obligations and to seek a formal acknowledgment of the existence of these requirements and an undertaking to abide by them.

I hereby:

acknowledge that all Intellectual Property generated by me in the Course of my Employment with CSIRO will be the property of CSIRO;

undertake that:

(a)    I will communicate to my Supervisor in writing, or in such other manner as my Supervisor directs, all Intellectual Property generated by me in the Course of my Employment with CSIRO and I will do this as early as practicable after its generation;

(b)    I will, whenever so requested by CSIRO, execute all documents necessary or desirable to secure or enhance CSIRO's entitlement to rights in any Intellectual Property generated by me in the Course of my Employment with CSIRO;

(c)    I will maintain the confidentiality of all Intellectual Property and other Confidential Information which comes to my knowledge or into my possession in the Course of my Employment with CSIRO; and specifically, I will not communicate such Intellectual Property or other Confidential Information within CSIRO or outside CSIRO unless I have explicit or implied authority so to do;

(d)    upon termination or cessation of my employment with CSIRO I will hand over to CSIRO all physical materials then in my possession which embody or disclose:

(i) any Intellectual Property which CSIRO owns or to which CSIRO is entitled, or

(ii) any Confidential Information which has come into my possession in the Course of my Employment with CSIRO.

In the foregoing:

'Confidential Information' means all Intellectual Property and all other knowledge which is subject to an obligation of confidentiality, and includes financial, technical or commercially valuable information and information about personal matters; but does not include information which is or becomes publicly known through no wrongful act of mine; is received from a third party (otherwise than in the course of or in relation to my employment with CSIRO) without restriction of confidentiality and without breach of this Deed; or is disclosed pursuant to a requirement of law.

'Course of my Employment' includes activities and creative thoughts occurring outside normal working hours or away from CSIRO premises provided that they have a direct relationship to my official duties with CSIRO.

B 6544

'CSIRO' means Commonwealth Scientific and Industrial Research Organisation

'Intellectual Property' means any patent, patent application, technical trade secret, patentable idea, circuit layout, plant variety right or potential subject of such right, design, copyright, know-how, technology, and all other like rights.

'Supervisor' means the person to whom the undersigned officer is answerable within the management structure of CSIRO.

EXECUTED AS A DEED.

(Signature)

MICHAEL GRAHAM          EXPERIMENTAL SCIENTIST 24/5/94
(Print Name)                    (Print Title of CSIRO Position)  (Date)

(Signature of Witness)

P WATERHOUSE          SCIENTIST
(Print Name of Witness)          (Print Occupation of Witness

B 6545

# EXHIBIT 13

AUSTRALIA

*PATENTS ACT* 1990 (CTH)

IN THE MATTER OF AUSTRALIAN
PATENT APPLICATION NO. 743316 IN THE
NAME OF BENITEC AUSTRALIA LIMITED
AND STATE OF QUEENSLAND THROUGH
ITS DEPARTMENT OF PRIMARY
INDUSTRIES

– and –

OPPOSITION THERETO BY
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH
ORGANISATION

STATUTORY DECLARATION OF GEOFFREY ALAN ELLACOTT

I. GEOFFREY ALAN ELLACOTT, Scientific Officer. Commonwealth Scientific and Industrial
Research Organisation. do solemnly and sincerely declare as follows:

1.    I am a Scientific Officer employed by the Division of Plant Industry of the
      Commonwealth Scientific and Industrial Research Organisation ("CSIRO") to assist in the
      conduct of research in the area of plant viruses and gene silencing. The Division of Plant
      Industry is located at Black Mountain in Canberra, ACT.

2.    I have been employed by CSIRO since 8 October 1991. In or around 8 August 1994, I
      commenced work as a member of the Plant Virology Subprogram, primarily on a project
      investigating virus resistance in potatoes (the "Potato Virus Project").

3.    I make this declaration from my personal knowledge and from information available to
      me or which has been provided by or obtained from the records of CSIRO.

141 442 436

LINDSAY ADLER
*Justice of the Peace # 1825*
ACT

**B 2401**

4     I make this declaration in support of the opposition by CSIRO to Australian Patent Application No. 743316 in the name of Benitec Australia Limited and the State of Queensland through its Department of Primary Industries (the "Opposed Application").

## A.   MY BACKGROUND

5     I completed an Associate Diploma in Applied Science (Biology) at the Canberra Institute of technology

6     I commenced work at CSIRO in or around 8 October 1991 as a Technical Officer/Scientific Officer

## B.   THE POTATO VIRUS PROJECT

7     I commenced work in the CSIRO Division of Plant Industry's Virology Program in or around August 1994. More specifically, I was a member of the Plant Virology Subprogram, led by Dr Peter Waterhouse. As noted above, the project in which I was most heavily involved was the Potato Virus Project. This project was funded by the Smith's Snackfoods Company, and its aim was to generate potato plants that were resistant to common viruses, such as potato virus Y ("PVY") and potato leaf roll virus ("PLRV") The scientist who was primarily responsible for the Potato Virus Project was Dr Michael Graham From the time I was first appointed in or around August 1994, until January 1995, it was my job to assist Dr Graham with the molecular biology aspects of the Potato Virus Project and I worked under his supervision and at his direction. When I commenced work on the Potato Virus Project, I was relatively inexperienced in the area of cloning techniques I was therefore learning a lot of new skills, and worked very closely with Dr Graham during this time.

B 2402

14144243n



LINDSAY ADLER
Justice of the Peace # 1825
ACT

8.    In or around January 1995, I changed roles with Mr Neil Smith, and took on responsibility for the glasshouse and tissue culture aspects of the Potato Virus Project. I also had some responsibility for glasshouse and tissue culture work for other projects in the Virology Subprogram.

9.    Another project was also carried out within the plant Virology Subprogram. This second project related to generating virus resistant barley, especially to viruses such as barley yellow dwarf virus ("BYDV") (the "**Barley Virus Project**"). Dr Graham had been heavily involved in this project up until around the time I joined the Plant Virus Subprogram and before he commenced working on the Potato Virus Project. At around the time I started work on the Potato Virus Project, Dr Ming-Bo Wang was appointed to work on the Barley Virus Project and Dr Graham's focus shifted to the Potato Virus Project. There was close collaboration between the scientists working on these two projects.

10.    When I first commenced work under the supervision of Dr Graham, all of the work I did was undertaken following specific instructions I received from Dr Graham. At this stage, I was not generally aware of the strategy behind the work I was instructed to do.

**The A4 Construct**

11.    As described above, my role in relation to the Potato Virus Project changed in January 1995, when I commenced working in the Division of Plant Industry glasshouse, with responsibility for the tissue culture aspects of the projects. The glasshouse was located in a separate building from the laboratory in which Dr Graham and others undertook the molecular biology aspects of the Potato Virus Project and where Dr Wang conducted his work on the Barley Virus Project. I was provided with various constructs in *Agrobacterium* and instructed to carry out plant transformations using the constructs.

B 2403

141442436



LINDSAY ADLER
*Justice of the Peace a 182*
A.C.T

12.     In or around April 1995, the researchers responsible for the molecular biology aspects of
        the Potato Virus Project, in particular, Dr Graham and Mr Smith, had generated a series
        of constructs (the ¨A Series¨) that were to be tested in tobacco plants (cultivar W38)  The
        purpose for so doing, as explained to me by Dr Graham, was to achieve effective
        resistance to plant viruses  Dr Graham theorised that double stranded RNA,
        corresponding with the inverted repeat sequences at the DNA level, would achieve that
        objective  These A Series consisted of a number of different constructs, each of which had
        two promoters. Each promoter drove expression of an RNA transcript containing a
        fusion of a segment of a potato virus Y (¨PVY¨) gene and a segment of a tobacco mosaic
        virus (¨TMV¨) gene. The construct designated the A4 Construct was an inverted repeat,
        in which the two copies of the PVY/TMV fusion were inserted in opposite orientations to
        each other, with the second promoter acting as a spacer element between the repeated
        sequence. This meant that the RNA that resulted from transcription of the A4 Construct
        has self-complementary sequences (corresponding with the inverted repeat sequences at
        the DNA level) and could therefore form double stranded RNA

13      As noted above, the A Series was ready to be tested in or around April 1995  The
        constructs were provided to me by Dr Graham , and I was asked to use them to produce
        transformed tobacco plants. Now produced and shown to me and marked Exhibit
        ¨GAE1¨ are copies of pages 47 and 49 of my laboratory notebook number 0866, dated 12
        April 1995 and 20 April 1995, respectively, which set out steps I took to produce
        transformed tobacco with Constructs A2 to A5.

14      After regeneration of transformed tobacco plants in tissue culture and their subsequent
        transfer into soil in the greenhouse, I had to wait for them to grow before I could test their
        resistance/immunity to PVY and TMV to determine whether the constructs were
        effective at protecting the plants from infection by these viruses  Now produced and

B 2404



LINDSAY ADLER
ustice of the Peace # 1825

4.

shown to me and marked Exhibit "GAE2" is a copy of page 60 of my laboratory notebook number 0866, dated 22 May 1995, which sets out further steps taken in the testing of these constructs. In particular I refer to the paragraph at the bottom of the page which states that:

> "All of the TMV plants went down [with the virus] however a few of the A4 construct plants displayed what may be a recovery phenotype to PVY. This was backed up with a low ELISA PVY titre of the Apical leaf."

15    These results were the most promising we had obtained at this stage of the Potato Virus Project and the Barley Virus Project. Over the next few months, I continued trying to infect the resistant plants with PVY, but they were immune to the virus, which indicated that Construct A4 was effective at conferring immunity to PVY. These results, except for those identified in sub-paragraph (e) below, were extensively discussed with Dr Graham. Now produced and shown to me and marked Exhibit "GAE3" are copies of the following pages from my laboratory notebook numbered 0866 which set out additional results that were obtained from inoculating and testing the plants that had been transformed with the A4 Construct:

(a)    pages 80 – 83, inclusive. dated 2 – 9 August 1995, which sets out ELISA data obtained following inoculation of plants containing the A2, A3 or A4 constructs with PVY;

(b)    pages 86-87, dated 10 August 1995, which contains further details of tests using TMV;

(c)    pages 96 and 97, dated 11 and 12 September 1995, respectively, which show ELISA data gathered from plants containing A2, A3 or A4 constructs inoculated with PVY; and

B 2405



LINDS    GRIG F
Justice of the Peace
ACT

5

(d)     page 118 and 119, dated 5 December 1995 and 1 July 1996, respectively, which show that I transformed Atlantic potato plants with the A4 construct and that these plants were resistant to PVY when they were later tested; and

(e)     page 167, dated 5 August 1996, and pages 184-185, dated 2 September 1996, which show further ELISA testing of Atlantic potatoes transformed with the A4 Construct.

<u>The F Series</u>

16.     Following the initial results obtained for the A4 Construct, the Potato Virus Project members commenced making further constructs. These constructs, designated the "F Series", were generated by Mr Smith. Now produced and shown to me and marked Exhibit "GAE4" is a copy of page 144 of my laboratory notebook number 0866, dated 3 April 1996, which contains a copy of a table prepared by Mr Smith that shows the structure of this series of constructs. The inserts that were used for this series of constructs consisted of a PLRV/PVY fusion  The F Series consisted either of inverted repeat or direct repeat constructs, which used a selection of different promoters and promoter combinations. Each copy of the PLRV/PVY fusion was under the control of a separate promoter in each of the constructs. The F series of constructs were made during Dr Graham's period of employment with CSIRO Plant Industry although the result of the testing in plants were not available until after he left the employ of CSIRO. Dr Graham was aware of the objective and structures of the F series and discussed those matters with me and others at Plant Industry before leaving CSIRO in mid 1996.

17     I produced transformed potato (cultivar "Atlantic") or tobacco (cultivar W38) with these constructs between April 1996 and September 1996. I refer to Exhibit "GAE4" above, which indicates that I transformed Atlantic potatoes with the F2 Construct (an inverted



**B 2406**

141442436                                                                                6.

LINDSAY ADLER
*Justice of the Peace # 1?*
ACT

repeat construct) on 1 April 1996  Now produced and shown to me and marked Exhibit "GAE5" are copies of the following pages of my laboratory notebook number 0866, setting out details of other transformations involving the F Series:

(a)     pages 144-145, dated 2 April 1996, which documents transformation of W38 tobacco with the F2 Construct (referred to as the "S7 GUS" construct) and the F1 Construct (referred to as the "S7 S4" construct), which were both controls to test the S7 and S4 promoters in potato;

(b)     page 146, dated 16 April 1996, which documents transformation of W38 with the F3 construct (a direct repeat construct);

(c)     page 154, dated 6 May 1996, which documents the transformation of Atlantic potato with the F2 Construct;

(d)     page 155, dated 7 May 1996, which documents transformation of Atlantic potato with the F6 Construct (a direct repeat construct);

(e)     page 156, dated 20 May 1996, which documents transformation of W38 tobacco with the F6 Construct: and

(f)     page 157, dated 28 May 1996, which documents transformation of W38 tobacco with the F4 Construct.

18      I began taking the steps required for testing virus resistance of plants transformed with these constructs in or around late July 1996. Now produced and shown to me and marked Exhibit "GAE6" is a copy of page 166 of my laboratory notebook number 0866, dated 22 July 1996, which sets out the preparation of virus stocks for testing work that was carried out on the F Series

B 2407

141442436                                                                                      7

LINDSAY ADLER
Justice of the Peace # 1825

19. Testing of the Atlantic potatoes transformed with the F2 and F6 Constructs by exposing them to PLRV commenced on or around 16 December 1996. Now produced and shown to me and marked Exhibit "GAE7" are copies of the following pages of my laboratory notebook number 0864:

(a)   pages 26 and 27, dated 16 December 1996, which show the preparation of the plants transformed with the F2 and F6 constructs for inoculation with PLRV;

(b)   pages 34 and 35, dated 17 January 1997, which show preparation of the plants transformed with the F2 and F6 constructs for inoculation with PYY;

(c)   pages 44 and 45, dated 24 January 1997, which show the first ELISA assay of Atlantic potatoes transformed with the F2 Construct and the F6 Construct, with PLRV;

(d)   page 48, dated 4 February 1997, which shows the results this virus challenge of the transformed plants;

(e)   pages 56 and 57, dated 3 March 1997, which show the ELISA assay of Atlantic potatoes transformed with the F2 and F6 constructs and inoculated with PVY, and the results of that inoculation. Page 57 notes the conclusion drawn at the time. that "immune lines for PLRV & PVY are F2 line 1, line 5, F6 line 2, line 12." I also note that the Table on page 57 shows that the F2 Construct was more effective at conferring PVY resistance than F6 Construct

(f)   page 58, (which is incorrectly dated 5 February 1997 and should be dated 5 March [*February*] 1997, consistent with the other dates on this page), which shows further ELISA data obtained from a virus challenge of transformed plants with PVY;



B 2408

141442436

LINDSAY ADLER
Justice of the Peace # 1825

8.

(g) page 59, dated 10 March 1997, which shows our strategy once positive results had been obtained from the F2 lines and the F6 lines for immunity to both PVY and PLRV;

(h) pages 62 and 63, and the page included between these two pages, dated 19 March 1997 and 25 March 1997, respectively, which show further analysis of the Atlantic potato plants transformed with the F2 and F6 Constructs;

(i) pages 64 and 65, dated 2 April 1997, which contain a summary of results that had been obtained to that time for the Atlantic potato plants transformed with the F2 and F6 Constructs; and

(j) pages 88 to 93, inclusive, dated 13 to 17 June 1997, which show further ELISA data for these constructs and the commencement of field trials for resistant/immune potato lines containing these constructs.

20    In or around early 1998, I assisted with an experiment in which plants expressing a sense PVY fragment were crossed with plants expressing an antisense PVY fragment. I assisted with the analysis of the progeny plants. Now produced and shown to me and marked Exhibit "GAE8" are copies of pages 130, 137 and 148-151, inclusive, dated 14 January 1998 to 17 April 1998, of my laboratory notebook number 0864 which set out the details of this experiment.

C.    WORK UNDERTAKEN AS PART OF THE BARLEY VIRUS PROJECT

21.    As noted above, the Potato Virus Project and the Barley Virus Project were carried out in a highly collaborative manner. During the time I spent working in the glasshouse and doing tissue culture, I also assisted with these aspects of the Barley Virus Project.

B 2409

141442436



LINDSAY ADLER
Justice of the Peace
ACT

9.

22    Now produced and shown to me and marked Exhibit "GAE9" are copies of pages 72 and

73 from my laboratory notebook number 0866, and a page attached between these two

pages, dated 19 July 1995 and 20 July 1995 which show that, at this time, I assisted Dr

Wang to transform tobacco with various constructs which he had generated in the course

of his research on the Barley Virus Project, including constructs designated MBW001-

MBW010. The nature of the RNAs expressed from these constructs is shown

schematically on page 21 of notebook 0864, dated 17 December 1996.

23    ELISA data were obtained for these constructs in or around September 1995. I refer to

page 97 of my laboratory notebook number 0866, included as part of Exhibit "GAE3",

which sets out some of this data. In addition, now produced and shown to me and

marked Exhibit "GAE10" are copies of pages 112 and 113 from my laboratory notebook

number 0866, dated 17 October 1995, which show further results from these constructs.

E.    **CONTACT WITH DR GRAHAM AFTER HIS DEPARTURE FROM CSIRO**

24    I have seen Dr Graham a number of times since he left CSIRO in or around July 1997. Dr

Graham has visited CSIRO Plant Industry a number of times, during which visits he has

spent time in the laboratory in which the Potato Virus Project and the Barley Virus Project

are conducted. I would generally visit the laboratory during Dr Graham's visits, rather

than staying in the glasshouse. On one occasion, Dr Graham also asked to visit the

glasshouse.

25    There was also one occasion when Dr Graham came to my home on a Saturday morning

during one of his visits to Canberra. This visit took place in or around mid-April 1997.

Dr Graham was accompanied on this visit by a friend of his, who is Canadian. The visit

was largely a social one, although Dr Graham did ask me a number of questions

regarding the progress of work in the Plant Virology Subprogram, including questions

B 2410



LINDSAY ADLER
*Justice of the Peace* 1 153

about what results had been obtained when we tested the F2 Construct and the F6

Construct  Being acutely aware of my confidentiality obligations, I responded in a very

general way that we had obtained positive results with the F2 and F6 constructs.

And I make this solemn declaration by virtue of the *Statutory Declarations Act* 1959, and subject

to the penalties provided by that Act for the making of false statements in statutory declarations,

conscientiously believing the statements contained in this declaration to be true in every

particular.

DECLARED at Canberra in the Australian
Capital Territory on the 26 day of February
2003

Before me:

Witness

Name [print in full]    LINDSAY ADLER
                        ACT    *Justice of the Peace # 1825*

Qualification/Title

Declarant

B 2411

141442436

11.

# EXHIBIT 14

AUSTRALIA

*PATENTS ACT 1990 (CTH)*

In the matter of Australian Patent Application
No. 743316 in the name of Benitec Australia
Limited and State of Queensland through its
Department of Primary Industries

-and-

Opposition thereto by Commonwealth
Scientific and Industrial Research Organisation

---

**EVIDENCE IN SUPPORT**

**DECLARATION OF
DR PETER WATERHOUSE**

---

Blake Dawson Waldron Patent Services
Level 39, 101 Collins Street
MELBOURNE  VIC  3000
Tel: 9679 3000
Fax: 9679 3111
WJP 1315 7089

B 6151

Dr Peter Waterhouse

AUSTRALIA

*PATENTS ACT* 1990 (CTH)

IN THE MATTER OF AUSTRALIAN
PATENT APPLICATION NO. 743316 IN THE
NAME OF BENITEC AUSTRALIA LIMITED
AND STATE OF QUEENSLAND THROUGH
ITS DEPARTMENT OF PRIMARY
INDUSTRIES

– and –

OPPOSITION THERETO BY
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH
ORGANISATION

STATUTORY DECLARATION OF PETER MICHAEL WATERHOUSE

I, PETER MICHAEL WATERHOUSE, Senior Principal Research Scientist, Commonwealth

Scientific and Industrial Research Organisation, do solemnly and sincerely declare as follows:

1.    I am a Senior Principal Research Scientist employed by the Division of Plant Industry of

the Commonwealth Scientific and Industrial Research Organisation ("CSIRO") to conduct

research in the area of plant viruses and gene silencing   The Division of Plant Industry is

located at Black Mountain in Canberra, ACT.

2.    I make this declaration from my personal knowledge and from information available to

me or which has been provided by or obtained from the records of CSIRO.

3.    I make this declaration in support of the opposition by CSIRO to Australian Patent

Application No. 743316 in the name of Benitec Australia Limited and the State of

Queensland through its Department of Primary Industries (the "Opposed Application").

B 6153

141424227

A.     MY BACKGROUND

4.     I completed a Bachelor of Science (with honours) in Plant Biology at the University of
Newcastle Upon Tyne in 1977, spent one year at Cambridge University (England)
working on animal viruses in 1978 and was awarded a PhD from the University of
Dundee for plant virology research conducted at the Scottish Crop Research Institute, in
1981.

5.     I commenced my first post-doctoral research at CSIRO's Division of Plant Industry in
December 1981, working with Dr Katie Helms on plant virus research.  I have remained
at CSIRO since then, except for a sabbatical year at the Centre for Protein Engineering,
Medical Research Council Centre / University of Cambridge / Cambridge Antibody
Technology Company, Cambridge, England, during 1992.  During my time at CSIRO, I
have held the following positions, among others, at CSIRO:

(a)     leader of the Plant Virology Subprogram (1989-99);

(b)     leader of the Plant Defence Program, part of the CRC for Plant Sciences (1995-98);
and

(c)     leader of the Genomics Subprogram from 1999 (my current position).

Now produced and shown to me and marked Exhibit "PMW1" is a copy of my current
curriculum vitae.

6.     Initially my work at CSIRO involved working towards developing rapid serological
assays for a number of plant viruses and using them to survey the incidence of these
viruses in a national survey of Australian pastures  Around 1985, I began working with
Dr Wayne Gerlach and Dr Allen Miller on the molecular biology of the Barley Yellow
Dwarf Virus ("BYDV").  Throughout this statement, I will refer to this project as the

2

"BYDV Project". At this time, Dr Gerlach was a senior research scientist, I was a research scientist, and Dr Allen Miller was on his first postdoctoral position. The goals of the BYDV Project were to determine the genome sequence of BYDV, understand the molecular biology of the virus, and generate cereals that were resistant to it. After Dr Miller returned to the USA to take up a position at Iowa State University in or around 1989, Dr Mark Young took over Dr Miller's role in the BYDV Project.

7.   Around 1990, Dr Paul Keese joined our group as a post doctoral fellow and determined the genome sequence of potato leaf roll virus ("PLRV"), a virus that is closely related to BYDV but infects potato and tobacco, not cereals. Because it was easier to create transgenic tobacco and potato than to create transgenic cereals, Dr Keese and I focused on protecting tobacco and potato plants against PLRV while Dr Young and Dr Gerlach focused more on the BYDV Project. With technical support from Ms Rosie Holliday and Ms Jenny Howes, Dr Keese and I produced transgenic tobacco and potato plants that contained the PLRV coat protein gene and showed resistance to PLRV in glasshouse and field tests. These were probably the first PLRV-resistant plants produced in the world, and our potato plants were the first transgenic plants tested in the field in Australia when they were tested in 1991. Throughout this declaration I will refer to this project as the "PLRV Project".

8.   Dr Young left CSIRO in 1991, with one year of the BYDV Project funding remaining. Dr Michael Graham was appointed to continue this project.

9.   In 1991, Dr Gerlach was absent for a time and I became Acting Program Leader for what at the time was the whole Plant Defence Program (which included the Plant Virology and Fungal Subprograms.) I held this position for about 6 months, until in 1992, I left for a sabbatical year in Cambridge, where I worked on recombinant antibodies. Shortly before I left for Cambridge, Dr Keese and I secured additional funding from Coca Cola Amatil

141424227

3

for the PLRV Project. Coca Cola Amatil was later to become the Smith's Snackfoods Company, and I shall refer to it as the "**Smith's Snackfoods Company**" throughout this declaration. Also in or around 1992, Dr Gerlach left CSIRO. During my sabbatical, the BYDV funding expired and Dr Graham was transferred into the PLRV Project, using the funding I had secured from Smith's Snackfoods Company. When I returned from my sabbatical in 1993, I resumed leadership of the Plant Virology Subprogram which was then part of the "Molecular Approaches to Improved Plant Productivity, Protection and Nutritive Value" Program ("**Program Y**"). Dr Keese had changed his primary research focus into a project called the Ribozyme Project.

10.    Dr Ming-Bo Wang was appointed in or around September 1994 to work on the Barley Virus Project. Dr Wang's supervisors were Dr Richard Brettell (who at that time was a Principal Research Scientist in CSIRO's Division of Plant Industry working in the area of wheat and barley transformation), Dr Graham and me.

B.    TERMINOLOGY

11.    It is possible to generate constructs in which a certain sequence is repeated. Where the sequences are inserted in the same direction relative to one another, such repeats are called "direct repeats", as shown below:

```
5' A T T C G A T G : A T T C G A T G   3'
3' T A A G C T A C : T A A G C T A C   5'
```

12.    In a similar way, constructs can be "inverted repeat constructs". Again, this term refers to the sequence of the construct at the DNA level. The two gene sequences, inserted in opposite orientation, are the reverse complement of one another. Therefore, the RNA transcript of the inverted repeat construct contains 2 regions which are complementary, that is, can base pair with each other. Thus, the top strand of DNA, when read in a 5' to

B 6156

141424227

3' direction, will have the same sequence as the bottom strand of DNA when it is read in a
5' to 3' direction, as shown below:

```
5' A T T C G A T G: C A T C G A A T 3'
3' T A A G C T A C: G T A G C T T A 5'
```

13.     The two copies of the repeated gene sequence can be inserted directly adjacent to one

another (a "perfect inverted repeat"), or they can be separated by an additional DNA

sequence (which I refer to throughout this declaration as a "spacer element"). The mRNA

transcribed from an inverted repeat will contain self-complementary sequences and will

therefore be capable of forming duplex RNA. Duplex, or double-stranded, RNA will

form if the two complementary sequences hybridise to one another. In certain cases, the

RNA may form a "hairpin loop", with a stem of hybridised sequences and a loop of non-

hybridised sequences. A minimum of approximately 4 bases is required to form the loop.

In the case of a perfect inverted repeat, I would therefore expect a loop to form if the

inverted repeat is more than four bases long. An example of a hairpin loop is shown

below, using the same sequence as forms the inverted repeat in the diagram above:



Inverted repeat

B 6157

14.     A genetic sequence in a construct can be inserted in one of two orientations with respect

to a promoter for transcribing the sequence. In one orientation, the sequence is inserted

so that transcription and translation of the sequence will generate an RNA transcript and

141424227

polypeptide, respectively, that is the same as would be generated if the sequence were in its native state. This is described as a "sense" orientation. Alternatively, the sequence can be inserted into the construct in the opposite orientation with respect to the promoter, and this is termed an "antisense" orientation.

C.     THE PLANT VIROLOGY SUBPROGRAM

15.     In my role as the leader of the Plant Virology Subprogram from 1993 (upon my return from sabbatical) until 1999, I was responsible for supervision of a number of CSIRO and CRC projects. The projects which I discuss in this declaration (the **"Projects"**) are described below:

(a)     One project (the **"Potato Virus Project"**) was the continuation of the PLRV Project and (as described above) was part-funded by Smith's Snackfoods Company. The principal aim of the Potato Virus Project was to develop lines of potato plants that were resistant to PLRV and potato virus Y (**"PVY"**) which commonly affect potato crops. I had negotiated with Mr Jeff Peterson, the Research and Development Manager of Smith's Snackfoods Company who was our main contact person at Smith's Snackfoods Company for the Potato Virus Project, that the scope of the Project should include PVY. This was because PLRV is transmitted only via aphids, which makes it more difficult to innoculate transformed plants to test for virus resistance. On the other hand, plants only need to be rubbed with PVY in order to be inoculated. PVY is therefore an easier virus on which to conduct research. Further, a French researcher, Dr Christophe Robaglia, who had spent some time working at CSIRO, had successfully generated a large number of transgenic plants using different regions of the PVY virus. I contacted him regarding our plan to begin using PVY and he recommended that we use the PVY *NIa* gene for the Potato Virus Project.

B 6158

141424227

(b)    The other project, the "**Barley Virus Project**", was a Collaborative Research Centre

(CRC) project. The Barley Virus Project was a new project, although it built on the

work from the BYDV Project.

16.    The Plant Virology Subprogram was part of Program Y. The primary members of the

Plant Virology Subprogram were Dr Graham, Dr Ming-Bo Wang, Mr Neil Smith, Mr

Geoff Ellacott and me. A number of other people who worked in Program Y, were also

involved in the Projects, although only peripherally. Their names are Dr Keese (whom I

mention above), Dr Brian Surin, Dr Robert DeFeyter, Ms Rhonda Perriman, Ms Lynda

Graf, Dr Paul Chu and Ms Lisa Kelly (who was a PhD student under my supervision at

the relevant time).

17.    In 1994, Dr Graham's primary responsibility in relation to the Potato Virus Project, in

accordance with its aims, was to conduct research into virus resistance in potatoes and

develop lines of potato plants that were resistant to common viruses. He was also

responsible for reporting the results of this research to Smith's Snackfoods Company.

Further, Dr Graham had responsibility for the supervision of a number of other scientists

working in the Plant Virology Subprogram: Mr Smith and Mr Ellacott. I discuss the roles

of Mr Smith and Mr Ellacott further below.

18.    Dr Graham worked under my supervision in conducting his research and undertaking

his responsibilities in relation to the Potato Virus Project.

19.    In summary, Dr Graham, under my supervision, was responsible for the Potato Virus

Project and for the direct supervision of Mr Smith and Mr Ellacott. As noted above, he

was also a co-supervisor of Dr Wang, and was thus involved in the Barley Virus Project.

20.    Mr Smith and Mr Ellacott were skilled technicians who worked at the direction of more

senior people in the laboratory.

B 6159

141424227

21.    Mr Smith was responsible for the tissue culture aspects of the Potato Virus Project until January 1995, while Mr Ellacott worked in the laboratory, focusing on the molecular biology aspects of both the Projects. In January 1995, Mr Smith and Mr Ellacott changed roles, so that Mr Ellacott took over the tissue culture work. Mr Smith and Mr Ellacott worked largely at the direction and under the supervision of Dr Graham, assisting him with the Potato Virus Project and reporting the results of their work to him.

22.    Dr Wang conducted his research on the Barley Virus Project largely independently. Although Dr Graham was officially one of Dr Wang's supervisors, in practice, he and Dr Wang worked at a very similar level to one another.

D.    THE CSIRO INVENTION

23.    Dr Graham, Dr Wang and I made an invention (the "CSIRO Invention") in the course of working on the Potato Virus Project and the Barley Virus Project. Throughout this declaration I will refer to Dr Graham, Dr Wang and myself as the "Senior Team Members". The CSIRO Invention can be described as genetic constructs which result in the production of double-stranded RNA that function to induce the eukaryotic cellular mechanism of gene silencing and virus resistance.

24.    It had previously been widely observed that, sometimes, plants exhibited the characteristic known as gene silencing, whereby certain genes were "switched off" when they would otherwise be expected to be active. It appeared that there was an endogenous mechanism at work within the cell which could be induced. No-one knew what the trigger was, and this endogenous phenomenon therefore could not be exploited in a specific and targeted manner. We considered five theories regarding the possible trigger for this intracellular mechanism:

B 6160

(a)    a high level of transgene RNA (and a high transgene copy number);

141424227                                                          8.

(b)    aberrant transgene-encoded RNA;

(c)    transgene DNA structure (including methylation status);

(d)    transgene-derived double-stranded RNA; and

(e)    transgene protein.

25.    The Senior Team Members held the view that the mechanism was likely to be RNA mediated (theories (a), (b) and (d) above) and we set out to investigate whether the endogenous mechanism was induced by RNA. We were assisted in this work by Mr Smith and Mr Ellacott.

26.    In August 1995, we tested a construct, designated the A4 Construct, in tobacco plants which showed positive results. The A4 Construct was an inverted repeat construct (as described above). Further, the RNA produced by this construct contained one sense transcript of the target gene and one antisense transcript. The A4 Construct would therefore result in generation of double-stranded RNA. The results from testing plants transformed with the A4 Construct for resistance to PVY showed that this construct was much more effective at conferring virus resistance than either the other test constructs or the controls. The A2 Construct (a construct in the same series as the A4 Construct) contained sequences inserted in such a way as to result in RNA containing two sense transcripts. The results for the A2 Construct showed that it did not confer resistance to PVY at the same frequency as the A4 Construct. Similarly, control constructs containing single copies of the target gene sequence, or that would result in two antisense transcripts of the target gene, did not confer resistance to PVY at the same frequency as the A4 Construct.

B 6161

141424227

9

27.   The conclusion that the Senior Team Members drew from the results of these tests was that constructs containing both sense and antisense sequences of the target gene were effective at triggering the cellular virus resistance and gene silencing mechanism in the host.  That is, that constructs producing double stranded RNA were an effective trigger of gene silencing.

28.   Following these results, we conducted additional testing to confirm that double-stranded RNA could, indeed, trigger virus resistance and gene silencing.  This work culminated in a set of experiments, designed by the Senior Team Members, in which we generated parent plants that contained only sense copies of the target sequence, and other parent plants that contained only antisense copies of the target gene sequence.  None of these parent plants showed resistance to the target virus.  When we crossed these parent strains, all of the progeny carrying one antisense and one sense copy of the target gene showed an increased frequency of immunity to the target virus.  This confirmed that the presence of both sense and antisense copies of the target gene provided the trigger for the plant's intracellular virus resistance mechanism.

29.   I discuss the details of this work that led to the generation of the A4 Construct (and the other constructs in that series) below.  As noted above, further work was conducted on the CSIRO Invention after Dr Graham's departure and prior to CSIRO filing its patent application for the CSIRO Invention.  This later work, which I also discuss below, was conducted in order to extend the results that had already been obtained, and to refine further the CSIRO Invention.

B 6162

141424227                                                                10

E.      DEVELOPMENT OF THE CSIRO INVENTION

<u>Commencement of investigation of RNA mediated virus resistance</u>

30.     I had a conversation with Dr Roger Beachy at the USA/Australia Bilateral Science
        Agreement Workshop, "Plant Gene Technology: Plants for the Future", which was held in
        Cairns, Australia from 22-26 April, 1994, regarding some papers by a researcher by the
        name of Dougherty and his group. These papers (the **"Dougherty Papers"**) discussed the
        idea of RNA-mediated viral resistance, and include:

        (a)     Lindbo JA, Dougherty W.G, 1992, Molecular Plant-Microbe Interactions 5(2): 144-
                153, "Pathogen-derived resistance to a potyvirus: immune and resistant
                phenotypes in transgenic tobacco expressing altered forms of a potyvirus coat
                protein nucleotide sequence".

        (b)     Lindbo JA, Silva-Rosales L, Proebsting WM, Dougherty WG, 1993, Cell, 5(12):
                1749-1759, "Induction of a highly specific antiviral state in transgenic plants:
                implications for regulation of gene expression and virus resistance"; and

        (c)     Dougherty WG *et al*, 1994, Molecular Plant-Microbe Interactions 7(5): 544-552,
                "RNA-mediated virus resistance in transgenic plants: exploitation of a cellular
                pathway possibly involved in RNA degradation".

31.     My conversation with Dr Beachy took place after Dr Graham had commenced work at
        CSIRO. The reason I am able to state this is that while Dr Beachy and I were both eager to
        investigate the concept of RNA mediated resistance as a result of the ideas posited in the
        Dougherty Papers, Dr Graham was initially sceptical. However, after further discussions,
        including some with Richard Forster (visiting CSIRO from New Zealand between
        December 1993 and April 1994), he became more well disposed to the idea. Indeed, he

141424227

11.

B 6163

designed "hairpin" PVY and GUS constructs the following month and began the
experimentation. These first experiments marked the real commencement of the research
that led directly to the development at CSIRO of a novel means of inducing virus
resistance and gene silencing in eukaryotic cells. Now produced and shown to me and
marked Exhibit "PMW2" are copies of pages 107-108, inclusive, 1994 of Dr Graham's
laboratory notebook from 1994 ("**Dr Graham's 1994 Notebook**") dated on or around 7
May 1994. These pages set out the details of these construct designs, and show that the
"PVY hairpin" construct involved use of a particular fragment of the PVY *NIa* gene and
that the GUS hairpin construct was designed to have a small non-GUS spacer sequence
between the inverted GUS sequences.

32.    Based on my reading of Dr Graham's laboratory notebooks, it is clear to me that the
particular PVY hairpin construct designed by Dr Graham was not pursued when he
found a HincII restriction site in the PVY fragment. Also based on my reading of Dr
Graham's laboratory notebooks, it is clear to me that the particular GUS hairpin construct
he designed required the ligation together of three restriction fragments, which is a low
frequency event. For these reasons, the generation of these constructs was not pursued
by Dr Graham at this time.

33.    As discussed above, the Senior Team Members considered from an early stage in the
Projects that there were a number of possible bases for the mechanism of RNA-mediated
virus resistance/gene silencing:

(a)    a high level of transgene RNA (and a high transgene copy number);

(b)    aberrant transgene-encoded RNA;

(c)    transgene DNA structure (including methylation status);

B 6164

141424227

(d)    transgene-derived double-stranded RNA; or

(e)    transgene protein.

34.    The initial approach that was followed at CSIRO was similar to that outlined in the Dougherty Papers. The Dougherty Papers suggested that the mechanism involved high levels of transgene RNA in the host cell and that methylation of the transgene DNA might be somehow involved: see Smith *et al*, 1994, Plant Cell 6(10): 1441-1453, "Transgenic plant virus resistance mediated by untranslatable sense RNAs: expression, regulation and fate of nonessential RNAs". This theory was linked to the broader possible mechanism of "aberrant RNA structure" discussed at paragraph 33(b) above. An example of "aberrant RNA structure" is where RNA transcription is prematurely terminated.

35.    The Senior Team Members were confident from an early stage that the RNA mechanism was likely to be the correct mechanism, and concentrated their investigations on the mechanisms outlined above at paragraph 33(a), (b) and (d). We investigated all three mechanisms because, in my view, it is good science to keep an open mind when undertaking research such as this. It is as valuable to a hypothesis to be able to rule out a particular mechanism as to be able to rule it in.

**Potato Virus Project – work commenced in or around August 1994**

36.    Consistent with the direction of both Projects, the Senior Team Members, assisted by Mr Smith and Mr Ellacott, commenced a concerted effort in or around August 1994 and continuing into early 1995, to make direct repeat constructs and inverted repeat constructs using PVY fragments.

B 6165

37.    Fragments of the tobacco mosaic virus ("**TMV**") were also included in the scope of the Projects at around this time because this virus also infects tobacco (which we were

141424227

13.

intending to use as a host plant) and we were interested to see if we could generate

protection against two viruses (PVY and TMV) in the same plant by including sequences

from both viruses in the constructs. We obtained the TMV fragment from Dr De Feyter, a

scientist who also worked on virus resistance and was located in the room adjacent to the

room in which the Barley Virus Project and Potato Virus Project were largely conducted,

and who had a TMV isolate and some cloned gene fragments. Now produced and shown

to me and marked Exhibit "PMW3" are page 130, created prior to 1 August 1994, and page

145 created between 1 August 1994 and 9 September 1994, of Dr Graham's 1994

Notebook. These pages demonstrate that Dr Graham commenced working with the

TMV-containing clone obtained from Dr De Feyter (designated "4637 (Rob)" on page 130)

and that he was also involved in generating fusion constructs containing TMV and PVY

sequences (described on page 145 as "TMV PVY pairs").

### Work commenced in or around December 1994 – multi-copy TMV constructs

38.     The theory in the Dougherty Papers regarding high copy number prompted the Senior

Team Members to seek to develop ways in which to obtain high levels of transgene RNA

in the host cells. We were aware that plants with high transgene copy numbers occurred

by chance during the transformation process, when multiple copies of the transgene were

inserted in a host cell's genome. This led us to design constructs which were engineered

to have multiple copies of the transgene present as direct repeats in the construct. Dr

Wang was largely responsible for the design and generation of these constructs, and he

commenced this work in or around December 1994 using TMV fragments. Now

produced and shown to me and marked Exhibit "PMW4" to Exhibit "PMW10" are copies

of the following pages from Dr Wang's laboratory notebook number 17 ("Dr Wang's

Notebook 17") which demonstrate the work conducted in relation to direct repeat

constructs (the "Multi-copy TMV Constructs") at this time:

B 6166

(a)    pages 30-32, inclusive, dated on or around 5 December 1994, which set out the cloning strategy for the Multi-copy TMV Constructs and some of the steps taken to generate these constructs ("PMW4");

(b)    pages 39-40, inclusive, dated on or around 16 December 1994, which show further steps in the generation of the Multi-copy TMV Constructs ("PMW5");

(c)    page 48, dated 30 December 1994, and page 50, dated 1 January 1995, which show preparation of the DNA fragments and of the vector for the Multi-copy TMV Constructs, respectively ("PMW6");

(d)    pages 98-101, inclusive and page 103, dated on or around 8 March 1995 to 15 March 1995, which show further work in relation to the Multi-copy TMV Constructs ("PMW7");

(e)    pages 105 and 106, dated on or around 23 March 1995 [check date – pg dated 15/3/95], and page 108, dated 31 March 1995, which show steps taken to clone 4-copy direct repeats and 8-copy direct repeats, respectively ("PMW8");

(f)    pages 112 and 113 [we don't have this page] dated 6 April 1995 and [date of p113] respectively, showing additional checking of the TMV clones ("PMW9"); and

(g)    pages 127-129, inclusive, dated 10 May 1995m which show steps taken to clone TMV sequences into the plasmid pART 7 ("PMW10").

39.    As part of attempts to engineer a high transgene copy number with sense and antisense transgenes, we also tried to generate inverted repeat constructs. We wanted to compare the sense + antisense constructs with the direct repeat constructs. I refer by way of example to the "strategy diagram" on page 100 of Dr Wang's Notebook 17 included as part of Exhibit "PMW7".

**B 6167**

### Generation of double-stranded RNA/the A4 Construct

40.   As noted above, the experiments conducted in the course of the Projects were designed to investigate all of the theoretical mechanisms for virus resistance that I outline at paragraph 33 above.

41.   In or around early 1995, the Senior Team Members designed a series of "double promoter" constructs (the "A Series"). "Double promoter" constructs contain two promoters each of which controls one copy of the selected gene sequence. The gene sequences used in the A Series were a fusion of TMV and PVY sequences, as are described in paragraph 15(a) and 37 above. Mr Smith assisted with the generation of the A Series. Now produced and shown to me and marked Exhibit "PMW11" are copies of pages 19-40 of Mr Smith's laboratory notebook number 0863 ("Mr Smith's Notebook 0863") dated from 15 February 1995 to 9 March 1995 which show the work undertaken by Mr Smith to generate the A Series

42.   One of the aspects of virus resistance that we wanted to investigate with this series of constructs was the possibility that double-stranded RNA could induce virus resistance. In or around March 1995, a construct was generated which contained two promoters and two copies of each of the hybrid TMV/PVY gene fragments. The arrangement of the construct was as follows:

> Promoter (CaMV35s)]/sense TMV-PVY fragment/SCSV4 terminator/Promoter (SCSV4)/antisense TMV-PVY fragment/OCS terminator

43.   This construct was designated "A4" and throughout this declaration I refer to it as the "A4 Construct". This construct was designed for the purpose of generating sense and antisense RNAs that would then form double-stranded RNA.

**B 6168**

16.

44.    A number of other double-promoter-type constructs were also generated in or around February and March 1995. These were designated as Constructs A2, A3 and A5. Now produced and shown to me and marked Exhibit "PMW12" is a copy of page 41 from Dr Graham's laboratory notebook number 1191 ("Dr Graham's Notebook 1191") which shows the structure of the A2, A3, A4 and A5 Constructs. This particular page was not witnessed when it was created in or around August or September 1995 and I arranged for Dr Graham to sign it in 1999.

45.    Results were obtained from tobacco transformed with the A4 Construct in August 1995. Now produced and shown to me and marked Exhibit "PMW13" and Exhibit "PMW14" are copies of the following pages from Neil Smith's laboratory notebook number 0865 ("Mr Smith's Notebook 0865") which set out the results obtained from testing the A Series:

(a)    page 74 of Mr Smith's Notebook 0865, dated 31 July 1995, which shows ELISA data on the A Series ("PMW13"); and

(b)    pages 83 and 84 of Mr Smith's Notebook 0865, dated 31 August 1995 show results from challenging plants transformed with the A Series with TMV and PVY("PMW14");

(c)    page 38 of Dr Graham's Notebook 1191, dated 8 September 1995 indicates that plants containing the A2 Construct and plants containing the A4 Construct were inoculated with PVY ("PMW15").

B 6169

46.    This experiment showed that the tobacco plants that had been transformed with the A4 Construct and challenged with TMV and PVY showed a higher frequency of resistance to PVY than plants with the A2 Construct (a direct repeat construct which produced sense RNA transcripts of each of the gene sequences) or controls. These results were the most

141424227                                                                17

promising that had been obtained in the Potato Virus Project and the Barley Virus Project at that time. Accordingly, the experiments with the A4 Construct were highly significant in the course of the Projects.

47.    The A4 Construct is an inverted repeat construct, which I discuss at paragraph 12 above. Transcription of the A4 Construct will result in formation of double-stranded RNA in one of two ways. Generally, two separate RNA molecules will be transcribed, and these will form double-stranded RNA. There are times when the polyadenylation addition site of the SCSV4 transcription terminator sequence is not recognised by the cellular machinery and the phenomenon known as "readthrough" occurs. In such cases, transcription will not be terminated after transcription of the first TMV/PVY sequence, and a single RNA molecule will be produced. This will then fold back on itself to form a hairpin loop. Attached hereto and marked Exhibit "PMW16" is a diagram which shows both of the possible transcription products that can be generated from the A4 Construct.

48.    Consistent with my comments above in relation to inverted repeats, the generation and successful testing of the A4 Construct was a clear demonstration of how to make a stable inverted repeat at the DNA level and test its effect in an organism.

**Work undertaken following the results of the A4 Construct**

49.    I was very excited by the results obtained from testing the A4 Construct. The members of the Barley Virus Project and the Potato Virus Project continued to work towards confirming the mechanism that was involved in conferring virus resistance on host plant cells. Further, the A4 Construct conferred virus protection with only a single copy of the target gene present in the construct. This fact suggested to the Senior Team Members that the trigger of the intracellular mechanism was unlikely to be high levels of transgene copy number/high levels of transgene RNA (one of the potential mechanisms described

141424227

18.

at paragraph 33 above. In fact, these results demonstrated that constructs producing double-stranded RNA were an effective trigger of this mechanism.

50.  Due to the fact that the Potato Virus Project was part industry-funded, the scientists working on the Potato Virus Project spent a considerable amount of time taking steps (including field trials) towards commercialising potatoes resistant to PLRV and PVY. While we were greatly interested in confirming the mechanism of resistance, we were also conscious of our obligations to Smith's Snackfoods Company and of the need to maintain funding for the Potato Virus Project by pursuing its commercial objectives.

51.  In relation to pursuing the mechanism of gene silencing/viral resistance, and in view of the commercial goals of the Potato Virus Project, the Senior Team Members decided to replace the TMV-PVY fragment of the A4 construct with a PLRV-PVY fragment and replace the 35S promoter with the SCSV7 promoter. The F Series was designed and constructed during the period from around October 1995 to May 1996.

52.  Now produced and shown to me and marked Exhibit "PMW17" are copies of the following notebook pages which illustrate the work done to generate and test the F Series:

(a)  page 130 of Neil Smith's 0863 Notebook, dated 7 December 1995, which demonstrates that he commenced work on a new construct "backbone" using S7 and S4 promoters;

(b)  page 153 of Neil Smith's 0863 Notebook, dated 23 January 1996, which shows generation of the PVY/PLRV gene sequences to create the fusion insert that was used in the F Series;

(c)  page 173 of Neil Smith's 0863 Notebook, dated 27 February 1996, which shows the insertion of a PVY/PLRV fusion into a double promoter plasmid;    B 6171

141424227                                                                    19

(d)    page 186 of Neil Smith's 0863 Notebook, dated 14 March 1996, which demonstrates insertion of one of the final constructs into a binary vector;

(e)    page 200 of Neil Smith's 0863 Notebook, dated 16 April 1996, which contains a table setting out details of the design of the F Series; and

(f)    page 65 of Dr Graham's Notebook 1191, created in or around April 1996, which sets out some details of work conducted in relation to the F Series, in particular constructs F4, F5 and F6.

53.    In or around May 1996, we commenced the steps necessary to test the F Series in potato plants. Results were not obtained until after Dr Graham had left CSIRO on 19 July 1996. Now produced and shown to me and marked Exhibit "PMW18" are copies of the following notebook pages which demonstrate the results that were obtained:

(a)    pages 154 and 155 of Mr Ellacott's laboratory notebook no. 0866 ("Mr Ellacott's Notebook 0866"), dated 6 and 7 May 1996, respectively, which show the transformation of Atlantic potato plants with the F2 and F6 Constructs;

(b)    pages 26 and 27 of Mr Ellacott's Laboratory Notebook No. 0864 ("Mr Ellacott's Notebook 0864") dated 16 December 1996, which show details of the commencement of testing with the PLRV virus;

(c)    pages 44 and 45, dated 24 January 1997, and page 48, dated 4 February 1997, of Mr Ellacott's Notebook 0864 which set out the results of challenging potato plants transformed with the F2 and F6 constructs; and                B 6172

(d)    pages 89 to 93, inclusive, of Mr Ellacott's Notebook 0864, dated 13 to 17 June 1997, which contain a summary of the results obtained from testing of the F2 and F6 Constructs and the commencement of further work in relation to these constructs.

141424227                                                    20.

54.  The F2 Construct was of the same design as the A4 Construct, that is, it was a double

promoter construct in which the target sequence under the control of one promoter was

inserted in a sense orientation and the same sequence was inserted a second time, in an

antisense orientation, under the control of the other promoter. The F2 Construct is an

inverted repeat in which the second promoter functions as a spacer element.

55.  The F6 Construct contained two copies of the PVY/PLRV fusion sequence, each under

the control of a separate promoter, and each inserted in the same orientation. The F6

Construct is therefore a direct repeat construct.

56.  The F2 Construct and the F6 Construct were made to compare two designs – the inverted

repeat/sense-antisense construct design (which could lead to the generation of double-

stranded RNA) and the direct repeat/sense-sense design which might be able to generate

virus resistance and gene silencing.

57.  Both the F2 and F6 constructs conferred virus resistance/immunity in plants, particularly

to PVY. The data from the F Series further substantiated our model that constructs

resulting in the production of double-stranded RNA were an effective trigger of virus

resistance and gene silencing.

## Work undertaken after Dr Graham's departure from CSIRO                    B 6173

58   The work undertaken after Dr Graham's departure from CSIRO on 19 July 1996 included

experiments in which a series of PVY inserts and six different promoters were used. The

remaining Senior Team Members (being Dr Waterhouse and Dr Wang) designed this

second series of constructs to confirm and expand the data that had already been

obtained. This work was done during the period October 1996 to April 1997. Now

produced and shown to me and marked Exhibit "PMW19" is a copy of page 82 of Mr

Smith's laboratory notebook number 0860 ("Mr Smith's Notebook 0860"), dated

141424227                                                                    21

31 October 1996, which sets out the design of these constructs, on which he was commencing work at this time.

59.    Mr Smith continued working to generate these double promoter constructs until around 11 February 1997. These constructs were tested in tobacco, and results were obtained in or around 30 April 1997 and 20 May 1997. Now produced and shown to me marked Exhibit "PMW20" are pages 146 and 147 of Mr Smith's Notebook 0860, created between around 30 April 1997 and 20 May 1997, which contain details of the results obtained when these constructs were tested in tobacco plants.

60.    From our model on the triggering of virus resistance/gene silencing by double-stranded RNA and based on the data obtained with the A4 Construct, it was clear to me and others in mid-1996 that using a single promoter to generate a double-stranded or partially double-stranded RNA ("hairpin loop" or "panhandle" RNA) would also induce virus resistance/gene silencing. As described above, generation of RNA constructs which would form double-stranded RNA had been one of our core aims throughout 1994 to 1996. Generation of inverted repeat constructs that could form RNA hairpin loop structures would also achieve this result, and we had attempted this already during Dr Graham's period of employment at CSIRO. However, for technical reasons associated with the peculiarities of cloning perfect palindromes in certain strains of *E.coli*, our initial attempts had not been successful. These difficulties are discussed in greater detail in the declarations of Robert de Feyter and Ming Bo Wang.

61.    Therefore, following Dr Graham's departure, the work to generate an inverted repeat construct capable of forming an RNA hairpin loop (which had been commenced by Dr Graham in May 1994) continued. Now produced and shown to me and marked Exhibit "PMW21" is a copy of page 151 of Mr Smith's Notebook 0860, dated 21 May 1997. This

B 6174

141424227

page shows one of the strategies employed by Mr Smith to generate constructs that would form hairpin loop RNA.

62.   In or around mid-October 1997, Mr Smith had the idea of using an intron as the spacer element in the PVY inverted repeat constructs he was seeking to generate. Mr Smith discussed this idea with me. I thought it sounded worth pursuing and suggested that Mr Smith obtain some intron DNA from Dr Bill Taylor, another CSIRO scientist whom I knew had some intron DNA. Now produced and shown to me and marked Exhibit "PMW22" are copies of pages 189, 192 and 193 (dated around 14 October 1997, 30 October 1997 and 3 November 1997, respectively) which show the work done to generate these constructs. Mr Smith made constructs with either a "sense" intron (which would be spliced out of the mRNA transcript) or an "antisense" intron, which would not be recognised as an intron, would not be spliced out, and which therefore acted as a standard spacer element. Results from these constructs were obtained in 1998/1999.

63.   In or around 11 to 15 August 1997, Dr Wang generated a direct repeat and an inverted repeat with a spacer element using a segment of the GUS gene. As with the other successful constructs, the idea underlying the inverted repeat construct was to generate double-stranded RNA (this time from a single promoter construct). Now produced and shown to me and marked Exhibit "PMW23" are copies of pages 28, 31 to 32 and 35 of Dr Wang's Notebook 5, dated 11 August 1997 and 15 August 1997, which record his successful generation of these constructs.

64.   These constructs were tested and results were obtained in September 1997. The results indicated that the GUS hairpin construct gave efficient gene silencing in host cells. Now produced and shown to me and marked Exhibit "PMW24" are copies of pages 55 – 67, inclusive, and pages 71 – 74, inclusive, dated from 3 December 1997 to 11 December 1997, of Dr Wang's Notebook 5 which set out these results.

**B 6175**

141424227

65.  In or around August 1997, we were also conducting an experiment to give us further confirmation that virus resistance/gene silencing mechanism could be induced by double-stranded RNA. In this experiment, I performed plant crosses in which one parent carried a sense-expressing PVY gene fragment and the other carried an antisense-expressing PVY gene fragment. Now produced and shown to me and marked Exhibit "PMW25" are copies of pages 58 and 59, dated 16 August 1997, of my laboratory notebook number 0938, which show details of these crosses. None of the parent plants showed PVY resistance. The crossed progeny of these plants would generate both sense and antisense PVY RNA. The results of this experiment showed that those plants that inherited both the sense and antisense transgenes were protected from the virus. Now produced and shown to me and marked Exhibit "PMW26" are copies of pages 16 and 19, dated 13 and 17 January 1998, respectively, of Mr Smith's laboratory notebook number 2014 which set out these results. This demonstrated further that double-stranded RNA triggered the virus resistance mechanism. This data also allowed us to conclude that the DNA structure itself did not induce the virus resistance and gene silencing. We were thus able to rule out another of the theories put forward in the Dougherty Papers and discussed above at paragraph 33(c).

F.   REPORTING STRUCTURE IN RELATION TO THE BARLEY VIRUS PROJECT AND THE POTATO VIRUS PROJECT

66.  There were a number of formal mechanisms by which the progress made in various projects undertaken at CSIRO were documented and reported. I outline these briefly below, including providing details of relevant reports that were generated during the course of the Barley Virus Project and Potato Virus Project.

Planning Performance Evaluation Reports ("PPEs")

B 6176

141424227

24

67.     CSIRO requires each scientist to prepare a PPE each year which sets out details of that individual's achievements in that year.  These are discussed in the declaration of Dr de Feyter.

## Projects and Programs Reports ("P&P Reports")

68.     P&P Reports are produced annually in respect of each program at CSIRO.  This document is an internal, confidential CSIRO document, and includes details of the percentage of time each researcher spend on each project conducted under various programs.

## Reports to Smith's Snackfoods Company

69.     As noted above, the Potato Virus Project was funded, in part, by Smith's Snackfoods Company.

70.     Mr Peterson generally visited CSIRO every three to six months.  These visits usually lasted an entire day, and Mr Peterson, Dr Graham and I would go through the progress that had been made on the Potato Virus Project since Mr Peterson's last visit.  Occasionally, Mr Smith, Mr Ellacott and/or Dr Wang were also present.

71.     Dr Graham was also involved in drafting the reports that were presented to Smith's Snackfoods Company, and was familiar with their entire contents.  The content of these reports, including Dr Graham's final report to Smith's Snackfoods Company in which he summarised the achievements of the project up until that time, is discussed in detail in the declaration of Dr de Feyter.

B 6177

## Reports to the Steering Committee of the Barley Improvement Program

72.     The scientists involved in the Barley Virus Project were required to prepare reports which had to be submitted to the Steering Committee of the Barley Improvement Program.  Dr Graham was involved in the preparation of these reports.  Usually, Dr Wang would draft

141424227                                                                                      25.

the report and Dr Graham would correct and comment on it before it was put into its final form and submitted. Dr Graham was therefore familiar with the content of these reports, which are discussed further in the declaration of Dr Ming-BoWang.

G.    OTHER DOCUMENTS PROVIDING AN INDICATION OF PROGRESS

1994 correspondence with Davies Collison Cave

73.    Now produced and shown to me and marked Exhibit "PMW27" is a copy of a facsimile letter dated 6 June 1994 which was sent by Dr Allan Green, a Principal Research Scientist in the Division of Plant Industry, to Mr John Slattery, a partner at Davies Collison Cave.

74.    This letter sets out "an outline of an idea that Mick Graham has regarding antisense technologies" and seeks advice regarding whether there is sufficient data to file a provisional patent application.

75.    The letter describes Dr Graham's hypothesis, at paragraph 4 on page 1, in the following terms:

> "in some instances, sense transgenes become inserted in chromosomal positions where a partial (or even complete) antisense transcript is produced, thus leading to a similar sense/antisense mRNA hybrid molecule forming. Further it is suggested that it is not the passive formation of the mRNA hybrid alone that prevents translation (expression), but rather this hybrid induces an endogenous mechanism that destroys such hybrid RNA molecules in a sequence specific way"

76.    The letter also states that CSIRO expected to be able to "prove or disprove the hypothesis within the 12 month period [allowed between filing a provisional patent application and filing a full application]".

B 6178

141424227                                                                    26.

77.    Attached to the letter is an outline of the hypothesis described above, prepared by Dr Graham. The outline includes a diagram of three constructs which would enable the mechanism described above to be exploited. The constructs were designed to "produce RNAs which will form double-stranded hybrids thereby resulting in an increased likelihood of inducing the state switch [that is, virus resistance or endogenous gene suppression]" (see paragraph 4 of the description). The construct designated "Case 2" is an inverted repeat construct. The construct described as "Case 3" results in the production of sense plus antisense RNAs which "can then form a hybrid hence switching states". "Case 4" provides a method whereby multiple genes could be inactivated using a single construct.

78.    It is also significant that the final point under the heading "Expected outcomes", states that the constructs described "should be useful in mammalian systems".

79.    Now produced and shown to me and marked Exhibit "PMW28" is a copy of a facsimile letter dated 8 June 1994 from Mr Slattery to Dr Green, responding to the letter exhibited hereto as "PMW27". Mr Slattery makes the following comment at paragraph 4 of page 2 of this letter:

B 6179

"As a general proposition, the elucidation of a new scientific hypothesis to explain an existing technology would not represent in itself patentable subject matter. However, if as a result of this new hypothesis as to mode of action, tangible benefits can be realised, such as in the form of a more efficacious mode of carrying out the invention, then such an outcome would be patentable. In the present case, if the proposal by Dr Graham merely provided a new hypothesis underlying co-suppression technology, then this would not represent patentable subject matter. However, a tangible benefit of this hypothesis is the generation of constructs which facilitate the synthesis of complementary mRNA molecules to thereby promote hybrid molecule formation. The patentable subject matter would in

141424227

> *effect be the novel genetic constructs engineered based on the hypothesis proposed by Dr*
>
> *Graham.*"

80.    The letter goes on to discuss the possibility of filing a provisional application and states, at paragraph 4 on page 3, that a patent application filed at this stage would support "conception of the invention", although reduction to practice would still need to be demonstrated. As would be clear from the preceding paragraphs of this declaration, the members of the Barley Virus Project and the Potato Virus Project did subsequently reduce this invention to practice, before Dr Graham ceased working at CSIRO.

H.    INTERACTION AND COLLABORATION WITHIN THE PLANT VIROLOGY SUBPROGRAM

81.    I recall that there was a great deal of interaction between all the scientists working on the Barley Virus Project and the Potato Virus Project. No distinction was made between the two projects in so far as information flow between the scientists was concerned.

82.    The subject matter of the two Projects was so similar that all members of the team had frequent discussions about the results of work conducted to date and ideas and strategies for further research. These discussions were largely informal in nature, occurred throughout each working day, and could involve all or any of the scientists. As far as I am aware, no information or idea was ever concealed from any other member of the team, and all developments or suggestions or proposals were discussed by all members of the team. Indeed, brainstorming sessions to test or tease out new ideas and solutions to the scientific problems we were investigating were a frequent occurrence, and hardly a week went by without such a session taking place.    B 6180

83.    There were also more formal fora for discussions about virus resistance in plants. For example, it was my practice to try to hold a team meeting (to be attended by members of both the Barley Virus Project and the Potato Virus Project) each fortnight. Although it

141424227                                                                    28.

was not always possible to adhere rigorously to this timetable, team meetings were held fairly regularly through the course of these two projects. In addition, there were formal meetings which formed part of the reporting structure within CSIRO, or with our external industry partners. These are discussed further above.

84. There was a high degree of collaboration between the scientists working on the two Projects. For example, Dr Wang and Dr Graham co-operated extensively in their respective research. In part, this high degree of collaboration was due to the similarity of the two projects, in part it was a function of Dr Graham's supervisory role in respect of Dr Wang and in part it was a natural by-product of the collaborative manner in which the members of the Plant Virology Subprogram worked.

85. An example of collaboration due to the similarity of the projects is the fact that Dr Wang made a number of different constructs in the course of the Barley Virus Project which he provided to Dr Graham to test for the purpose of the Potato Virus Project. Types of construct provided to Dr Graham by Dr Wang are the constructs containing direct repeats of genes from the tobacco mosaic virus ("TMV") and potato virus Y ("PVY") mismatch constructs. Dr Graham would then ask Mr Ellacott or Mr Smith to introduce and test these constructs in tobacco. Attached hereto and marked Exhibit "PMW29" are copies of the following laboratory notebook pages which show that such collaboration took place:

(a)     page 23, of Dr Graham's Notebook 1191, dated 11 July 1995, which demonstrates that he received "multiple TMV" constructs from Dr Wang; and

(b)     page 49 of Dr Graham's Notebook 1191 dated on or around 9 September 1995 which cross-refers to page 84 of Mr Smith's laboratory notebook, and the cross-referenced page 84 of Mr Smith's Notebook 0863, dated 12 September 1995, which

B 6181

141424227

shows the mini-preps he performed on the TMV repeats at the direction of Dr
Graham.

86.     An example of the collaboration that was brought about by Dr Graham's position as co-
supervisor to Dr Wang is Dr Graham's involvement in the preparation of the reports
which had to be submitted to the Steering Committee of the Barley Improvement
Program as part of the Barley Virus Project. I discuss the nature of these reports above at
paragraph 72 and they are discussed in greater detail in the statutory declaration of Dr
Wang.

I.      **CONTACT WITH DR GRAHAM FOLLOWING HIS DEPARTURE FROM CSIRO**

87.     I maintained contact with Dr Graham after he ceased employment with CSIRO, up until
the time I discovered the existence of the Opposed Application, which was on or around
9 October 1999. This contact took the form of conversations, both in person and by
telephone, and email correspondence.

88.     One of the reasons that I maintained contact with Dr Graham after his departure from
CSIRO was that he had made a substantial contribution to the work that had been
conducted in the course of the Barley Virus Project and the Potato Virus Project. I was
always interested in publishing the results of this work (as most scientists are) and any
such publications would have included Dr Graham as an author, due to the contribution
he had made during his employment at CSIRO.                    **B 6182**

89.     For example, an article discussing the virus resistance and gene silencing work
undertaken by way of the Barley Virus Project and Potato Virus Project was submitted to
the journal *Proceedings of the National Academy of Sciences* on 22 May 1998. This article was
later published as Waterhouse, PM, Graham, MW, Wang, M-B ,1998, Proc. Nat. Acad. Sci.
USA 95: 13959-13964, "Virus resistance and gene silencing in plants can be induced by

141424227                                                                          30

simultaneous expression of sense and antisense RNA" (the "PNAS Paper"). Now

produced and shown to me and marked Exhibit "PMW30" is a copy of the PNAS Paper,

as published.

90.    Dr Graham, Dr Wang and I collaborated in drafting the PNAS Paper. I commenced

writing this paper after Dr Graham had left CSIRO. I intended it for publication either in

*Nature* or *PNAS*, and decided on submission to PNAS at some stage during the drafting

process. After the paper had been submitted and I had received comments on it from the

*PNAS* reviewer, I provided Dr Graham with a draft of the paper. I did this by way of

email on 2 June 1998. Now produced and shown to me and marked Exhibit "PMW31" is

a copy of the email and the draft PNAS Paper attached to that email which I sent to Dr

Graham on 2 June 1998. This draft includes discussions of the following matters relating

to the Potato Virus Project and Barley Virus Project:

(a)    that virus resistance and gene silencing are induced by double-stranded RNA;

(b)    that the double-stranded RNA can be made from transcripts from one sense and

one antisense gene, or from a single transcript which has self-complementarity, or

from sense and antisense transcripts from genes brought together by crossing; and

(c)    that the mechanism may be universal to all eukaryotes.

91.    In addition, and as is evident from the discussion at paragraphs 73 to 80, CSIRO intended

to file a patent application for its virus resistance and gene silencing invention from an

early stage. Given Dr Graham's role in the Barley Virus Project and the Potato Virus

Project, it was clear that he would be named as a co-inventor on any such patent

application.

B 6183

141424227

<u>"Commercialisation of Transgenic Crops: Risk, Benefit and Trade Considerations" Conference</u>

<u>in Canberra, 11-13 April 1997</u>

92.     Over the period 11 – 13 April, 1997, I attended the "Commercialisation of Transgenic

        Crops: Risk, Benefit and Trade Considerations" Conference in Canberra  The focus of this

        conference was transgenic plants.  The conference had many delegates, among whom

        were Dr Graham and Mr Peterson of Smith's Snackfoods Company.

93.     At this time, the Potato Virus Project team members had developed a very good working

        relationship with Mr Peterson.  I recall that Mr Peterson, Dr Graham and I had an

        informal discussion, possibly over a lunchtime break, during the course of this conference

        regarding the work that was still being undertaken as part of the virus resistance research

        at CSIRO.  During this meeting, I indicated that the A4 and F2 (that is the constructs

        capable of resulting in double-stranded RNA) were working well in potatoes.  During the

        course of this discussion, Dr Graham did not make any significant comments regarding

        the work he was undertaking at QDPI.

<u>Email correspondence</u>

94.     Between August 1997 and August 1998, I exchanged a number of emails with Dr Graham

        which, in part, related to the work being conducted by the researchers working on the

        Barley Virus Project and the Potato Virus Project.  Now produced and shown to me and

        marked Exhibit "PMW32" are copies of these emails, arranged in chronological order

        from 25 August 1997 to 28 August 1998.  I make the following observations in relation to

        the content of these emails:

        (a)     In an email from me to Dr Graham dated 4 January 1998, I mention that I have

                sent copies of two papers (Graham et al, 1997, Plant Mol Biol 33:729-735; and a

B 6184

submitted version of Wang et al, 1998, Arch Virol 143:1005-1013). I comment in this email that the "silencing stuff is going well".

(b)  In an email sent to me by Dr Graham and dated 5 January 1998, Dr Graham states, in the context of the "silencing stuff", that he "hasn't been able to move quickly enough – construct horrors".

(c)  In an email dated 3 March 1998 sent to me by Dr Graham, Dr Graham makes the following statement regarding his research activities at QDPI:

> "*The only thing I have managed to complete was to try and put some sequences in that might stabilise some co-suppressing RNAs (a TMV tRNA 3' sequence, including the pseudoknot and the tRNA) and a synthesised hairpin loop. Both made no detectable difference with PVY resistance or GUS expression, that is in the rubbish bin.*"

I understood from this email that Dr Graham tried to stabilise co-suppressing RNAs (ie. sense RNAs) by adding sequences that should stabilise them in the cell. These sequences included hairpin loops, which were added at the end of the RNA transcript purely for the purpose of stabilising it and did not contain target gene sequences.

(d)  In an email from me to Dr Graham dated 9 March 1998, I told Dr Graham that we "are in the middle of patenting it [the CSIRO invention] with an overseas company." I also informed Dr Graham, in this email, that he "is a named inventor". Dr Graham was therefore aware, from at least 9 March 1998 that CSIRO intended to file a patent application for the invention that had been developed during the period of his employment with CSIRO.

B 6185

141424227

33

(e)    In an email from Dr Graham to me also dated 9 March 1998, Dr Graham asks, in relation to patenting the CSIRO invention, whether "there is some sort of competition". He also makes the following comment in relation to the QDPI "pineapple PPO project": "we are designing 'final' constructs now", and again asks about the potato paper and progress with the paper on the double promoter constructs.

(f)    In my reply to the email described in paragraph 94(e) above, I ask Dr Graham not to tell anyone about CSIRO's relationship with the European company who was patenting the CSIRO invention. I also note that "it is supposed to be extremely secret. Jim [Peacock] will not let us submit the paper(s) until the lawyers say so."

(g)    On 1 June 1998, I sent Dr Graham a further email, which attached a copy of the PNAS paper, of which he was a co-author. This was after CSIRO had filed its United States Patent Application Number 09/056,767 (which was filed on 8 April 1998). I state in the email that the "model is a bit funky, and may still be not quite right, but you try and explain sequence specific self-perpetuating silencing (ssss) from dsRNA molecules."

(h)    In an email from Dr Graham to me dated 2 June 1998, Dr Graham comments on the paper, and states "I agree there is a lot of extra stuff in this (love the crosses and Mingbo's panhandle), but the ideas were mine." This clearly indicates that Dr Graham considered that the additional work that had been conducted on the Barley Virus Project and the Potato Virus Project in the time since his departure were only simple variations and a refinement of the invention that had been made during his employment with CSIRO, rather than new inventions in their own right.

B 6186

141424227                                                                34.

(i)    In a further email regarding the paper, sent by Dr Graham to me and dated 12 June 1998, he comments that his "hypothesis was always that transient duplexes might induce co-suppression".

J.    THE OPPOSED APPLICATION

95.    I have read the Opposed Application, including the Figures set out in the specification, which I presume are intended to reflect the types of constructs which the Applicant claims as its invention. A number of the constructs illustrated in the Figures are either base vectors, or direct repeat, or inverted repeat constructs, used to construct the plasmids which embody the invention claimed in the Opposed Application. My comments in relation to this second category of plasmids, described as "test plasmids" in the Opposed Application, are set out below.

Direct repeat constructs

96.    A number of the Figures in the Opposed Application are direct repeat constructs. They can be categorised as follows:

(a)    Figures 20 – 22, inclusive, show direct repeat constructs which contain 2, 3 and 4 copies, respectively, of a fragment of the BEV gene, and Figure 23 shows a direct repeat of the BEV gene in which a second promoter sequence functions as a spacer element;

(b)    Figures 35 and 36 show direct repeat constructs containing 2 and 3 copies, respectively, of a sequence of the Galt gene, and Figure 37 shows a direct repeat using the same Galt sequence, in which a second promoter acts as a spacer element;

B 6187

141424227                                                                    35

(c)    Figures 47 and 48 show direct repeat constructs containing 2 copies of a fragment of a PVY gene (each of these constructs is in a different plasmid), and Figures 49 and 50 show direct repeat constructs containing 3 and 4 copies, respectively, of the same PVY gene fragment, while Figure 52 is a direct repeat construct in which the PVY sequences are spaced apart;

(d)    Figures 59 to 62, inclusive, show further direct repeat constructs containing 2, 3 and 4 copies of the PVY gene fragment and a spaced apart inverted repeat (these constructs are in plasmid pART7); and

(e)    Figure 68 shows ten direct repeats of a PVY gene fragment.

97.    As will be apparent from the preceding paragraphs of my declaration, the CSIRO researchers working on the Projects generated direct repeat constructs during the period of Dr Graham's employment with CSIRO. Now produced and shown to me and marked Exhibit "PMW33" to Exhibit "PMW35" are copies of the following pages from Dr Wang's notebooks, which demonstrate the nature of the work undertaken to generate direct repeat constructs:

(a)    pages 56, 98-108 and 112-113, all inclusive and dated between6 January 1995 and 6 April 1995, of Dr Wang's Notebook 17 ("PMW33");

(b)    pages 55-56 dated on or around 5 April 1995, and pages 100-109 dated on or around 29 May 1995, all inclusive, of Dr Wang's Notebook 1195 ("PMW34"); and

(c)    pages 37-53, inclusive, dated 2 January 1995 to 30 January 1996 of Dr Wang's Notebook 1525 ("PMW35").

98.    I also refer generally to the discussion of direct repeats, above, and to other constructs such as the F2 Construct.

**B 6188**

141424227

36.

Inverted repeat constructs

99.     The preceding paragraphs of my declaration also contain a significant amount of discussion of the work undertaken in relation to inverted repeat constructs, during Dr Graham's employment at CSIRO. In particular, the A4 Construct is an example of a spaced apart inverted repeat construct that was made and tested during the period of Dr Graham's employment.

100.    The following Figures in the Opposed Application are illustrations of inverted repeat constructs in which the repeated sequences are separated by a spacer element:

    (a)    Figures 24 and 25, which contain inverted repeats of a BEV sequence and in which the spacer elements differ (I note that the spacer element in the plasmid illustrated in Figure 24 is a promoter sequence);

    (b)    Figures 26 and 40, which contain inverted repeats of a sequence of GFP, and in which the spacer elements differ;

    (c)    Figures 38 and 39, which show inverted repeat sequences using a fragment of the Galt gene (again, Figure 38 shows an inverted repeat construct in which the spacer element is a promoter sequence);

    (d)    Figures 53, 54 and 63 to 65, inclusive, which show inverted repeat constructs that utilise a fragment of the PVY gene, in fact the identical PVY fragment produced by Dr Graham at CSIRO;  and

    (e)    Figures 65 to 67, inclusive, in which a fusion of three copies of a PVY sequence have been used to generate an inverted repeat.

B 6189

141424227

101.   In relation to paragraph 100(e), above, I note that fusion constructs of more than one gene

sequence of interest had been generated at CSIRO, and used to create inverted repeat

constructs prior to Dr Graham's departure.  Indeed, the A4 Construct, which contained

fragments of both PVY and TMV gene sequences and the F2 and F6 Constructs contained

fragments of PLRV and PVY.

102.   I refer to the following laboratory notebook pages of Dr Graham which set out work

conducted by Dr Graham to generate inverted repeat constructs that are conceptually the

same as those contained in the Figures of the Opposed Application with only

unimportant differences such as the selection of target sequence and promoter:

(a)    pages 107-108 of Dr Graham's 1994 Notebook exhibited hereto as Exhibit "PMW2";

and

(b)    page 41 of Dr Graham's Notebook 1191, created in or around August or September

1995, exhibited hereto as Exhibit "PMW12".

K.   CONCLUSIONS

103.   Dr Graham was aware of, and familiar with, all of the work being conducted in relation

to both the Potato Virus Project and the Barley Virus Project during his term of

employment with CSIRO.  Dr Graham continued to receive information from the

members of the Potato Virus Project and the Barley Virus Project after he left CSIRO to

commence employment with QDPI.

104.   I have read the Opposed Application.  It is clear to me from reading the Opposed

Application that many of the same or similar types of constructs as are described in the

Benitec Application were made by Dr Graham, or those assisting him, namely Dr Ming-

B 6190

141424227                                                                                          38.

Bo Wang, Mr Neil Smith and Mr Geoff Ellacott, and were made during the term of Dr Graham's employment at CSIRO.

105.   As is obvious from the preceding paragraphs, a number of the constructs made during the course of Dr Graham's employment at CSIRO were made by people other than Dr Graham, but that work was done either at his direction, under his supervision, or with his knowledge, and he was clearly aware of all of the work that was conducted on the two Projects which I describe.

106.   While some variations were made by the other researchers working on the Projects after Dr Graham ceased employment with CSIRO, it is obvious to me that these were variations of the principal solution that had already been conceived, tested and reduced to practice during Dr Graham's time at CSIRO by the CSIRO team of which Dr Graham was one important member. Indeed, Dr Graham himself acknowledges this in his email to me dated 2 June 1998 (attached hereto as part of Exhibit "PMW31" and discussed above at paragraph 94(h).

And I make this solemn declaration by virtue of the *Statutory Declarations Act* 1959, and subject to the penalties provided by that Act for the making of false statements in statutory declarations, conscientiously believing the statements contained in this declaration to be true in every particular.

B 6191

141424227

39.

DECLARED at Canberra in the Australian
Capital Territory on the 23ʳ day of January
2003.

_____
Declarant

Before me:

_____
Witness

Irene Guirguis
Solicitor

_____
Name [print in full]

_____
Qualification/Title

B 6192

141424227

40.