# EXHIBIT 15

AUSTRALIA

*PATENTS ACT* 1990 (CTH)

IN THE MATTER OF AUSTRALIAN PATENT
APPLICATION NO. 743316 IN THE NAME
OF BENITEC AUSTRALIA LIMITED AND
STATE OF QUEENSLAND THROUGH ITS
DEPARTMENT OF PRIMARY INDUSTRIES

– and –

OPPOSITION THERETO BY
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION

STATUTORY DECLARATION OF ROBERT CHARLES DE FEYTER

I, ROBERT CHARLES DE FEYTER, Senior Officer, Commonwealth Scientific and Industrial

Research Organisation, do solemnly and sincerely declare as follows:

1.    I am a Senior Officer employed by the Commonwealth Scientific and Industrial Research

Organisation ("CSIRO"), currently in the position of Intellectual Property Manager for the

Division of Plant Industry ("**my current position**"). CSIRO Plant Industry is located in

Canberra, ACT. Now produced and shown to me and marked Exhibit "RDF1" is a copy of

my curriculum vitae.

2.    I have been employed by CSIRO as a Research Scientist/Senior Research Scientist since 4

July 1990. I was appointed to my current position on 4 July 2002. My current position

involves managing the intellectual property portfolio of CSIRO Plant Industry, responsible

to the Manager, Commercial Operations.

3.    I make this declaration from my personal knowledge and from information available to

me or which has been provided by or obtained from the records of CSIRO.          **B 6487**

4.    I make this declaration in support of the opposition by CSIRO to Australian Patent

Application No. 743316 in the name of Benitec Australia Limited and the State of

Queensland through its Department of Primary Industries (the "Opposed Application")

141453353

A.    MY BACKGROUND

5    I completed my Bachelor of Science (Honours) and PhD at the University of Melbourne in
     1983, and graduated in 1984. My PhD project was in the area of microbiology and
     microbial genetics.

6.   Following my graduation, I conducted post-doctoral research at the University of
     Auckland in New Zealand and at the University of Florida, Gainesville, FL, United States
     of America. During this time, I continued to work in the area of microbial genetics and
     then plant pathology at Florida.

7.   I returned to Australia in June 1990 to join the Virology Program at CSIRO Plant Industry,
     which at that time was led by Dr Wayne Gerlach. My particular area of research as part of
     this Program was in the area of ribozymes and their use to confer viral resistance to plants,
     and was part of a project to develop ribozyme technology (the "Ribozyme Project"). I was
     appointed as a Research Scientist and then promoted to Senior Research Scientist to work
     on the Ribozyme Project. My duties during this period included being responsible for the
     supervision of a number of post-graduate, graduate and technical workers.

B.    DR GRAHAM'S EMPLOYMENT AT CSIRO

8.   Dr Graham was employed by CSIRO, in the Division of Plant Industry, from 8 April 1991
     until 19 July 1996.

9.   Dr Graham was promoted a number of times during his period of employment with
     CSIRO. One such promotion occurred on 8 April 1994, when Dr Graham was appointed
     to the position of Experimental Scientist at the Division of Plant Industry, for a period of 12
     months. Now produced and shown to me and marked Exhibit "RDF2" is a copy of the
     appointment document which Dr Graham was required to sign in order to confirm his
     appointment. The appointment document includes an Intellectual Property
     Acknowledgment and Undertaking (the "IP Undertaking").

B 6488

2

10.    The IP Undertaking contains an acknowledgment that all Intellectual Property generated by Dr Graham during the course of his employment would be the property of CSIRO "Intellectual Property" was defined in the IP Undertaking to include any patent, patent application, patentable idea, know-how or technology.

11.    The IP Undertaking also contained a confidentiality provision by virtue of which Dr Graham agreed to maintain the confidentiality of all Intellectual Property and other Confidential Information (defined to include all Intellectual Property and any other information that is subject to an obligation of confidence) which came into his knowledge or possession in the course of his employment at CSIRO. He also undertook not to communicate any such information within, or outside, CSIRO without permission.

12.    As part of Dr Graham's employment with CSIRO, he was also bound by the relevant terms of the *Science and Industry Research Act* 1939 (Cth) (the "SIR Act"). Section 54(1) of the SIR Act provides that a discovery, invention or improvement of or in any process, apparatus or machine made by an officer of the Organisation in the course of the officer's official duties is the property of the Organisation.

C.    THE VIROLOGY PROGRAM

13.    As noted above, the Ribozyme Project was part of the Virology Program. Another part of the Virology Program was a subprogram relating to virus resistance in plants (the "**Plant Virology Subprogram**"). The most senior scientists involved in the Plant Virology Subprogram were Dr Peter Waterhouse, Dr Michael Graham, Dr Paul Chu and Dr Paul Keese, although Dr Graham did not commence employment with CSIRO until April 1991. Another scientist who was, throughout most of the relevant period, and still is, involved in the Plant Virology Subprogram is Dr Ming-Bo Wang

**B 6489**

14.    One particular project that was being carried out within the Plant Virology Subprogram aimed to develop strains of potato plants resistant to various potato viruses, including

141453353

RMGraq Rdefeyten    3

Potato Virus Y ("PVY") and the Potato Leaf Roll Virus ("PLRV") (the "Potato Virus Project")  The researchers who were principally involved in the Potato Virus Project were Dr Waterhouse as Leader of the Plant Virology Subprogram and Dr Graham.

15.     Dr Graham was assisted by Neil Smith and Geoff Ellacott who each carried out cloning and tissue culture work within the Potato Virus Project (although Mr Ellacott was not exclusively assigned to the Potato Virus Project). Dr Wang largely worked on a separate, although related, project regarding Barley Yellow Dwarf Virus ("BYDV") (the "Barley Virus Project"). Dr Graham and Dr Waterhouse supervised Dr Wang's work on the Barley Virus Project. Thus, the Potato Virus Project and the Barley Virus Project were carried on, in parallel, with a high degree of interaction.

16.     All of the scientists whose projects made up the Virology Program and later the Plant Virology Subprogram (or parts thereof) used to meet regularly, by way of weekly, sometimes fortnightly, meetings (the "Weekly Meetings") which I often attended. At each Weekly Meeting, one or two of the scientists would give a brief presentation regarding the work that he or she was currently involved in, including an update on recent progress. Due to the frequency of these Weekly Meetings, I heard an update on each project, including the Potato Virus Project, roughly once every two to three months. Dr Waterhouse (regularly) and Dr Graham (occasionally) also gave updates regarding the progress of the Plant Virology Subprogram to "labtalks" for Program X, which was led by Dr Liz Dennis, roughly twice per year, which I and many other scientists also attended regularly. In addition to the above formal instances of collaboration and exchanges of information, informal communication of ideas and progress occurred at least on a weekly basis by way of discussions in offices, the laboratory, over morning tea, lunch, drinks and other casual meetings.

17.     In addition, I was responsible for organising weekly meetings for the Ribozyme Project in the period 1991 to 1995. Now produced and shown to me and marked Exhibit "RDF3" is a

141453353

4.

copy of a roster for speakers at the Friday morning ribozyme meetings for the period 10 June 1994 to 5 August 1994 (the "Roster"). Dr Graham (described as a guest speaker due to the fact that he was not a member of the Ribozyme Project) was scheduled to speak at the Ribozyme Project meeting on 17 June 1994.

18. Now produced and shown to me and marked Exhibit "RDF4" is a copy of the notes I took at Dr Graham's presentation to the Ribozyme Project on 17 June 1994. I note that this page is dated 15 June 1994, however, I believe that this date should be 17 June 1994. To the best of my recollection, I did not attend a Ribozyme Project Meeting or a Program X labtalk on 15 June 1994. Furthermore, I have confirmed with Dr Masumi Robertson (who was a member of the Ribozyme Group and therefore of Program X at this time) that her notes of Dr Graham's presentation to the Ribozyme Project Meeting on 17 June 1994 correspond with my notes exhibited hereto and dated 15 June 1994. Dr Robertson's other notes for Ribozyme Project Meetings are consistent with the Roster. In relation to my notes, which I believe were taken at Dr Graham's presentation to the Ribozyme Project on 17 June 1994, I note that the points at the bottom of the page labelled "1" and "2" contain Dr Graham's then conclusions regarding the gene silencing system. The words "induced by dsRNA" which appear under point 2 are a reference to Dr Graham's view that the endogenous system controlling mRNA half life was induced by double stranded ("ds") RNA.

19. As well as a more-or-less structured presentation, the Weekly Meetings often involved a large amount of interchange, which became heated on occasion, between members of the Plant Virology Subprogram. These discussions generally centred around the presentation in that week. There were a number of members of the Plant Virology Subprogram who were always very eager to discuss theories and ideas relating to their particular projects, and Drs Waterhouse and Graham fell into this category, so that there was often discussion of the theoretical basis of the results obtained, or strategies being pursued, in relation to the Plant Virology Subprogram.

141453353

R.Mc Cleary

20.    In the period 1992-1996, I worked in the same laboratory, on the second floor of Building 2, as Drs Waterhouse, Graham and Wang, in an adjacent but connected room (Rm 37) to that of the above-mentioned scientists (Rm 36). The laboratory shared some facilities, for example, the freezer containing the enzymes that I and others used daily was in Rm 36, near to Dr Graham's workbench and alongside Dr Waterhouse's office space. Moreover, Ms Marianne Stapper (Bloemsma), a technician in the Ribozyme Project, and Ms Rhonda Perriman, a PhD student in the Ribozyme Project whom I co-supervised had their workbenches in Rm 36, so I frequently had opportunities for informal interaction with Drs Waterhouse, Graham and Wang. Dr Graham was a fairly exuberant person, and this often led to informal discussions and co-operation between the people working in his laboratory and me. I discuss some specific examples of this co-operation further below.

21.    Around the beginning of 1996, the Ribozyme Project was discontinued, and I moved into the area of cotton research in Program X (which, as noted above, was led by Dr Dennis). As part of this move, I was relocated to a different laboratory and, consequently, I largely lost contact with the members of the Plant Virology Subprogram, although some informal contact continued.

D.    TERMINOLOGY

22.    Where I use the term "inverted repeat", I am referring to a particular sequence structure at the DNA level. DNA is a directional, double stranded molecule where each strand has polarity. By "directional" I mean that both DNA strands run 5' to 3' (5' and 3' are terms referring to the way in which the particular nucleotide is able to form chemical bonds). The two strands of nucleotides in a DNA molecule run in opposite directions, that is, one runs 5' to 3' and its partner (complementary strand) runs 5' to 3' in the opposite orientation. An inverted repeat is formed when a particular sequence is repeated, in a DNA molecule, as the reverse complement of itself. Thus, when read 5' to 3', each strand will have the same sequence, illustrated in the following example:

141453353

6

```
5' A T T C A C T G G C C A G T G A A T 3'

3' T A A G T G A C C G G T C A C T T A 5'
```

23.   Where gene sequences are present in the DNA, the sequence inserted in the orientation
      which, if transcribed and translated into a protein, would generate the correct gene
      product or polypeptide sequence is described as being inserted in the "sense" orientation.
      The sequence inserted in the reverse orientation is described as an "antisense sequence".

24.   An inverted repeat may be spaced apart (that is, have some non repeated sequence
      between the two repeated sequences) or it may be non-spaced apart, as in the above
      diagram. The effect of an inverted repeat sequence at the mRNA level is that the mRNA
      will be self-complementary (due to the inverted repeat) and will therefore have the
      capacity to hybridise to itself, thus forming double stranded (or "duplex") RNA.

25.   Where I refer to a "direct repeat" I am referring to repeated sequences that are present in
      the DNA in the same 5' to 3' orientation. As with inverted repeats, direct repeats may be
      spaced apart or not spaced apart.

E.    SPECIFIC EXAMPLES OF INTERACTIONS BETWEEN ME AND THE PLANT VIROLOGY SUBPROGRAM

26.   I recall some specific examples of co-operation between me and the members of the Plant
      Virology Subprogram, including Dr Graham. The environment in which we worked was
      highly collaborative and involved a free-flow of information. I discuss some examples
      below but these were not by any means the only times at which I had detailed discussions
      of the progress being made by the Plant Virology Subprogram, or exchanged ideas and
      information with the members of the Plant Virology Subprogram, including Dr Graham.

27.   I recall one particular discussion with Dr Graham which I discuss below. I am able to fix
      the time of this conversation as a result of a review of Dr Graham's laboratory notebooks
      and of my own notes of Dr Graham's presentation to the Ribozyme Project members as
      being almost certainly in or around June or July 1994.

141453353                                                                          7.

28.   The conversation took place in the context of the issues outlined below.

(a)   At the time, I was conducting experiments using ribozyme and antisense constructs against tobacco mosaic virus ("TMV"). The data I had obtained by mid-1994 indicated that both the ribozyme and the corresponding antisense sequences could confer viral resistance on the host plant (published in Molecular and General Genetics, 1996). I had noted from my results that the host plants only displayed resistance when they were homozygous for (that is, possessed two copies of) the ribozyme or antisense gene. Furthermore, only about 10-15% of the transformed lines containing the ribozyme or antisense genes displayed a resistant phenotype. I had also noted that the resistant lines tended to be those with multiple transgene inserts. I was trying to develop an explanation for these data.

(b)   I was aware from discussions I had with Drs Waterhouse, Graham and Keese, and others, that there were reports in the area of gene silencing and virus resistance that showed similar features to my results. Two reports that stood out were those from Lindbo et al (1993), and de Carvalho et al (1992). In particular, the Lindbo et al 1993 paper (Plant Cell 5:1749-1759) (the "Lindbo & Dougherty Paper") discussed the theory that one possible mechanism for gene silencing involved degradation of RNA. This was considered a seminal work in terms of the thinking of those of us involved in the investigation of resistance to plant viruses at CSIRO Plant Industry.

(c)   I had thought, when considering my results, that the resistance I observed using the ribozyme and antisense constructs was RNA-mediated and might involve a gene silencing mechanism. I therefore considered, and in mid-1994 had begun, further experiments with antisense constructs. I had also tested resistant and susceptible plants transformed with an antisense gene for the presence of "sense RNA" in addition to "antisense RNA", in an attempt to correlate the resistance

141453353

B 6494

phenotype with the simultaneous expression of both sense and antisense sequences. Both Drs Waterhouse and Graham were aware of these data.

(d)    Ms Anita Sheard, a technician working under my supervision, had in August 1993 generated a construct (denoted "4637") that involved fusing the coding region of the GUS gene to an antisense portion of TMV and then in 1994 introduced the gene into tobacco plants. This construct was shorter than the one described in paragraph 28(a) above. The purpose of this experiment was to test directly whether RNA-mediated gene silencing was involved in the TMV resistance phenotype, using the GUS gene as a reporter.

29.    The particular conversation with Dr Graham to which I am currently referring involved a discussion of the Lindbo and Dougherty paper. Dr Graham noted the possibility that the resistance phenotype I was observing could be due to a sense/antisense structure of the insert when the gene integrated into plants. This was his highly favoured theory at the time. Dr Graham noted that one means by which I could test this theory would be to generate sense/antisense constructs to put together into plants. I recall that Dr Graham drew a diagram to illustrate three possible ways in which this could be achieved:

(a)    an inverted repeat construct with a single promoter;

(b)    a 2-promoter construct, with one promoter controlling the expression of a gene segment inserted in a sense orientation and the other controlling the expression of a gene segment inserted in an antisense orientation (a "spaced apart inverted repeat"); and

(c)    a single gene segment, flanked at either end by opposed promoters (so that one promoter would drive sense expression of the gene segment and the other would drive antisense expression of the gene segment).

141453353                                                          9.

30    Dr Graham drew a diagram as we discussed the idea. I believe that it is the diagram

included on the penultimate page, page 282, of one of Dr Graham's laboratory notebooks.

This notebook (the "1994 Notebook") covers the period 15 January 1994 to approximately

13 February 1995. Now produced and shown to me and marked Exhibit "RDF 5" is a copy

of page 282 of the 1994 Notebook, which contains this diagram. The reasons I believe that

this is the diagram drawn by Dr Graham during the conversation to which I am referring

are as follows:

(a)    I recognize the drawings and writing as done by Dr Graham's hand;

(b)    the uppermost drawing, labelled "TMV", shows the GUS-TMV fusion that I

mentioned to him that Ms Sheard and I had made;

(c)    the next three drawings show, schematically, the three constructs that Dr Graham

suggested could be made to test his theory;

(d)    the "10/100", partly torn away, refers to the frequency at which I had been

obtaining the resistant phenotype and which I specifically mentioned; and

(e)    the top right hand corner of the page (with respect to the diagrams) is torn away.

To the best of my recollection, I tore away this piece and wrote on it "Plasmid for

Mick" or something similar, as a reminder to myself to locate the particular GUS-

TMV fusion plasmid, which I provided to Dr Graham that same afternoon.

31.    Dr Graham was very enthusiastic about his theory regarding the mechanism as an

explanation for my results, and he was confident that the theory could be tested. I replied

to Dr Graham that it would certainly be a matter of routine science to generate the

constructs he had drawn. The reason I felt able to make this statement was that I had been

generating multimeric constructs, including both inverted and direct repeats, in the course

of the Ribozyme Project. For example, the 4637 construct referred to above contains both

inverted and direct repeat sequences (35S promoter, nos3' terminator), with the inverted

141453353                                                               10

B 6496

repeat sequences separated by spacers. I went on to explain to Dr Graham a specific

method by which I believed an inverted repeat construct could be made, based on the

GUS-TMV fusion described above, which involved insertion of a *BamH1* fragment into a

*BgIII* site. I was confident that this method would successfully generate a TMV inverted

repeat construct.

32.    Dr Graham noted that the members of the Potato Virus Project were going to try to

generate these constructs using a fragment of the NIa gene from PVY. Some time shortly

after our conversation concluded, either Dr Graham or Dr Waterhouse (I cannot recall

which of them it was) suggested using fragments of both PVY and TMV in the same

construct. This idea was later carried out by Dr Graham.

33.    On the afternoon of the day on which this conversation took place, I provided Dr Graham

with the plasmid containing the GUS-TMV gene fragment, identified as "4637", which I

had suggested he use to generate an inverted TMV repeat construct. The TMV gene

fragment contained in this plasmid was used in Constructs A2-A5 which were created and

tested in tobacco plants in August 1995 (and which I discuss further below).

34.    The references to this plasmid in the notebooks of Dr Graham have enabled me to be more

precise about the time at which our conversation must have occurred. I have reviewed the

notebooks of Dr Graham from around this period, and note that there is a reference to

"4637 (Rob)" on page 130 of the 1994 Notebook. I further note that page 137 is dated 1

August 1994, which indicates that Dr Graham commenced using the construct identified

as 4637 on or before this date. Now produced and shown to me and marked Exhibit

"RDF6" is a copy of pages 130-137 inclusive of the 1994 Notebook.

35.    In the weeks and months that followed this conversation with Dr Graham, I considered

making the inverted repeat TMV construct myself in order to test the theory, but decided

that I had too many ribozyme-related experiments underway to permit this. However, for

quite some time I had this experiment on my "To do one day" list. This is a principal

141453353                                                                                      11.

reason why I can recall the specific conversation. The other main reason I can recall the conversation is that it relates to the circumstances under which I gave Dr Graham the plasmid "4637" and his subsequent use of the "GUS-TMV" fusion.

**Inverted Repeats**

36.    Another conversation with the members of the Plant Virology Group took place in the following context:

(a)    Dr Wang was having difficulty making a TMV inverted repeat construct with a single promoter, similar to the one referred to in paragraph 29(a) above. Dr Graham did manage to generate the spaced apart inverted repeat construct referred to in paragraph 29(b) above, for which initial results (using tobacco plants) were obtained in August 1995 and further results using potato plants transformed with the construct in April 1996. Dr Wang successfully generated constructs with 2, 4, 6 or 8 direct repeat TMV sequences in March-May 1995.

(b)    On one occasion I had also had some difficulty generating a repeat-sequence construct in my own research, when using the regular *E. coli* strain DH5alpha. In that experiment, the construct I was working on had a large spacer element in a vector with two divergent 35S promoter/nos 3' elements. I had established that this difficulty could be overcome by use of a particular recombination-deficient strain of *E.coli*. I was also confident that this difficulty would also be able to be overcome by using low copy number plasmids rather than the high-copy number vectors most commonly used.

37.    The second conversation to which I am referring related to cloning strategies to overcome the problems sometimes associated with generating clones containing inverted repeats, as described above. I am unable to recall when this conversation took place, and am also unable to recall whether the conversation involved me and Dr Graham or me and Dr

141453353

*E/Mc6kc·q*    12.

Wang. However, I do recall discussing the two approaches outlined at paragraph 36 above and providing the name of the *E.coli* strain I had been using in my own research to successfully generate an inverted repeat constructs. Dr Graham would have become aware of the substance of the discussion. As discussed above, the Barley Virus Project and the Potato Virus Project were carried out in a highly collaborative manner, and information and ideas flowed freely between all those who worked on the two Projects. In addition, as a co-supervisor of Dr Wang, Dr Graham was always aware of the experimental strategies being pursued by Dr Wang in the course of the Barley Virus Project.

F.    REVIEW OF MATERIALS GENERATED BY DR GRAHAM IN THE COURSE OF HIS EMPLOYMENT WITH CSIRO

38.    I have conducted a detailed review of the following materials that were generated by Dr Graham during the course of his employment with CSIRO:

(a)    some of Dr Graham's laboratory notebooks (together, the "Notebooks");

(b)    Dr Graham's computer files as they existed at the time of Dr Graham's departure and which were copied onto a CD-ROM by Dr Peter Waterhouse in August 1997; and

(c)    CSIRO internal reports and other documents that were produced during the entire period of Dr Graham's employment with CSIRO.

39.    My specific comments in relation to these materials are set out below.

G.    DR GRAHAM'S LABORATORY NOTEBOOKS

40.    Between 1994 and 1996, Dr Graham kept two laboratory notebooks (the "**Notebooks**"). The content of one of these notebooks, the 1994 Notebook, has been discussed above. The other, which commences in or around 6 April 1995 is numbered 1191 ("**Notebook 1191**").

141453353

*R M cClua*                                                    13.

B 6499

41. Dr Graham was involved in several projects in addition to the Potato Virus Project and the Barley Virus Project throughout this period, and kept results of each of these projects in the Notebooks. Notes for each project are therefore interspersed with notes from other projects. Now produced and shown to me and marked Exhibit "RDF7" is a copy of a summary of my review of the Notebooks, including a description of the nature of the experiments being conducted and an assessment of the project to which each such experiment related.

42. The period January 1994 to May 1994 is represented by approximately 78 pages in the 1994 Notebook, of which approximately 40 relate to the Potato Virus Project and approximately 38 relate to the other projects in which Dr Graham was involved.

43. Approximately 184 pages of the Notebooks cover the period from in or around May 1994 to the end of April 1995. This period commences shortly prior to the time at which I had the discussion with Dr Graham which I describe above under the heading "Strategies for testing Dr Graham's hypothesis". It continues until the time at which the first series of constructs were ready to be tested in plants, and were given to either Neil Smith or Geoff Ellacott to be tested for efficacy at conferring virus resistance on plants. From reviewing the Notebooks, I have been able to estimate that approximately 179 of these pages relate to the Potato Virus Project, and only 5 relate to other projects. This enables me to estimate that Dr Graham spent approximately 97% of his time working on the Potato Virus Project over this period. This shows that Dr Graham worked almost exclusively on the Potato Virus Project, investigating his theories regarding virus resistance and gene silencing until the testing of the first constructs commenced in April 1995. Results from these constructs, which included Constructs A2, A3, A4 and A5, were obtained in August 1995. Now produced and shown to me and marked Exhibit "RDF8" is a copy of page 41 of Notebook 1191, which shows the structure of these four constructs. A review of the pages around this page indicates that this page was created between 8 September 1995 and 11 September 1995 although this page was not witnessed when it was created (CSIRO arranged for Dr

141453353

*Exhibit a* 〔signature〕

14

Graham to witness this page in or around March 1999). The A4 Construct is a spaced apart invert repeat construct of the type described in paragraph 29(b) above. Regions capable of forming duplex (ie double stranded) RNA are shown. The A5 Construct is a construct of the type described in paragraph 29(c) above, with opposed promoters Again, regions of RNA duplex formation are shown.

44.    A review of the Notebooks demonstrates that after April 1995, Dr Graham again widened his research activities and began to spend a greater proportion of his time working on other projects while the transformation of plants and testing of the constructs he had generated was undertaken.

H.    DR GRAHAM'S COMPUTER FILES

45.    Dr Graham shared a computer with Dr Wang and others during the course of his employment with CSIRO. Some of Dr Graham's computer files were copied by Dr Waterhouse and transferred onto CD-ROM in August 1997. In particular, this CD contains files that were stored on this computer in a folder called "Shared Junk/Mick". The material was in Macintosh format and the source files had not been copied onto the CD-ROM. The files on the CD-ROM were therefore in binary format and non-Word documents were consequently difficult to read. However, I obtained some specialist assistance and used MacLink Plus software to obtain certain information about all of the files that were copied onto the CD-ROM, including the date each file was made, and the date on which it was last modified. I have also been able to obtain some of the files which do not appear to have been copied onto the CD in readable form directly from the computer itself.

46.    Now produced and shown to me and marked Exhibit "RDF9" is a copy of a spreadsheet which lists all 867 files from the "Mick" folder that was copied from the hard drive of Dr Graham's computer. The listing includes the date and time each file was created and last modified.

141453353

*Initialled* _____    15

47    My general conclusions in relation to the content of these files, based on the detailed analysis set out below, are as follows:

(a)    the files teach the concept of RNA mediated viral resistance;

(b)    the concept of posttranscriptional RNA degradation by a sequence-specific mechanism is taught by these documents;

(c)    the documents disclose the concept that a double-stranded RNA molecule could be produced to provide "pre-induced switching" which means to "switch on" the RNA degradative mechanism and thereby induce virus resistance prior to the plant being exposed to the virus;

(d)    the documents disclose the fact that this posttranscriptional RNA degradation system functions in organisms other than plants (such as fungi, Dictyostelium and mammals); and

(e)    the documents teach the use of DNA constructs containing direct repeats to induce viral resistance.

48.    Set out below are descriptions and analysis of some of Dr Graham's files that I have reviewed. Where a printout of a document is exhibited to this declaration, the document has not been modified except for the addition of a footer containing the Filepath and Filename. I have also written, by hand, on the printouts of these files, the date of creation and last modification of the file where applicable. Where the precise nature and purpose of a document is not entirely clear from its face, I have made an assessment of the reason for which it was created, based on the style and content of the document, my knowledge of Dr Graham's role and activities at CSIRO and other records of CSIRO to which I have access.

Ideas in 1994

141453353                                                        16.

49.   Now produced and shown to me and marked Exhibit "RDF10" are copies of two documents, titled "Jeff Meeting 10 June 1994" and "Jeff_10_June copy 2" respectively. These documents were both created on 9 June 1994. They were created for a confidential presentation to Mr Jeff Peterson of Smith's Snackfoods Company (which was the industry partner which largely funded the Potato Virus Project) when he visited on 10 June 1994.

50.   These files show that two approaches were still being followed for the generation of PLRV / PVY resistant potatoes: RNA-mediated strategies (which "seem to be the best") and conventional approaches. In relation to the conventional approach, the files indicate that the "Final" conventional constructs would be de-emphasised and research on this approach possibly dropped in favour of the RNA-mediated strategies (see second dot point). This provides an indication of the change in thinking that was occurring among the researchers involved in the Potato Virus Project at that time. It is also an indication of Dr Graham's level of confidence regarding the envisioned use of the RNA-mediated mechanism for generating PLRV-PVY resistant potatoes.

51.   The diagram created for Mr Peterson clearly indicates that Dr Graham considered that there were possibly 4 ways of generating strong RNA-mediated viral resistance. The first two methods shown in the diagram involve the expression of sense and antisense mRNA. The third and fourth methods shown in the diagram involve constructs containing multiple sense genes as direct repeats. It is clear that the "multiple resistance constructs" in the last line of the document titled "Jeff_10_June_copy_2" could have been substituted for any of the single resistance constructs, so that constructs of the same types as those illustrated but containing gene fragments of more than one virus could have been generated.

52.   The important points arising out of these documents are that in June 1994, Dr Graham had already envisioned multiple ways of generating sense + antisense constructs and multiple-

141453353                                                          *E.J.McCrea*    *[signature]*    17.

sense constructs. The Opposed Application includes both of these concepts, for example in Claims 1-4.

53.    Now produced and shown to me and marked Exhibit "RDF11" is a printout of a file titled "Nature". This file was created on 13 June 1994, and appears to be the first draft, or preliminary page, of a paper that was intended eventually to be submitted to the journal *Nature*. Because *Nature* is such a prestigious journal, which publishes only groundbreaking papers, the existence of this document demonstrates that Dr Graham thought highly of the ideas presented in it. The draft paper includes the following statement:

> *"We show here that the three phenomena [anti-sense, co-suppression and coat protein-mediated viral protection] are identical".*

It recognizes activation of a sequence-specific endogenous system, triggered in the presence of specific inducer. I note that the Lindbo & Dougherty Paper is emphasized here, as elsewhere, which provides an indication of the importance of this paper to the Plant Virology Subprogram's thinking.

54.    This draft paper provides a summary of the overall view held by Dr Graham about the mechanism of virus resistance at the time. In combination with contemporaneous documents created by Dr Graham it demonstrates that expression of sense plus antisense or expression of multiple sense constructs would trigger the antisense/co-suppression/virus resistance system.

55.    Now produced and shown to me and marked Exhibit "RDF12" are printouts of 14 files, named "1" through "14". These files were created from 13 June 1994 and were last modified on 19 June 1994. This series of documents appears to be a set of overheads prepared for a talk given around 20 June 1994. The documents are of the sort I would

141453353

B 6504

expect to be used for presentations such as a labtalk to Dr Graham's Program (which was Program Y at this time) or to Program X.

I make the following observations regarding these documents:

(a)     page 1 mentions the three phenomena (being anti-sense, co-suppression and coat protein mediated viral resistance) that would be discussed and which Dr Graham's model at that time sought to explain by reference to a common mechanism;

(b)     page 2 sets out the Lindbo et al observations and conclusions in relation to RNA-mediated viral resistance (which, as noted above, was significant to the thinking of the Plant Virology Subprogram);

(c)     page 3 shows common features of the three phenomena and seeks to explain them as operating by identical molecular processes;

(d)     page 4 proposes that switching on gene inactivation for standard RNA-mediated resistance, antisense and co-suppression requires the presence of inducer;

(e)     page 5 sets out the model conceived of by Dr Graham at the time as operating in switching on the endogenous RNA degradation system that was proposed to explain the three phenomena;

(f)     pages 6-9 deal with the concept of "sectoring", which sought to explain intermediate phenotypes as being mixtures of localized regions having "on" or "off" phenotypes;

(g)     page 10 proposes that coat protein-mediated resistance is due to a combination of two effects, those of coat protein and the antisense/co-suppression mechanism;

141453353                                      R7McClard  [signature]  19.

B 6505

(h) page 11 details the thinking on how the on/off switch worked and I note in particular that it includes the comment that the inducer is "Duplex RNAs" (but could also involve "other processes");

(i) page 12 shows how Dr Graham thought "Pre-induced switching" could be performed (and the expected benefits of this), and includes diagrams showing two ways of producing hybrid sense + antisense RNA (including an inverted repeat construct) that would generate double stranded RNA, plus three designs for multiple co-suppressing transgenes;

(j) page 13 presents the idea of targeting multiple viruses or transgenes using hybrid RNAs (that is, RNA's containing gene fragments from more than one virus), and includes the comment "combine with pre-induced strategies"; and

(k) page 14 considers antisense in mammalian systems (including implications of the model and the directions the idea could be taken), and suggests reasons why the corresponding system had not yet been recognised in mammals.

56.    Page 11 of Exhibit "RDF12" demonstrates that the team working on the Barley Virus Project and the Potato Virus Project recognized that the induces in the antisense/co-suppression/RNA mediated viral resistance phenomena were "Duplex RNAs." The use of the plural "RNAs" is significant as it shows that the model was not limited to one type of duplex RNA or to one way of producing duplex RNAs.

57.    Page 12 of Exhibit "RDF12" shows that the CSIRO team believed it would be possible to switch on the endogenous RNA degradation system before the target was present (that is, to "pre-induce" virus resistance).

**B 6506**

58.    Now produced and shown to me and marked Exhibit "RDF13" is a printout of a file titled "Fellowship Report 1994". This file was created between 1 December 1994 and 7 December 1994. The first dot point under "Promising future avenues", on page 2 of this document,

141453353                                                                                         20.

states that "we are developing novel strategies that will permit construction of viral immune lines." At that time, constructs to express sense + antisense RNA were being made, and it is these constructs to which Dr Graham is referring in this dot point.

59. In summary, these documents indicate that the CSIRO researchers working on the Barley Virus Project and the Potato Virus Project, including Dr Graham, had developed the following concepts by the end of 1994:

(a) the inverted repeat type construct was one type that was predicted to be effective at conferring viral immunity and/or resistance.

(b) the direct repeat (multiple sense) type construct was also predicted to be effective;

(c) Dr Graham had begun to consider seriously the possibility that the mechanism of viral immunity might extend beyond plants to mammals; and

(d) the idea that "Duplex RNAs" may function as the inducer of the gene silencing mechanism is clearly present in the Plant Virus Group's thinking.

## The First Draft Provisional Patent – August 1995.

B 6507

60. Results showing that the A4 Construct (as defined above) conferred PVY resistance at an increased frequency were first obtained in August 1995. It appears that almost immediately, Dr Graham began preparing documents that he filed in a folder on his computer titled "Double Promoter Patent". These documents appear to be drafts of a patent application. I discuss below some of the documents included in this folder. As a preliminary point, I note that Dr Graham chose to refer to the draft patent as the "double promoter patent". This was a reference to the A4 Construct, a double promoter construct that was the embodiment first shown to confer virus resistance on transformed plants according to the invention. However, a review of the documents in the Double Promoter Patent folder on Dr Graham's computer shows that the invention Dr Graham described in

141453353

R. McClurg   Redgate

21.

these draft applications encompasses several types of constructs, including other types of inverted repeat capable of forming duplex RNA, such as inverted repeat constructs with a spacer that was not a promoter. Throughout this declaration, I will therefore refer to this series of draft patent applications as the "First Draft Provisional Patent".

61.   Now produced and shown to me and marked Exhibit "RDF14" is a printout of a document which I obtained directly from Dr Graham's computer (as opposed to the CD-ROM copy). This document is titled "Patent" and was last modified 8 August 1995. This document appears to be the first version of the First Draft Provisional Patent, and introduces the invention, the concept, and the demonstration.

62.   I note that paragraphs 1 and 3 of Exhibit "RDF14" clearly contemplate use of the invention in animals (by transgenesis) as well as in plants – "...gene 'knockout' phenotypes in plants and animals by transgenesis". I also note that this document does not contain a detailed description of the design of the constructs in the "Concept" section. However, later versions of the First Draft Provisional Patent do include these details, and I discuss these below. In addition, it is clear from the documents discussed under the heading "Ideas in 1994" above. The construct described as Construct C is of the same design as the A4 Construct.

**B 6508**

63.   Now produced and shown to me and marked Exhibit "RDF15" is a printout of a document titled "Patent update". This document was created on 14 August 1995 and was last modified on 15 August 1995. It is another early version of the First Draft Provisional Patent. It describes the rationale, including the idea of providing constructs designed to self-trigger the RNA degradative system, and points to a common mechanism for antisense, co-suppression and RNA mediated viral resistance as a basis. In other words, this was the same idea as was presented in 1994 (I refer to paragraphs 55 and 56 and Exhibit "RDF12". It states that the trigger (for the RNA degradative mechanism that had been observed in antisense and co-suppression experiments that had previously been

141453353                                      R. I Mc F/cl. q   (Refepter) 22.

reported in the literature) "is presently ill-defined", but lists factors that were known or believed by the members of the Plant Virology Subprogram to promote triggering  The factors include "RNA duplex formation".

64.    The invention was described as "constructs. . designed to self-trigger" and Exhibit "RDF15" states that there were potentially a number of ways to design such constructs.  The "Double promoter" construct is discussed immediately following the statement "We feel we have evidence that at least one approach is feasible."

65.    Page 2 of Exhibit "RDF12" includes the statement, "single constructs consisting of a promoter driving hybrid sequences should inactivate expression of all endogenous genes present in the hybrid RNA."  Use of the words "single constructs" and of the singular for "promoter" in this statement are a clear pointer to constructs designed to express hybrid RNAs. Such constructs include RNAs transcribed from inverted repeat sequences under the control of a single promoter.

66.    Page 2 also states, "Such constructs should be useful in mammalian systems", providing further evidence that animal applications of the invention were contemplated at this time.

67.    Now produced and shown to me and marked Exhibit "RDF16" is a printout of a document, titled "Table copy" which was created on 7 September 1995.  This document tabulates the results from 3 experiments on PVY resistance in primary transgenic tobacco, and provides further evidence of the date on which the invention was reduced to practice.

68.    Now produced and shown to me and marked "RDF17" is a further draft of the First Draft Provisional Patent, titled "DP_Patent".  This document was created on 28 August 1995 and was last modified on 7 September 1995.  I make the following points in relation to this document:                                                                              B 6509

       (a)    page 1 contains a prediction that the invention would work in mammals, and lists the benefits of mammalian applications;

141453353

(b)     page 1 also contains the statement that "only small regions of homology (50 base pairs or less) are required for RNA degradation";

(c)     page 4 includes a statement that "direct or inverted repeats within transcribed sequences of introduced transgenes" might also promote triggering of the endogenous RNA degradative system; and

(d)     page 4 also states "Results from some or all of these experiments will also be available within 12 months".

69.    Now produced and shown to me and marked Exhibit "RDF18" is a printout of a document titled "New DP Patent" which was created on 28 August 1995 and last modified on 26 September 1995. This document is a further draft of the First Draft Provisional Patent. It adds further details, extending the concept the subject of the invention to include "altered RNAs" (see heading number 2 at the bottom of page 3 of this document). "Claim 1" on page 5 includes the statement:

> "*Several types of constructs that differ in the arrangement of promoter elements and transcriptional units can be envisaged. These transcripts may or may not produce transcripts capable of forming duplexes or partial duplexes.*"

This statement demonstrates that Dr Graham was aware of the importance of the arrangement of the promoters and translational units within the constructs: only certain arrangements would capable of forming duplex RNA.

70.    Page 6 of Exhibit "RDF18" contains a statement that the disclosed RNA degradative system "almost certainly exists in mammals and other organisms" and discusses possible uses of mammalian applications of the invention.

B 6510

71.    Now produced and shown to me and marked Exhibit "RDF19" is a printout of a document titled "New tables" which was created on 7 September 1995 and last modified on 6

141453353

*R Miclicua*                                                     24.

November 1995. This document includes the experimental data that had been obtained at this time. I note that in Table 1, the data in relation to Construct 3 contains a simple arithmetical error: the total should be 29/53 (55%) not the 39/53 (74%) given. This error persisted in subsequent presentations and documents prepared by Dr Graham.

72.   Now produced and shown to me and marked Exhibit "RDF20" is a printout of a document titled "Final DP Patent" which was created on 28 August 1995 and last modified on 24 October 1995. This is a further version of the First Draft Provisional Patent and contains almost all of the information disclosed in earlier drafts.

73.   Now produced and shown to me and marked Exhibit "RDF21" is a printout of a file titled "stuff copy" which was created on 7 September 1995 and last modified on 8 September 1995. This document includes the following statement in the "altered RNAs" section on page 1 of this document:

> "Similarly constructs producing RNAs with extensive palindromes (hairpin loops) or direct repeats might e[n]hance activation of this system. Results from such experiments will be available within 12 months."

This is a clear pointer to inverted repeat constructs producing "hairpin loop", or duplex, RNAs.

74.   This document also states, under the heading "'self triggering' constructs" that "We have created transgenic plants expressing sense and antisense transcripts".

75    In summary, the files relating to the First Draft Provisional Application disclose the following:

(a)   the documents were started almost immediately after the first results were obtained with the A4 construct, which indicates that, in Dr Graham's opinion, the results obtained from the A4 Construct were significant;

B 6511

141453353

25

(b)    a number of the First Draft Provisional Patent documents make direct reference to constructs that will result in the transcription of RNA molecules capable of forming duplex RNA; and

(c)    several of these documents mention the application of the invention to mammals as well as plants.

## Annual Reports – 1995 and 1996

76.    As part of its program to assess the performance of its scientists (known as Performance Planning and Evaluation ("PPE")), CSIRO required all researchers to prepare an annual report which was attached to the completed PPE form. PPEs were prepared by each scientist in accordance with this policy, and generally included a discussion of the objectives of the project(s) in which the researcher was involved, the expected outcomes of the project and the progress that had been made. Other formal reporting processes included the production of an annual Program Report for each Program.

77.    Now produced and shown to me and marked Exhibit "RDF22" is a printout of a file titled "Program Y Review 1995" which was created on 3 March 1995. This report includes the statement that "Constructs aimed at creating improved RNA-mediated resistance [were] prepared" under the heading "Progress 1994/95".

78.    Now produced and shown to me and marked Exhibit "RDF23" is a printout of a file titled "Annual Report – 1995" which was created on 21 March 1995. As with Exhibit "RDF22", this report does not contain a significant amount of detail. However, it does state, in the first paragraph, that "Novel strategies based on RNA-mediated viral resistance are being pursued" and it also mentions the importance of the RNA mediated strategy to plant biotechnology.

**B 6512**

79.    Now produced and shown to me and marked Exhibit "RDF24" is a printout of a file titled "Research Summary" which was created on 27 February 1996 and last modified on 3 April

141453353

26.

1996. This is the Annual Report for Dr Graham for the year to 31 March 1996. In accordance with the aims of the industry-funded Potato Virus Project, the emphasis in this document is primarily on the goal of commercialising potatoes engineered for viral resistance. Page 2 mentions "Improved strategies for engineering viral resistance have been established which can probably be further developed."

80.    Now produced and shown to me and marked Exhibit "RDF25" is a printout of a file titled "Final YC Review" which was created on 26 February 1996 and last modified on 29 February 1996. As with the other reports discussed in this section, the file titled "Final YC Review" is not very detailed. However, it does include the statement, "Successfully developed improved strategies for engineering viral resistance."

## Smith's Snackfoods Company Meetings

81.    As noted above, the Potato Virus Project was largely funded by Smith's Snackfoods Company. The primary representative of Smith's Snackfoods Company with whom members of the Potato Virus Project liaised was Mr Peterson, and Mr Peterson visited CSIRO on a regular basis to meet with the researchers working on the Potato Virus Project, especially Dr Waterhouse and Dr Graham. The files which I discuss in this section of my declaration provide details of the matters proposed to be discussed at various meetings with, and in other reports to, Smith's Snackfoods Company.

82.    Now produced and shown to me and marked Exhibit "RDF26" is a printout of a file titled "Smith's Agenda" which was created on 2 May 1995 and last modified on 15 May 1995 and I believe that it is an agenda for presentations to representatives from Smith's Snackfoods Company during their visit to CSIRO Plant Industry on 16 May 1995.          **B 6513**

83.    Now produced and shown to me and marked Exhibit "RDF27" is a printout of files called "Page One" to "Page Thirteen", which were created between 12 May 1995 and 14 May 1995 and last modified on 15 May 1995. I believe these files to be the set of overheads to be

141453353

R7McCleug                                        27.

used by Dr Graham in his presentation(s) to representatives of Smith's Snackfoods Company during their visit to CSIRO on 16 May 1995. The overheads reiterate the themes from other documents from 1995 and I make the following specific comments in relation to them:

(a)    The first statement on page 5 indicates that Dr Graham held a firm belief that most genetically engineered resistance was RNA-mediated. The second statement indicates that Dr Graham believed (as discussed above, for example in relation to Exhibit "RDF11" that there is a common mechanism involved in RNA-mediated viral resistance, antisense and co-suppression;

(b)    Page six demonstrates the idea of targeting multiple viruses with single gene constructs; and

(c)    Page seven include statements that recognise that the team at CSIRO had a new approach (based on experiments underway) that would provide a dominant intellectual property position in relation to this technology.

84.    Now produced and shown to me and marked Exhibit "RDF28" is a printout of a file titled "Meeting" which was created on 20 February 1995. This document is another agenda for a meeting with Smith's Snackfoods Company. This meeting was probably scheduled to take place some time on or around 20 February 1995.

85.    Now produced and shown to me and marked Exhibit "RDF29" is a printout of a file titled "Commercialisation Strategy copy2". This file was created on 3 March 1995 and last modified on 5 April 1995. This document discusses various approaches that were being taken to commercialise of virus resistant lines of potato as part of the Potato Virus Project. In particular, point 4 discusses experiments being conducted using the "double promoter constructs" (which resulted in the formation of double stranded RNA) and the fact that

B 6514

141453353                                                    *R Trittleero*    28.

these were expected to provide stable immune lines. This document indicates that data would be available from tobacco plants before the end of 1995.

86.    Now produced and shown to me and marked Exhibit "RDF30" is a printout of a document titled "Smith's 6 11 95", which was created on 3 November 1995 and last modified on 6 November 1995. This document is the agenda for a meeting with Smith's Snackfoods Company on 6 November 1995. I have not been able to locate a particular set of overhead slides that would provide greater detail about the content of the presentations at this meeting. The Research Topics listed in this agenda start with the PVY Resistance results. They also appear to emphasise the double promoter constructs, which are given their own heading, and also suggest an extension to the use of this approach in providing resistance to other potato viruses (see the "ToSW and PVX - Final Constructs" heading). The patent situation update includes mention of the "Double promoter patent", which is consistent with the First Draft Provisional Patent documents which I discuss above.

87.    In summary, the documents relating to meetings with Smith's Snackfoods Company demonstrate that the most significant idea being presented to Smith's Snackfoods Company at this time was that viral-immune potatoes were being developed by means of a new approach, which was based on the use of the double promoter constructs then being assembled. In this regard, I note that the idea of expressing sense + antisense RNA had previously been presented to Smith's Snackfoods Company on 19 June 1994 as evidenced in Exhibit "RDF10". The notion that duplex RNA was a likely trigger of virus resistance and gene expression had also been aired prior to this time. (I refer to Exhibits "RDF12" and "RDF15".)

## Conclave – 1996

B 6515

88.    During the period in which Dr Graham was employed by CSIRO, the organisation operated under a "five year rule". This rule provided that Research Scientists could not be employed for more than five years on term appointments without their consent.

141453353

29.

Extension of a Research Scientist's employment beyond five years usually required indefinite tenure to be offered. The process of offering indefinite tenure required a "Conclave", which would usually be held close to the end of the five-year period. A "Conclave" was a formal presentation by the scientist of the work he or she had undertaken during their period of employment with CSIRO. Generally a Conclave would be attended by senior staff, including the Chief of the Division, and Program Leader(s). CSIRO staff were also occasionally invited as reviewers. Given the purpose and function of the Conclave, Dr Graham's presentation at his Conclave was the most important presentation he made regarding the future of his position in CSIRO.

89.    Now produced and shown to me and marked Exhibit "RDF31" is a copy of a memorandum from Dr T J Higgins, the Program Leader of Program Y (of which the Plant Virology Subprogram was then a part). This memorandum is the invitation to the Conclave for Dr Graham, which was held on 6 February 1996, and the copy exhibited hereto is of the memorandum sent to Dr Jim Peacock, Chief of the Division of Plant Industry and obtained from CSIRO's personnel file for Dr Graham.

90.    Now produced and shown to me and marked Exhibit "RDF32" is a printout of a series of files titled "F1" through "F13". These files were created on 5 February 1996 and last modified on 6 February 1996, and appear to be the overheads shown by Dr Graham during his presentation at his Conclave. I set out below some notable points from these overheads.

(a)    The only actual data shown are in slide 12. These data are those obtained for the A4 Construct in tobacco. This shows that out of almost five years of work, Dr Graham chose to present only one slide of data at his most important presentation, and these were the data for the A4 Construct experiment.                    **B 6516**

(b)    The final slide, titled "Future directions" lists three possible avenues for further research, the third of which is "How widespread is this system? - Other

eukaryotes." This is a clear indication that Dr Graham considered that the posttranscriptional gene regulatory system he had been describing would be present in eukaryotes other than plants and should be pursued. The fact that Dr Graham included this in his conclave presentation also shows the significance and confidence he placed in the invention.

91.    Now produced and shown to me and marked Exhibits "RDF33" and Exhibit "RDF34" are copies of notes taken by Dr Philip Larkin and Dr Linda Tabe, respectively, at Dr Graham's conclave on 6 February 1996. These notes provide a summary of the matters Dr Graham discussed during his presentation.

(a)    The notes taken by Dr Larkin (Exhibit"RDF33") state, at the bottom of page 242, that the "trigger is probably RNA". These notes also include a diagram of the double promoter, sense/antisense construct of the same design as the A4 Construct, and details of the results obtained in tobacco plants that had been transformed with the A4 Construct. In a discussion under the heading "future", Dr Larkin has written "How widespread is this system.... other eukaryotes?".

(b)    On page 2 of the notes taken by Dr Tabe (Exhibit"RDF34"), under a sketch diagram of the results obtained from the double promoter, sense/antisense construct, she has written "a/s + sense = trigger".

92.    Based on the notes taken at Dr Graham's Conclave and included as Exhibits"RDF33" and "RDF34", it is clear that, during the course of his employment with CSIRO, Dr Graham had envisioned and shown that constructs generating sense and antisense RNA were effective for gene silencing or for conferring virus resistance on plants (ie. that this was a means of "pre-switching" or "pre-inducing" the resistance mechanism), and that it was likely that this mechanism was applicable in other taxa.

B 6517

31.

93.    Now produced and shown to me and marked Exhibit "RDF35" is a printout of a document
with the filename "TJ Final" which was created on 29 February 1996 by Dr Graham for Dr
Higgins. As noted above, Dr Higgins was Dr Graham's Program Leader, and Dr Graham
prepared this document to assist Dr Higgins to prepare his report on Dr Graham. (The
report included a recommendation regarding indefinite tenure.) The document is titled
"Research Achievements at CSIRO", and summarises Dr Graham's research in the five
years he had been employed by CSIRO.

94.    I make the following comments in relation to this document:

(a)    it is a good assessment by Dr Graham of his own research achievements over the
five years he had been at CSIRO;

(b)    the stated research highlights include the PVY-immune tobacco plants as
demonstrated by the comment "These observations [on antisense, co-suppression
and viral resistance] suggest new approaches to improve existing viral resistance
and gene inactivation strategies. We have tested some of these ideas, which led to
the creation of PVY-resistant plants at high frequency as described above"; and

(c)    the Future Aims section includes the statement: "Based on the success in
developing improved resistance strategies and increasing understanding of the
mechanism of viral resistance and gene inactivation, further improvements seem
achievable. New constructs will be prepared to test these ideas."

95.    It is clear from the documents reviewed above that Dr Graham's emphasis at his Conclave
presentation was on the data obtained from the PVY-resistant plants transformed with the
A4 construct. Dr Graham obviously saw this as representing an important advance that
warranted emphasis in continued research, both in the general aspect of gene inactivation
and in the specific goal of virus-resistant potatoes for commercialisation.

B 6518

141453353                                        R Jin Crug  Rlefeyte  32

96.   It is also apparent from the documents reviewed above that he presented his view that the mechanism involved in virus resistance could be extended to other eukaryotes.

**Manuscripts on Sectoring (EMBO J, BioEssays).**

97.   Dr Graham's computer files indicate that, during the second half of 1995, he began drafting a number of papers apparently intended for submission to journals such as *EMBO* and *BioEssays*. These papers were written in the context of Dr Graham's ongoing interest in developing the concept of "sectoring" in plants where gene inactivation was occurring in a patchy, localized fashion. This idea, based in particular on observations of visible plant phenotypes, was tied in with the idea of an endogenous RNA degradation mechanism that was switched on in a localized fashion.

98.   Dr Graham prepared two series of draft manuscripts, one apparently intended for *EMBO*, the other for *BioEssays*. Neither was published, and may not even have been submitted. However, the draft manuscripts provide evidence of Dr Graham's thinking on this topic at the time of their creation.

99.   Now produced and shown to me and marked Exhibit "RDF36" is a printout of a series of files titled "EMBO J20 10", "EMBO J 27 10", and "EMBO J 30 10 95" which were created between 20 October 1995 and 30 October 1995. These files show a series of drafts. The central ideas contained in these documents are as follows:

(a)   that a common mechanism is responsible for antisense, co-suppression and viral resistance;

(b)   that the mechanism involves switching on an endogenous, posttranscriptional RNA degradative mechanism; and

B 6519

(c)   that it is likely that the mechanism is present in taxa other than plants, which notion is contained in the 30 October 1995 version of the draft paper at heading 7

and dot points following, which read "Evolutionary Conservation: Slime moulds, fungal system . . mammalian systems."

100. Now produced and shown to me and marked Exhibit "RDF37" is a printout of the first and last documents in a series of files variously named "BioEssays", which were created between 13 October 1995 and 21 June 1996 and last modified on 21 June 1996. The series of files comprises eight drafts, each titled "Mapping Transgene Inactivation in Plants Using Visible Phenotypes". These draft manuscripts are similar in themes to the "EMBO" series discussed above and exhibited as Exhibit"RDF36", namely:

(a) sectoring of phenotypes;

(b) the likelihood of, and evidence for, there being a common mechanism involved in antisense, co-suppression and viral resistance;

(c) that the mechanism involves switching on an endogenous, posttranscriptional RNA degradative mechanism; and

(d) the likelihood that the mechanism is present beyond plants.

The point contained in paragraph 100(d) above is shown by the statement included in the final section of each of the drafts attached hereto as Exhibit"RDF37", "Some evidence suggests that the process occurs in diverse taxa (23,24) including mammals (25,26)."

101. Also in relation to the point made at paragraph 100(d) above, the 21 June 1996 version of the draft paper includes an important paragraph on "Posttranscriptional gene inactivation in other taxa", which predicts that the sequence specific RNA degradation system is present in mammals.

## Other Documents and Correspondence                                    B 6520

102. Now produced and shown to me and marked Exhibit "RDF38" are printouts of 2 files titled "Covering Letter" and "App", respectively, which were created on 3 March 1996.

141453353                                                                          34.

These documents comprise Dr Graham's job application for the position of Principal Biotechnologist (Plant Genetics) at the Queensland Agricultural Biotechnology Centre, part of the Queensland Department of Primary Industries ("QDPI"). Exhibit "RDF38" includes a covering letter and a second document which sets out Dr Graham's "Response to Selection Criteria". This second document includes a discussion of the fact that Dr Graham sought to integrate projects and programmes in which he was involved with other projects and programmes (I refer particularly to the section titled "SC4" in this regard). I also note that this document, in particular the section titled "SC5", discusses Dr Graham's role within the Plant Virology Subprogram.

103.    Now produced and shown to me and marked Exhibit "RDF39" is a printout of a file named "Letter to Jim" which was obtained directly from Dr Graham's computer. This letter indicates that Dr Graham was offered a continuation of his position to 31 December 1997, a period of almost two years, for which there was funding from Smith's Snackfoods Company. This letter shows that the Potato Virus Project was funded through until 31 December 1997, and that it was not terminated. In fact, it appears from Dr Graham's job application to QDPI (attached hereto as Exhibit "RDF38") that, prior to writing this letter, Dr Graham had commenced seeking alternative employment despite the fact that he was involved in an ongoing project about which he appears to have been very enthusiastic.

104.    Now produced and shown to me and marked Exhibit "RDF40" is a copy of a letter obtained from CSIRO's personnel file for Dr Graham and dated 13 June 1996, in which Dr Graham tendered his resignation from CSIRO.

**Final report to Smith's Snackfoods Company**                B 6521

105.    Just prior to his departure from CSIRO, Dr Graham prepared what was his final report to Mr Peterson. Now produced and shown to me and marked Exhibit "RDF41" is a copy of a letter dated 3 July 1996 which Dr Graham prepared to send to Mr Peterson (by facsimile)

(the "Smith's Snackfoods Letter"). This letter was written after Dr Graham had tendered his resignation from CSIRO.

106.    This letter discusses the work that had been undertaken on the Potato Virus Project up until this time, and serves as a useful summary of that project's most significant achievements. I set out below a number of points in relation to the content of the Smith's Snackfoods Letter.

    (a)    At paragraph 2 on page 1, Dr Graham again refers to his belief that the mechanism of viral resistance is RNA-mediated.

    (b)    Dr Graham mentions, at paragraph 3 of page 1, the concept of "sectored immunity" and refers to a paper which he has prepared on this subject. While it is not clear exactly which paper Dr Graham is referring to, based on a review of his computer files, it is likely to be the documents attached hereto as Exhibit "RDF36" and Exhibit "RDF37" which he prepared apparently with a view to submission to either the journal *BioEssays* or the journal *EMBO*.

    (c)    Point 1 on page 2 describes the methods of inducing viral resistance that had been tried at this time. This section of the Smith's Snackfoods Letter refers to "Construct 2", for which particularly good results had been obtained. Figure 2 of the Smith's Snackfoods Letter indicates that 74% of tested lines were resistant to PVY. I note that Construct 2 is of the same design as the A4 Construct (which I discuss above). The only difference between the two diagrams is that Construct 2 shows only one gene fragment (being PVY NIa) whereas the A4 Construct contained a fusion of gene fragments from PVY and TMV. I note also that the results that are discussed in this letter are the results that were obtained from testing the ability of the A4 Construct to confer PVY immunity on transformed plants.

B 6522

141453353

36.

(d)    Construct 6, a diagram of which is included in Figure 3, is discussed in the first and

third paragraphs under the heading "Status of PVY/PLRV resistant/immune

lines". Construct 6 is a direct repeat construct, having two copies of a fusion of

PLRV polymerase and PVY NIa sequences, each inserted in a sense orientation. Dr

Graham states in the first paragraph that Construct 6 had been prepared. He goes

on to state in the third paragraph that the group had "created transgenic tobacco

with this which will be infected with PVY in about 3 weeks".

I.    THE OPPOSED APPLICATION

107.    Now produced and shown to me and marked Exhibit "RDF42" is a copy of the Opposed

Application. In addition, now produced and shown to me and marked Exhibit "RDF43"

and Exhibit"RDF44", respectively, are copies of Australian Provisional Patent Application

Nos. PP 2492 ("PP2492") and PP 2499 ("PP2499") (together the **"Provisional Applications"**)

which I understand to be the priority applications for the Opposed Application.

108.    Both of the Provisional Applications and the Opposed Application describe a number of

genetic constructs and schematic representations of these constructs are shown in the

Figures of each application. I have reviewed the constructs shown in these figures in the

light of the information from Dr Graham's computer files discussed above.

**Review of PP2492**

109:    As described in Example 1 of PP 2492 the plasmids shown in Figures 1 to 5 are base

plasmids which are to be used in the construction of other plasmids.

110.    Example 2 describes plasmids containing bovine enterovirus (BEV) polymerase genes.

These plasmids are shown in Figures 6 to 8.

**B 6523**

111.    Figure 9 shows a plasmid that is described on page 30 of the application as being "capable

of expressing the BEV polymerase structural gene as a GFP fusion polypeptide under the

141453353                                                    37.

control of the CMV-IE promoter sequence." I note that "GFP" is green fluorescent protein and the "CMV-IE promoter" is the cytomegalovirus intermediate-early promoter.

112.    Figures 10 and 12 show plasmids with BEV polymerase sequences under the control of CMV-IE promoter sequences and Figure 11 shows an antisense BEV polymerase under the control of a CMV-IE promoter sequence. Figures 16 to 18 show plasmids including both the CMV-IE and SV40L promoters and a single copy of BEV in either a sense or antisense orientation. Figure 21 shows a plasmid including the CMV-IE and SV40 late promoter where the promoters are arranged such that they drive expression in opposite directions.

113.    The plasmids shown in Figures 1 to 12, 16 to 18 and 21 are used in the construction of the plasmids shown in Figures 13 to 15, 19, 20 and 22. Each of these plasmids are either the same type of construct or a construct designed to achieve the same result as those constructs Dr Graham and the other members of the Plant Virology Group made and tested during Dr Graham's employment with CSIRO:

(a)    The plasmid shown in Figure 13 includes two copies of BEV under the control of CMV-IE. Accordingly this construct comprises a direct repeat and is the same type of construct as shown in Exhibit "RDF41" discussed in paragraph 106(d) above. It is also a construct of the same type as was successfully made by Dr Wang in or around early-mid 1995, and discussed in paragraph 36(a) above. The only differences between the constructs developed at CSIRO and the construct of Figure 13 are the selection of gene sequence (the substitution of BEV for TMV) and promoter (the use of the CMV-IE promoter instead of those used in the constructs made at CSIRO).

(b)    The plasmid shown in Figure 14 includes sense and antisense BEV under the control of CMV-IE. This construct comprises an inverted repeat and is the same type of construct as shown as the second construct in Exhibit "RDF10", discussed above at paragraphs 51 and 52.

*RTMcClei q* [signature] 38

(c)     The plasmid shown in Figure 15 includes a spaced apart inverted repeat of BEV under the control of CMV-IE. Such a construct was presumably designed to obtain double stranded RNA upon transcription. This is the same result as that achieved with construct 2 of the Smith's Snackfoods Letter Exhibit "RDF41". I also note that, as discussed in paragraph 36(a) above, Construct 2 is a spaced apart inverted repeat. As is also apparent from the content of my declaration, Construct 2 of the Smiths Snackfoods Letter is the same type of construct as the A4 Construct, which is discussed throughout my declaration. I refer in particular to Exhibit "RDF8", and the discussion of Exhibit "RDF8" at paragraph 43 above.

(d)     The plasmid shown in Figure 19 includes two sense copies of BEV under the control of two different promoters, CMV-IE and SV40L. This construct is the same type as constructs 8 and 9 of the Smith's Snackfoods Letter. Once again, the only differences between the constructs developed at CSIRO and the construct of Figure 19 are the selection of gene sequence and promoter.

(e)     The plasmid shown in Figure 20 includes a sense copy of BEV under the control of CMV-IE and an antisense copy of BEV under the control of SV40L. As explained previously this is a spaced apart inverted repeat construct which on transcription would be expected to result in double stranded RNA. This construct is the same type as Construct 2 of the Smith's Snackfoods Letter (I refer to the discussion in paragraph 113(c), above), the only difference being the selected gene sequence and promoter sequences.

**B 6525**

(f)     The plasmid shown in Figure 22 is a construct in which there is a single copy of BEV, the transcription of which is driven in a sense direction by CMV-IE and in an antisense direction by SV40L. This is the same type of construct as the first construct in Exhibit "RDF10" and as discussed at paragraph 29(c) above and shown in Exhibit "RDF5".

141453353

114.  From a review of the disclosure of PP2492 it would appear that there is disclosure of a number of constructs, however, there is no information that any of these constructs were tested. Furthermore there is no information in PP2492 that these constructs resulted in any modification of the level of gene expression. It is clear to me, however, based on the results obtained by Dr Graham and the other members of the Plant Virology Group during Dr Graham's employment with CSIRO, that the use of the constructs shown in Figures 13 to 15, 19, 20 and 22 would have resulted in a modification of the level of BEV expression. Without the results from CSIRO this could not have been predicted.

### Review of PP2499

115.  The plasmids shown in Figures 1 to 19 of this application are duplications of Figures 9 to 25, 27 and 28 of PP2492.

116.  In the same manner as for PP2492, this provisional application, PP2499, would appear to describe a number of genetic constructs. Once again, however, there is no information in PP2499 that these constructs were ever tested. Without the results from CSIRO, the effect of these constructs could not have been predicted.

### Summary of disclosures in provisional specifications

117.  Each of the provisional patent applications disclose a number of constructs. Each of these constructs are clearly based on the work done by Dr Graham and the other members of the Plant Virology Group during Dr Graham's employment with CSIRO. The provisional patent applications provide no information on testing of these constructs and without knowledge of the results obtained at CSIRO there is nothing to suggest that these constructs would be useful in modifying gene expression.                                    B 6526

118.  I also note that there is no information provided in the provisional patent applications that demonstrates that the constructs shown schematically in the Figures were in fact produced. In this regard it is noted that Figure 14 of PP2492 and Figure 6 of PP2499 show

141453353                                     R M CClaig                              40.

inverted repeats which are non-spaced apart. Such constructs are known to be unstable in

most E. coli hosts. Now produced and shown to me and marked Exhibits "RDF45" to

Exhibit "RDF49" are copies of the following publications:

(a)    Leach et al, Nature, Vol 305, 448-451, 1983 ("RDF45");

(b)    Warren et al, Journal of Bacteriology, Vol 161, 1103-1111, 1985 ("RDF46");

(c)    Lloyd et al, Journal of Bacteriology, Vol 164, 836-844, 1985 "RDF47");

(d)    Leach, BioEssays, Vol 16, 893-900 ("RDF48"); and

(e)    Muskens et al, Plant Molecular Biology Vol 43, 243-260, 2000 ("RDF49").

Each of these articles discuss the instability of inverted repeats (palindromes) in

prokaryotic hosts. This instability was noted in the Opposed Application at page 59 lines

27 and 28 – "All attempts to create direct palindromes of PVY sequences failed,

presumably such sequence arrangements are unstable in commonly used E. coli cloning

hosts". Accordingly, I believe it is exceedingly unlikely that the constructs shown

schematically in Figure 14 of PP2492 and Figure 6 of PP2499 were ever produced. This

leads me to question which, if any, of the constructs shown schematically in the Figures of

the provisional applications had in fact been made or whether the Figures are merely

ideas, the feasibility of which have never been tested.

119.    Given the absence of any information on *in vivo* testing of the constructs shown

schematically in the provisional patent applications and that at least a number of the

constructs had not in fact been produced, these provisional patent applications appear to

be based solely on information gained by Dr Graham during his employment with CSIRO.

B 6527

The Opposed Application

120.    The Opposed Application includes diagrammatic representations of a number of

plasmids. The constructs which include direct repeats and inverted repeats are shown in

141453353                                                                              41.

Figures 20 to 25 (BEV), Figures 26 and 40 (GFP), Figures 35 to 39 (Galt) and Figures 59 to 68 (PVY, based on constructs shown in Figures 47 to 54). Figures 27 (BEV) and 41 (Galt) show constructs in which two different promoters drive expression of the same sequence in a sense or antisense direction.

121. Figures 20 and 23 to 25 show the same plasmids as shown in Figures 13, 19, 20 and 15, respectively, of PP 2492, which I have discussed above in paragraphs 109 to 114. Figures 21 and 22 show constructs including direct repeats of BEV, three repeats in Figure 21 and four repeats in Figure 22. As I have discussed above in paragraph 113(a) constructs with multiple direct repeats were made at CSIRO during Dr Graham's employment.

122. The constructs shown in Figures 35 to 39 are the same as shown in Figures 20 and 22 to 25, respectively, with the only change being a substitution of the BEV sequence with the Galt sequence.

123. The construct shown in Figure 27 is the same as the construct shown in Figure 22 of PP 2492. I discuss this construct at paragraph 113(f). The construct shown in Figure 41 is the same type of construct as that shown in Figure 27 with the only difference being a change in the gene from BEV to Galt. I therefore make the same comments in relation to this construct as in relation to the construct shown in Figure 27.

124. The constructs shown in Figures 59 to 68 are designed for use in plants. The constructs include a PVY gene fragment and use the promoters, 35S and SCBV. I note that the work described in the Smith's Snackfoods Letter (and discussed elsewhere in my declaration including in relation to the series of constructs which included the A4 Construct) also involved the use of a PVY fragment and the 35S promoter. Furthermore, I note that the PVY fragment shown in Figures 59 and 68 and as described on page 58, lines 16-21 of the Opposed Application is identical to the SalI/HindIII PVY fragment made and used by Dr Graham during his employment at CSIRO. I refer to Exhibit NAS3 to the declaration of

R.McGing

42

Mr Neil Smith, which shows the work done to generate this identical SalI/HindIII PVY fragment.

125.    The constructs shown in Figures 59 to 61, 64 and 65 are the same type of construct as the constructs shown in Figures 20 to 22, 25 and 24 respectively. The difference between these groups of constructs is the promoter and the gene sequence.

126.    The construct of Figure 62 is a spaced apart direct repeat. The construct of Figure 63 is similar to the construct of Figure 64. The difference is that a shorter antisense PVY fragment is shown in Figure 63 compared to that shown in Figure 64.

127.    The construct of Figure 66 includes three copies of the PVY fragment in a sense orientation under the control of the 35S promoter and three copies of the PVY fragment in an antisense orientation under the control of the SCBV promoter. This is same type of construct as that referred to as Construct 2 (ie. Construct A4) which I have discussed above in paragraph 113(e).

128.    The construct of Figure 67 includes three copies of the PVY fragment in a sense orientation spaced apart from three copies of the PVY fragment in an antisense orientation under the control of the 35S promoter. Once again, when transcribed, this construct would produce double stranded RNA, which is also the expected product of Construct 2 (ie. Construct A4), as discussed above.

129.    The construct of Figure 68 includes multiple direct repeats of a PVY fragment. As discussed above in paragraph 113(a) Dr Wang made constructs comprising direct repeats during the period that Dr Graham was employed at CSIRO.

130.    As discussed above in paragraph 106, Construct 2 of the Smith's Snackfoods Letter comprises a PVY sequence in a sense orientation under the control of the 35S promoter and a PVY sequence in an antisense orientation under the control of the SCSV promoter.

RJMcCaig    43.

This is almost identical to the construct shown in Figure 65. The only alteration is the substitution of the SCBV promoter for the SCSV promoter.

131.  In contrast to the Provisional Applications, Example 5 of the Opposed Application describes tests conducted in tobacco with a number of the PVY containing constructs and the results are set out in Table 1. Not surprisingly given the results obtained at CSIRO during Dr Graham' employment, positive results were obtained with the construct of Figure 65.

132.  Example 6 of the Opposed Application describes experiments conducted in the mammalian cell line PK2 with "relevant constructs". It is not stated which constructs were tested, however, I assume this was a number of the Galt containing constructs. No results of these experiments are provided.

And I make this solemn declaration by virtue of the *Statutory Declarations Act* 1959, and subject to the penalties provided by that Act for the making of false statements in statutory declarations, conscientiously believing the statements contained in this declaration to be true in every particular.

DECLARED at Canberra in the Australian
Capital Territory on the 23 day of January
2003.

Declarant

Before me:

Witness

*Rebecca Jane McGloughlin*
LAWYER

Name [print in full]

Legal Practitioner
Qualification/Title

B 6530

141453353

44

# EXHIBIT 16

AUSTRALIA

*PATENTS ACT* 1990 (CTH)

IN THE MATTER OF AUSTRALIAN
PATENT APPLICATION NO. 743316 IN THE
NAME OF BENITEC AUSTRALIA LIMITED
AND STATE OF QUEENSLAND THROUGH
ITS DEPARTMENT OF PRIMARY
INDUSTRIES

– and –

OPPOSITION THERETO BY
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH
ORGANISATION

STATUTORY DECLARATION OF MING-BO WANG

I, MING-BO WANG, Senior Research Scientist, Commonwealth Scientific and Industrial

Research Organisation, do solemnly and sincerely declare as follows:

1    I am a Senior Research Scientist employed by the Division of Plant Industry of the

Commonwealth Scientific and Industrial Research Organisation ("CSIRO") to conduct

research in the area of plant viruses and gene silencing. The Division of Plant Industry is

located at Black Mountain in Canberra, ACT.

2.    I have been employed by CSIRO since 26 September 1994. In or around April 2002, I was

appointed to my current position as a Senior Research Scientist, conducting research on

gene silencing and virus resistance.

3.    I make this declaration from my personal knowledge and from information available to

me or which has been provided by or obtained from the records of CSIRO.

141419030

B 7177

4. I make this declaration in support of the opposition by CSIRO to Australian Patent Application No. 743316 in the name of Benitec Australia Limited and the State of Queensland through its Department of Primary Industries (the "Opposed Application")

A. MY BACKGROUND

5. I completed a Bachelor of Science at Peking University of China in 1984 and a Master of Science at the Chinese Academy of Sciences in 1987, and was awarded a PhD from Durham University in the United Kingdom in 1994. My PhD was in the area of plant molecular biology. I went on to do post-doctoral research at the Cooperative Research Centre (CRC) for Plant Science based at CSIRO Division of Plant Industry. Now produced and shown to me and marked Exhibit "MBW1" is a copy of my curriculum vitae.

6. I commenced work at CSIRO in September 1994 as a postdoctoral research fellow.

B. THE BARLEY VIRUS PROJECT

7. In September 1994, I commenced work on a project the aim of which was to investigate virus resistance in barley, in particular, resistance to the Barley Yellow Dwarf Virus ("BYDV") (the "Barley Virus Project"). I was appointed to work on this project as a replacement for Dr Michael Graham, who had been assigned to work on a different project investigating virus resistance in potatoes (the "Potato Virus Project"). Both of these projects formed part of a subprogram which I will call the "Plant Virology Subprogram", which was part of CSIRO Plant Industry's "Molecular Approaches to Improved plant Productivity, Protection and Nutritive Value" Program ("Program Y").

8. Although I was, in a sense, a replacement for Dr Graham on the Barely Virus Project, Dr Graham was appointed my co-supervisor for my work on the Barley Virus Project. My

141419030

2

B 7178

other co-supervisors were Drs Peter Waterhouse and Richard Brettell, who at that time were both Subprogram leaders within CSIRO Plant Industry. Dr Waterhouse was Subprogram leader of the Plant Virology Subprogram.

9.      In addition to being my co-supervisor in relation to the Barley Virus Project, Dr Graham was also appointed to work on the Potato Virus Project. The two projects were conducted in a highly collaborative manner. I discuss this further below.

10.     Around the time I commenced work on the Barley Virus Project, there was a significant amount of discussion in the scientific literature regarding virus resistance and gene silencing in plants. In or about October 1994 (soon after I started at CSIRO), Dr Graham gave me several papers on virus resistance and co-suppression. He also gave me abstracts of several papers on similar topics presented (by other groups) at the 4th International Congress of Plant Molecular Biology held in the Netherlands in June 1994.

11.     The widely held view at this time, was that virus resistance and gene silencing was protein-mediated. However, there was also a view expressed in the scientific literature, including in the papers or abstracts provided to me by Dr Graham and referred to above, that gene silencing in plants could be due either to "aberrant RNA" or overexpression of RNA. There was, however, no clear hypothesis as to what would constitute "aberrant" RNA at that time.

12.     I understand that work on the Barley Virus Project up until September 1994 had concentrated largely on the theory that virus resistance in plants is protein-mediated. However, it was a view of the Senior Team Members of the Barley Virus Project and the Potato Virus Project (being Dr Waterhouse, Dr Graham and me), from the time I commenced work on the Barley Virus Project, that we should investigate the theory that the trigger for virus resistance and gene silencing was RNA mediated. Consequently, the

141419030

3.

B 7179

vast majority of the work I conducted on the Barley Virus Project has been directed towards the investigation of RNA-mediated virus resistance in plants.

13.  Given the view held by the Senior Team Members that the cellular mechanism for virus resistance was likely to be RNA-mediated, we set about designing constructs which would either result in over-expression of RNA or in the expression of "aberrant RNA", by which we meant RNA with mismatches to the target RNA sequence. In this regard, we designed a number of different types of constructs that might achieve one, or both, of these aims. I set out my comments in relation to these categories of construct below.

**Early Work**

14.  When I commenced work on the Barley Virus Project, Dr Graham provided me with a number of wheat plants which he informed me, and I believed, had been transformed with a protein-mediated BYDV-resistance construct derived from BYDV coat protein ("cp") sequence.

15.  I immediately commenced work on the concept of RNA-mediated virus resistance. The work I conducted at this early stage included making co-suppression constructs. I designed these in such a way that the BYDVcp sequences are still transcribed into RNA but the RNA would not be translated into functional viral coat proteins because of the presence of stop codon(s) part way through the sequence (the presence of which halts translation).

16.  In early December 1994, I commenced making direct and inverted repeat constructs using a fragment of the tobacco mosaic virus ("TMV"). The TMV virus was chosen as a testing system for the RNA-mediated virus resistance model because this virus infects dicotyledonous plants (of which tobacco is one) which are more amenable to genetic transformation than the monocotyledonous barley plant. Dr Graham provided me with

141419030

4.

B 7180

the plasmid containing the TMV sequence which I used in this work. Dr Graham informed me, and I believe, that he had obtained this TMV sequence from Dr Robert de Feyter, another CSIRO scientist who was working within the Virology Program, and who was located in the room adjoining the one in which Dr Graham and I worked. The TMV inverted repeat construct was designed with a spacer sequence of at least 86 basepairs between the TMV repeated sequences. The spacer sequence itself was also palindromic, and therefore the entire TMV/spacer sequence formed a palindrome.

17.    Now produced and shown to me and marked Exhibit "MBW2" are copies of pages 29 to 40, inclusive, of my laboratory notebook number 17 ("Notebook 17"), which demonstrate the nature of work I undertook to generate inverted and direct repeat constructs prior to March 1995.

18.    Between late December 1994 and early February 1995, I continued to work towards cloning the direct and inverted TMV repeats described above. I also began work on making various BYDV coat protein constructs using fragments of the PAVcp and RPVcp genes (PAV and RPV are sequences from two different isolates of BYDV).

19.    The PAVcp and RPVcp fragments were obtained from plasmids made by Dr. Graham. These constructs were being prepared with a view to seeking to substantiate our theory of RNA-mediated virus resistance. Now produced and shown to me and marked Exhibit "MBW3" are copies of pages 44 to 52, and pages 72 to 81, inclusive, of my Notebook 17, which demonstrate the nature of this work.

20.    As discussed above, the Senior Team Members designed multiple copy direct repeat sequences in order to obtain high abundance of a specific RNA sequence in a cell. The theory behind this type of construct was that over-expression of an RNA sequence would be achieved by having one molecule carry multiple copies of the same sequence. In the

141419030

5

B 7181

course of designing these constructs I also designed, and attempted to make, inverted

repeat constructs  These inverted repeat constructs were designed with a non-TMV

additional DNA sequence ("**spacer element**") between the inverted repeat sequences  My

experimental work in relation to these constructs continued beyond February 1995 (my

work prior to this time is discussed above and I refer again to Exhibit "MBW2").

21.    Now produced and shown to me and marked Exhibit "MBW4" to Exhibit "MBW13" are

copies of the following notebook pages:

(a)    the "strategy" diagrams on page 30, dated 5 December 1994, and on page 100,

dated 9 March 1995, of Notebook 17 (Exhibit "MBW4"), set out the approach that I

intended to take in relation to:

(i)    generating inverted repeat constructs (where the two copies of the gene

fragment were inserted in opposite orientations); and

(ii)    making direct-repeat TMV constructs;

(b)    page 105 from Notebook 17, dated 15 March 1995, shows successful generation of

a 2-copy direct repeat clone (using a fragment of TMV) (Exhibit "MBW5");

(c)    page 106 from Notebook 17, dated 23 March 1995, shows successful generation of

a 4-copy direct repeat clone (using a fragment of TMV) (Exhibit "MBW6");

(d)    page 108 from my Notebook 17, dated 31 March 1995, shows work undertaken to

obtain 6- and 8-copy direct repeat clones (using a fragment of TMV) (Exhibit

"MBW7");

(e)    pages 112-113 from Notebook 17, dated 6 April 1995, shows successful generation

of 6- and 8-copy direct repeat clones (Exhibit "MBW8");  [missing p. 113]

141419030

6

Mingo Wayd

B 7182

(f)     pages 126-129 from Notebook 17, dated 9-10 May 1995, show work done to clone the 4- and 8-copy direct repeat clones mentioned above into a plasmid (pART7) (Exhibit "MBW9");

(g)     pages 100-109 of my laboratory notebook number 1195 ("Notebook 1195"), dated 12-24 May 1995 show the continued work to clone the 4- and 8-copy direct repeat clones mentioned above into a plasmid (pART7) (Exhibit "MBW10");

(h)     pages 37-43 (including two pages from laboratory notebooks of Dr Graham and of Mr. Smith which are attached between pages 38 and 39) and pages 45-47 of my laboratory notebook number 1525 ("Notebook 1525"), dated 2-12 January 1996, show work that was being conducted in relation to confirming the successful cloning of direct repeat constructs as described above (and inverted repeat constructs, which I discuss further below) (Exhibit "MBW11");

(i)     pages 51-53 of Notebook 1525, dated 17-30 January 1996, showing the transformation of *Agrobacterium tumefaciens* with the 8-copy direct repeat clones mentioned above (Exhibit "MBW12"); and

(j)     page 131 of Mr. Ellacott's laboratory notebook number 0866, dated 5 February 1995, show the results of challenging tobacco plants transformed with the 8-copy TMV direct repeat constructs (both sense and antisense orientations) with the TMV virus (Exhibit "MBW13").

22.     The inverted repeats were produced from KpnI XbaI fragments. These fragments were then religated and inserted into a KpnI site of the vector. Using this protocol only fragments which have religated in a "head-to-head " configuration will be inserted into the vector.

141419030

7

23. I had difficulty, in or around early 1995, in making the inverted repeat constructs I attempted. I had a number of conversations with others at CSIRO's Division of Plant Industry, including with Dr Abed Chaudhury about the difficulties I was experiencing in relation to generating inverted repeat constructs of the sort pictured in the diagram on my pages 30 and 100 of Notebook 17, exhibited hereto as Exhibit "MBW4" I received a number of suggestions as a result of these conversations regarding possible ways in which to overcome these technical difficulties. These suggestions included the fact that some more permissive strains of bacteria might be able to support inverted repeat constructs. I am unable to recall the other suggestions.

24. It is now widely known, and had been discussed in the literature by 1994, that it is very difficult to make perfect inverted repeats in the strains of *E.coli* we were using as hosts. Now produced and shown to me and marked Exhibit "MBW14" are copies of the following articles, from prior to 1994, which discuss the problems associated with cloning perfect inverted repeats ("palindromes") in *E coli*:

(a) Leach DRF and Stahl FW, 1983, Nature 305:448-451, "Viability of lambda phages carrying a perfect palindrome in the absence of recombination nucleases";

(b) Leach DRF, 1994, Bioessays 16:893-900, "Long DNA palindromes, cruciform structures, genetic instability and secondary structure repair";

(c) Warren GJ and Green RL, 1985, J Bacteriol 161:1103-1111, "Comparison of physical and genetic properties of palindromic sequences DNA"; and

(d) Lloyd RG and Buckman C, 1985, J Bacteriol 164: 836-844, "Identification and genetic analysis of *sbcC* mutations in commonly used *recBCsbcB* strains of *Ee coli* K-12".

141419030

8

B 7184

25.    In 1994, when I was attempting to generate these inverted repeats, I was unaware why I was experiencing difficulties in obtaining clones. I now know that the reason is that I was using strains of *E.coli* which were not suitable for cloning palindromes. These articles show that, had I used different, more appropriate, strains, I probably would have been successful. In retrospect, the problem with my initial attempts to generate perfect inverted repeat constructs appears to have been due to the vehicle I was using (that is, the strains of *E.coli*) rather than any inherent problem in the constructs themselves.

### "Bubble" PVY constructs

26.    The constructs which I describe as "bubble" constructs were designed to express "aberrant" RNA molecules containing sequence mismatches to part of the RNA sequence of the target virus, Potato Virus Y ("**PVY**"). Viral RNA produces both a positive strand and a negative strand during replication in plants. The idea behind making these constructs was therefore that the RNA produced by the "bubble" constructs, , would hybridise to the complementary viral RNA during replication and form duplex RNA with a bulge or a "bubble" in the middle where the RNA had not hybridised by virtue of the mismatches. Duplex RNA containing such a bulge would be subject to cleavage by the double-stranded ribonuclease RNase III, leading to removal of viral RNA, and thus would be capable of conferring virus resistance.

27.    Now produced and shown to me and marked Exhibit "MBW15" to Exhibit "MBW21" are copies of the following notebook pages:

    (a)    pages 110-111 inclusive from Notebook number 17, dated from 3 to 5 April 1995, which shows the initial work to make these PVY constructs ("MBW15");

B 7185

141419030                                                                                                9.

(b)    page 118 from Notebook 17, dated 11 April 1995, which shows the cloning

strategy for making PVY constructs with sequence deletion or with a relatively

large sequence insertion ("**MBW16**");

(c)    [missing] pages 114 and 125 of Notebook 17, dated 10 April and 4 May, 1995,

respectively, which show the successful construction of PVY "bubble" (insertion

or deletion) clones ("**MBW17**");

(d)    page 104 of Notebook 1195, dated on or around 15 May 1995, which shows the

successful cloning of the PVY "bubble" sequences into plasmid pART7

("**MBW18**");

(e)    page 116 of Notebook 1195, dated 1 June 1995, which shows the successful cloning

of the PVY "bubble" constructs into pART27 ("**MBW19**");

(f)    page 120-122, inclusive, of Notebook 1195, dated in and around 10 to 25 June 1995,

which shows the preparation of *A. tumefaciens* transconjugants of the PVY

"bubble" constructs for plant transformations and refers, on page 121, to steps

taken by Mr Smith to assist me in this on 21 June 1995 ("**MBW20**"); and

(g)    the following pages of Mr Ellacott's laboratory notebook number 0866, which

show transformation of tobacco with the PVY "bubble" constructs and testing of

the transgenic plants for PVY resistance ("**MBW21**");

(i)    pages 72 and 73, dated 19 July 1995;

(ii)    pages 96 and 97, dated 11 and 12 September 1995, respectively; and

(iii)    pages 112 and 113, dated 17 October 1995.

B 7186

141419030

10.

**Double promoter constructs**

28.  The Senior Team Members also designed double promoter constructs, the aim of which was to over-express RNA in the cell, and thereby pass the threshold level of RNA required to trigger the virus resistance mechanism, or simultaneously express sense and antisense RNAs which would hybridise to form an RNA duplex. Construction of these constructs commenced in or around early 1995

29.  Similarly, the Senior Team Members designed and (with the assistance of Mr Smith and Mr Ellacott)) generated a number of double promoter constructs to test this theory. One of these constructs was designated "A4" (the "A4 Construct"). The A4 Construct was an inverted repeat construct, in which one gene fragment sequence (a fusion of a PVY sequence and a TMV sequence) was under control of a single promoter, and another copy of the same gene fragment (inserted in an antisense orientation) was under the control of a second promoter. Transcription of this construct will result in double stranded RNA (because one sense and one antisense transcript are produced, which will form double stranded RNA due to their complementary sequences). This construct was designed by Dr Graham, and made either by Dr Graham or by Mr Smith or Mr Ellacott at Dr Graham's direction.

30.  The efficacy of the A4 Construct was first tested in tobacco plants in or around August 1995, and tobacco plants transformed with this construct showed increased frequency of immunity to PVY. These results, in my mind, provided a strong indication that constructs resulting in double stranded RNA played a significant role in triggering the cellular mechanism for virus resistance and gene silencing.

31.  Therefore, following these results, and based on my discussions with other Senior Team Members, I and other Senior Team Members realised that constructs having an inverted

141419030

11

B 7187

repeat DNA structure and the capacity to form duplex RNA were more effective than other constructs  Although at this stage I was still of the opinion that more than one mechanism might be involved, these results demonstrated that inverted repeats/duplex RNA formation was certainly an effective mechanism.

### Inverted repeat constructs

32.   The successful results that we obtained in relation to the A4 Construct, and the strong possibility that double stranded RNA was involved in the virus resistance mechanism, rekindled my determination to generate an inverted repeat construct including a single promoter that would produce double stranded RNA.  In light of the results obtained with the A4 Construct, I wanted to generate a construct that would contain both repeats in the same transcript.

33.   The reason I say that the A4 Construct results "rekindled" my determination to generate an inverted repeat construct in which both the sense and antisense sequences were under the control of the same promoter is that I had previously attempted (in or around late 1994 and early 1995) to make such inverted repeat constructs.  I refer to Exhibits "MBW2" and "MBW4" which set out my cloning strategy and the work which I undertook in initially trying to make the TMV inverted repeat construct. Now produced and shown to me and marked Exhibit "MBW22", are copies of pages 98-106, inclusive, of Notebook 17, dated 8-23 March 1995. Some of these pages are included in other Exhibits, however, they also show work done up until March 1995 by way of initial attempts to generate inverted repeats.

34.   As noted above, I was unable, from around late 1994 to March 1995, to generate perfect inverted repeat constructs using TMV gene fragments  I found my inability to do this frustrating, as inverted repeat constructs were a significant element of our experimental

12

B 7188

strategy  I thought that the difficulty I was experiencing may be due to instability of the inverted repeat construct in the cloning host I was using.  I explain at paragraph 23 above, that I discussed these difficulties with others at CSIRO.

35.    The inclusion of a spacer element is an effective way in which to stabilise perfect inverted repeat sequences for cloning in *E.coli*.  Following the results of the A4 Construct, and the retesting and confirmation of these results (which I discuss further below), in or around August 1997 I successfully made an inverted repeat construct that included a spacer element between the inverted repeat sequences.  These constructs involved the GUS gene, and I refer to the series of experiments in which I returned to attempts to make an inverted repeat as the "GUS Experiments".  Now produced and shown to me and marked Exhibit "MBW23" are copies of the following pages from my laboratory notebooks:

(a)    page 29 of my laboratory notebook number mbw5 ("Notebook mbw5"), dated 6 August 1997  which shows the commencement of work on the inverted repeat construct;

(b)    pages 31, 32 and 35, dated 11 August 1997 – 15 August 1997 of Notebook mbw5, which show successful construction of intermediate and final vectors containing the inverted repeat construct;

(c)    page 39, dated 21 August 1997, of Notebook mbw5 which shows transformation of *A.tumefaciens* with the vectors carrying the inverted repeat constructs; and

(d)    page 177 from my laboratory notebook number 96 ("Notebook 96") dated 16 October 1997, which shows the first recorded result of GUS silencing in rice callus by the inverted repeat constructs.

141419030

13

B 7189

36.   As noted above, the difficulties I experienced in late 1994 and early 1995 in attempting to make an inverted repeat construct were technical cloning difficulties, which are due to the fact that perfect inverted repeats (perfect palindromes) are unstable in some commonly used strains of *E.coli.* However, I made an inverted repeat construct with a non-palindromic spacer in or around August 1997. This construct resembles the A4 Construct, which is also a spaced apart inverted repeat where the spacer element is the second promoter and which we had also found to be stable.

C.   THE MANNER IN WHICH RESEARCH WAS CONDUCTED

37.   My primary role in relation to the Barley Virus Project was to design and generate the constructs and transform cereals (barley and rice) with the BYDV or co-suppression constructs. When I generated constructs, such as TMV and PVY constructs which were to be tested in dicot plants (usually tobacco), I would provide the constructs to Dr Graham, who would in turn arrange for the constructs to be transformed and tested in plants. In some instances, such as the cloning of the direct repeat TMV sequences into pART7 and pART27, the constructs were made through a collaborative effort between me and Dr. Graham.

38.   Mr Neil Smith was responsible for the tissue culture aspects of the Potato Virus Project until January 1995, while Mr Geoff Ellacott focused on the molecular biology aspects of the Projects. In January 1995, Mr Ellacott and Mr Smith switched responsibilities, and Mr Ellacott took over the tissue culture work. Mr Smith and Mr Ellacott worked largely at the direction and under the supervision of Dr Graham, assisting him with the Potato Virus Project and reporting the results of their work to him. After January 1995, I believe that Dr Graham provided constructs generated by me, such as the TMV direct repeat and the PVY bubble constructs to Mr Ellacott to transform tobacco and test the transgenic plants for resistance to TMV or PVY.

141419030

14.

B 7190

39.    As noted above, the manner in which the Barley Virus Project and the Potato Virus
       Project were conducted was highly collaborative and cooperative. In this regard, non-
       exhaustive examples are:

       (a)    pages 29 and 30 of my Notebook 17, attached hereto as Exhibit "MBW3" which
              contains references to a clone designated MG002, which had been made and
              provided to me by Dr Graham; and

       (b)    the journal articles on sectoring which are referred to and discussed in the
              declaration of Robert de Feyter; and

       (c)    the examples discussed at paragraphs 40 and 41 below.

40.    I also refer to Exhibit "MBW11" which include pages from notebooks of Dr Graham and
       Mr. Smith which I attached between pages 38 and 39 of my notebook. The pages indicate
       that Dr. Graham had acquired the intermediate TMV direct repeat clones from me and
       went on to make the TMV constructs in the pART27 vector. The page from Dr. Graham's
       notebook contains a reference to the attached page (page 84) of the laboratory notebook of
       Mr Smith, an indication that Dr Graham had provided this clone to Mr Smith for
       diagnostic analysis. Page 39 in Exhibit "MBW11" includes, about halfway down the page
       (labelled 10), a reference to an 8-copy TMV clone of "Mick's" which is designated
       (MG027). This clone was generated from the clone provided to Dr Graham. The clone
       (designated MG026 and found on the same page 39) had been provided to me by Dr
       Graham in order for me to prepare antisense TMV direct repeat constructs and I made
       that purpose very clear to Dr Graham at the time he gave me the clone.

41.    Now produced and shown to me and marked Exhibit "MBW24" is page 110 of my
       Notebook 17 dated 3 April 1995 which contains references to a clone designated MG001,
       that had been made and provided to me by Dr Graham.

                                                                              B 7191

141419030

                                                            15.

                                                        Nigel Waza

42. These examples are not exhaustive, as will be clear from the rest of the discussion in my declaration and the content of the notebook pages exhibited hereto.

43. My experimental work was conducted in the same laboratory in which Dr Graham, Dr Waterhouse and either Mr Smith or Mr Ellacott (during their respective time working on the molecular biology aspects of the projects) conducted their work. Dr Waterhouse and Dr Graham each had an office within this laboratory. My office was located across the corridor from the laboratory. Mr Ellacott (prior to January 1995) and Mr Smith (after January 1995) had a desk situated within the laboratory, but did not have a separate office.

44. Information and ideas were freely exchanged by the researchers working on the Barley Virus Project and the Potato Virus Project. As noted above, the two projects were conducted largely in parallel, and their subject matter was so similar that it would have been nonsensical not to share ideas and to discuss the progress of the two projects. All members of both projects had frequent discussions about the results of work that had been conducted to date, and ideas and strategies for further work. The Senior Team Members, in particular, continually discussed these matters.

45. I recall that many of these discussions were informal, and could involve all or any of the researchers. As far as I am aware, the substance of such discussions was never concealed from any researcher who had not participated in them. To the best of my knowledge, all developments, suggestions or proposals were, at some stage, discussed by the Senior Team Members, and often also Mr Smith or Mr Ellacott.

46. I further recall that there were a number of formal meetings that were held regularly during the course of the Barley Virus Project and the Potato Virus Project, such as the meetings of the Steering Committee for the CRC barely improvement program (the

141419030

16.

B 7192

"Steering Committee"). One of the requirements of the Barley Virus Project was to provide half yearly reports to the Steering Committee, which was comprised of scientists from CSIRO and representatives from CRC and from external funding agencies including the Grains Research and Development Council ("GRDC") and Australian malting and brewing industries. One of my responsibilities in relation to the Barley Virus Project was to draft these reports. I would then submit the draft reports to Dr Graham, who would review and comment on the draft before it was put into its final form and submitted to the Steering Committee. I would also report orally to the Steering Committee on the progress of the BYDV project, and on all of these occasions Dr. Graham would be present. In addition to the Steering Committee reports, I was also responsible for writing CRC annual reports and Dr. Graham would also assist me in preparing these reports.

47.    On the basis of my experience as a member of the Barley Virus Project, I do not believe that any member of the Barley Virus Project or the Potato Virus Project would ever have been unaware, for anything but the shortest period of time, of any significant developments in the progress of the projects, or in the experimental strategies that were being pursued.

## D.    WORK CONDUCTED AFTER THE DEPARTURE OF DR GRAHAM

48.    Dr Graham resigned from CSIRO in or about July 1996. As described above, by this time, the following types of constructs had been generated and tested in plants:

(a)    direct repeat constructs;

(b)    inverted repeat constructs; and

(c)    "bubble" constructs.

B 7193

141419030

17.

49.    Following Dr Graham's departure from CSIRO, the testing was continued for all of the types of RNA-mediated resistance constructs that had been designed and tested during the term of Dr. Graham's assignment to the BYDV and PLRV projects. Dr Waterhouse organised the testing of further double promoter constructs and "bubble" constructs. Mr Smith, Mr Ellacott and I were all involved in the testing of these constructs, the aim of which was to confirm and extend the encouraging results that had already been obtained.

50.    We therefore commenced creating these constructs, and we used this opportunity to test a number of different promoter combinations (especially in relation to the double promoter constructs).

51.    As noted above, the reason for these additional experiments was to confirm and extend the results that had been obtained prior to Dr Graham leaving CSIRO. This was a relatively time-consuming task: I estimate that it can take 5-9 months to conduct a full experiment of this sort (that is, to design and make a construct, to clone it successfully, to transform and test host cells and to assay the resulting transgenic plants for virus resistance or gene silencing).

52.    During the period July 1996 until mid-1997, while I was continuing to produce and test virus resistance and gene silencing constructs, my research focus shifted somewhat to the development of *Agrobacterium*-mediated transformation systems for cereals (barley and rice). This was largely due to the fact that one of the primary aims of the Barley Virus Project was to develop an efficient *Agrobacterium* system for barley transformation. Such a system was not available at the time and seriously hindered the progress of the Barley Improvement Program as a whole and the Barley Virus Project in particular. I was therefore required, due to my involvement in the Barley Virus Project, to conduct research with the aim of developing such a system.

B 7194

141419030

18

53.    I continued as usual to have informal day-to-day interaction with the members of the Potato Virus Project, which continued after Dr Graham's departure, and I was able to stay informed of the results that were being obtained by them over this period. I was therefore aware of the results obtained from testing the further constructs (described above) and knew that the results with the double promoter constructs were very positive.

54.    It was these results, and my understanding of their potential significance in terms of the involvement of double stranded RNA in the virus resistance mechanism, which led me to conduct the GUS Experiments, in which I generated an inverted repeat construct that resulted in generation of an RNA transcript that formed double stranded RNA by way of a hairpin loop. I discuss the Gus Experiments above, under the heading "inverted repeat constructs".

E.    CONTACT WITH DR GRAHAM AFTER HIS DEPARTURE FROM CSIRO

55.    I am aware that Dr Graham knew about the results of the GUS Experiments, because I have seen email correspondence between Dr Graham and Dr Waterhouse in which Dr Graham comments on this aspect of my work.

56.    My own contact with Dr Graham following his departure from CSIRO has been limited. Dr. Graham visited our laboratory on one particular occasion (which to the best of my recollection was after he attended a conference in Melbourne in or around 1997). During this visit, Dr. Graham mentioned "RNA stabilising sequences" to me and said he had heard these spoken about at the conference. He indicated that he had the aim of using these to stabilise RNA sequences in a cell so that the RNA transcripts could accumulate and induce silencing. This strategy was of the type that would be followed if one thought that the gene silencing and virus resistance mechanism was triggered by high copy number (or high levels of RNA in the cell). This represented a different approach from

B 7195

141419030

19.

the one Dr Graham had been following during his time at CSIRO, and I noticed this change in Dr Graham's approach at the time of this conversation.

57. Another particular occasion when I had contact with Dr Graham was during the conference "Proceedings of the International Symposium on Biotechnology of Tropical and Subtropical Species, Part II", held in Brisbane from 29 September – 3 October 1997. Dr Graham was a member of the organising committee for the conference. During the time of the conference, as well as immediately before and after, Dr Narayana Upadhyaya from CSIRO and I stayed at Dr Graham's home in Brisbane, at his invitation. We spent several evenings with Dr Graham and discussed in a general way the fact that the work on the Barley Virus Project and the Potato Virus Project was proceeding satisfactorily. During this time, Dr Graham did not reveal anything significant regarding his own research.

58. One other specific time at which I had contact with Dr Graham was when he asked me by way of an e-mail he sent me in or around early 1998 to provide him with one or more *Agrobacterium* transformation vectors (e.g. pWBVec2a). Dr. Graham told me in this e-mail that he would use the vector(s) for pineapple transformation.

59. I signed a confidentiality undertaking as a condition of my employment by CSIRO, and am also aware of my obligations under the *Science and Industry Research Act* 1939 (Cth). Consistent with these obligations, I did not knowingly reveal any detailed information regarding the two projects to Dr Graham.

And I make this solemn declaration by virtue of the *Statutory Declarations Act* 1959, and subject to the penalties provided by that Act for the making of false statements in statutory declarations, conscientiously believing the statements contained in this declaration to be true in every particular.

B 7196

141419030

20

DECLARED at Canberra in the Australian
Capital Territory on the 23 day of January
2003.

_____
Declarant

Before me:

_____
Witness

Irene Guirguis
_____     Solicitor
Name [print in full]

_____
Qualification/Title

B 7197

141419030

21.

# EXHIBIT 17

AUSTRALIA

*PATENTS ACT* 1990 (CTH)

IN THE MATTER OF AUSTRALIAN
PATENT APPLICATION NO. 743916 IN THE
NAME OF BENITEC AUSTRALIA LIMITED
AND STATE OF QUEENSLAND THROUGH
ITS DEPARTMENT OF PRIMARY
INDUSTRIES

– and –

OPPOSITION THERETO BY
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH
ORGANISATION

STATUTORY DECLARATION OF NEIL ANDREW SMITH

I, NEIL ANDREW SMITH, Research Scientist, Commonwealth Scientific and Industrial

Research Organisation, do solemnly and sincerely declare as follows:

1.    I am a Research Scientist employed by the Division of Plant Industry of the

Commonwealth Scientific and Industrial Research Organisation ("CSIRO") to assist in the

conduct of research in the area of plant viruses and gene silencing. The Division of Plant

Industry is located at Black Mountain in Canberra, ACT.

2.    I have been employed by CSIRO since May 1983. In or around June 1993, I was

appointed to my current position as a Research Officer to work in a group investigating

viral resistance in plants including potatoes, and gene silencing.

3.    I make this declaration from my personal knowledge and from information available to

me or which has been provided by or obtained from the records of CSIRO.

B 7390

141442807

4.    I make this declaration in support of the opposition by CSIRO to Australian Patent Application No. 743316 in the name of Benitec Australia Limited and the State of Queensland through its Department of Primary Industries (the "Opposed Application").

A.    MY BACKGROUND

5.    I completed a Bachelor of Science in 1982 at the Australian National University, Canberra, ACT. A copy of my *curriculum vitae* is attached hereto as Exhibit "NAS1".

6.    I commenced work at CSIRO in or around May 1983 as a Technical Officer.

B.    THE POTATO VIRUS PROJECT

7.    I commenced work in CSIRO Division of Plant Industry's Program Y in June 1993 as a Research Officer. I was initially responsible for the tissue culture aspects of a project relating to virus resistance in potato plants (the "Potato Virus Project"). The Potato Virus Project was part of a subprogram run within the Program Y. I will call the subprogram the Plant Virology Subprogram. The leader of the Plant Virology Subprogram, and consequently of the Potato Virus Project, was Dr Peter Waterhouse. At this time, I was located in the biosafety glasshouse, which is contained in a separate building from the laboratories used for the molecular biology aspects of the research undertaken as part of the Virology Subprogram. My direct supervisor was Dr Michael Graham.

8.    There was another project that was being undertaken as part of the Plant Virology Subprogram and in close connection with the Potato Virus Project. This was a project to investigate virus resistance in barley (the "Barley Virus Project"). The scientist who worked primarily on this project was Dr Ming-Bo Wang, who was co-supervised by Dr Waterhouse and Dr Graham. There was a high degree of interaction between, and

B 7391

141442807

collaboration in relation to, these two projects. I was aware, even while working in a separate building, of the close interaction between these projects.

B.    WORK UNDERTAKEN AS PART OF THE POTATO VIRUS PROJECT

9.    I understood that the Potato Virus Project was funded by an industry partner, Smith's Snackfoods Company, and was an applied project which aimed to develop potato plants that were resistant to a common potato virus, the Potato Leaf Roll Virus ("PLRV"). I further understood that the research team primarily responsible for the Potato Virus Project intended to generate genetic constructs, and use these to transform plants. Generally, this was done by introducing the constructs into *Agrobacterium tumefaciens*, a bacterium that naturally infects plants and that transfers DNA segments into plant cells where they can be integrated into the plant genome. All of the work up to, and including, this stage would be done by those responsible for molecular biology. I would use the *Agrobacterium* cultures to infect isolated plant tissues, and then culture the tissues on tissue culture media to select for transformed cells which could subsequently be regenerated into transformed (transgenic) plants. The plants would then be allowed to grow to a sufficient size, at which time they would be tested for resistance to the virus.

10.    During the period for which I was responsible for tissue culture and glasshouse work, I was not always fully aware of the precise details of the constructs I was asked to test in plants, or of strategic reasons underlying the generation of particular constructs. This was largely because, being located in a separate building, I was not in constant contact with the other members of the team, and I did not need to know this information in order to fulfil my responsibilities. At all times, however, I was aware that the results of this research were likely to have wider implications.

B 7392

141442807    *[signature]* Ng/ Smt [3]

11.    In January 1995, I changed roles within the Potato Virus Project, and began doing
molecular biology work, under the direct supervision of Dr Graham   Mr Geoff Ellacott,
who until that time had been working on molecular biology aspects of the Potato Virus
Project (making constructs), moved into the glasshouse and took over the role I had been
performing up until that time.

12.    From January 1995, due to my changed role, I had an increased understanding of the
strategy that was being pursued and of the ideas that the senior members of the group
had regarding the mechanism responsible for virus resistance in plants.

13     As noted above, from January 1995, my role involved making constructs under the
supervision of Dr Graham  From January 1995, I made a range of constructs, which used
different promoters, gene fragments and transcription terminators.  All of the constructs I
made were directed towards investigating non-protein (RNA-mediated) virus resistance
and gene silencing.  As my direct supervisor, Dr Graham was always aware of the work
that I was doing, and of any results that were obtained.  In fact, Dr Graham frequently
inspected, and worked from, my laboratory notebooks.  He relied on my notebooks to
provide a record of the work that had been conducted by me during the time he was my
supervisor.

**Double promoter constructs – series 1**

14.    One particular series of constructs which I made, together with Dr Graham, between
February 1995 and March 1995 were constructs designated "A2" to "A5".  This series of
constructs was made and tested in plants, with results obtained in August 1995.

15.    Now produced and shown to me and marked Exhibit "NAS2" is a copy of page 41 from
Dr Graham's laboratory notebook number 1191 which shows maps of Constructs A2 to

B 7393

141442807

4.

A5. It also illustrates the predicted RNA transcripts from Constructs A2 – A5. I make the following comments in relation to these constructs:

(a)    Construct A2 contains a DNA insert from a plasmid made by Dr Graham designated variously as MG014 and S9. Construct A2 contains a promoter linked to a sense fragment of PVY and a sense fragment of TMV as well as a sense GUS coding region. This construct was designed to investigate the expression of the reporter GUS gene whilst fused to the PVY and TMV fragments. Plants containing the DNA insert were tested for resistance to PVY and TMV.

(b)    Construct A3 contains a DNA insert from a plasmid made by Dr Graham which is described, variously, as MG017 and S8. Construct A3 contains a promoter linked to an antisense fragment of PVY, an antisense fragment of TMV and an antisense GUS gene. That is, RNA transcribed from the insert is complementary to the RNA transcribed from the insert of Construct A2. The experiment was designed to compare the ability of the (antisense) Construct A3 and the (sense) Construct A2 to confer virus resistance. In addition, these constructs served as controls for Constructs A4 and A5.

(c)    Construct A4 contains a DNA insert from a plasmid made by Dr Graham and designated, variously, as MG018 and S7. Construct A4 (the "A4 Construct") is a double promoter construct containing two copies of a PVY/TMV fusion fragment. The first copy contains sense PVY and sense TMV sequences (similar to that contained in Construct A2) and the second copy of the fusion fragment contains antisense PVY and antisense TMV sequences (similar to that contained in Construct A3). Each of these fusion PVY/TMV fragments is under the control of a separate promoter: the first is controlled by the 35S promoter and the second by

B 7394

the SC4 promoter. The second promoter also controls an antisense GUS sequence. Regions of potential RNA duplex formation are shown on the diagram on page 41.

(d)     Construct A5 contains a DNA insert from a plasmid made by Dr Graham and designated, variously, as MG019 and S10. It contains only one fusion fragment of GUS/PVY/TMV sequences but with two promoters. The two promoters are located one at either end of the fusion fragment and direct transcription convergently. This results in the production of two RNA transcripts, one of which will contain a PVY(antisense) /TMV(sense) sequence and the other of which will contain a TMV (antisense)/PVY(sense) sequence.  Regions of potential RNA duplex formation are shown on the diagram.

16.     Now produced and shown to me and marked Exhibit "NAS3" to Exhibit "NAS6" are copies of the following pages of my laboratory notebooks which show the nature of the work that we performed in order to generate the constructs:

(a)     Exhibit "NAS3" contains copies of pages 16-40, inclusive, of my laboratory notebook number 0863, dated from 10 February 1995 to 9 March 1995, which show the work undertaken in construction of the Constructs A2 to A5 and their insertion into plasmid pART27 for subsequent production of transformed plants;

(b)     Exhibit "NAS4" shows page 41 of my laboratory notebook number 0863, dated 13 March 1995 which shows the transformation of E.coli cells with the four constructs described above, and an additional construct, designated MG020 (or S11);

(c)     Exhibit "NAS5" shows pages 63, 68 – 69, 72 – 94 inclusive, of my laboratory notebook number 0863, dated between 26 July and 11 October 1995, which detail the Northern blot hybridisation experiments I conducted to confirm that tobacco

B 7395

141442807

plants that had been transformed with one of constructs A2 to A5 did, indeed, contain the relevant construct; and

(d)    Exhibit "NAS6" shows page 74 and pages 83-84, inclusive, of my laboratory notebook number 0865, dated 31 July 1995 and 31 August 1995, respectively, which set out the positive ELISA data that were obtained when plants transformed with Construct A2 and Construct A4 were subjected to a virus challenge using PVY or TMV. I note that each line of tobacco plants that was tested for resistance to PVY or TMV is an independent line.

17.    The ELISA data for these constructs were compelling and clearly showed that the A4 Construct, that had been designed to generate double-stranded RNA, was very effective at conferring resistance to PVY.

**Second series of double promoter constructs (the "F Series")**

18.    Following the results from the A4 Construct, a decision was taken to confirm the experiments using PVY sense/antisense cassettes. By "sense/antisense cassettes", I am referring to gene fragments, usually linked to promoter and terminator segments for expression, which can be inserted into a vector that is often referred to as a "backbone vector". In the case of our A4 and A5 Constructs, the cassette consisted of the sequences surrounding the fusion segment including the two promoters and the terminator sequences. We inserted the PVY/TMV gene fusion segment into this cassette twice, once in each orientation (hence my use of the term "sense/antisense cassettes").

19.    I commenced construction of this second series of double promoter constructs on or around 12 December 1995. This resulted in the construction and testing of, in particular, the constructs designated Construct F2 and Construct F6. I make the following comments in relation to these constructs:

B 7396

141442807

(a)    The F2 Construct was of the same basic design as the A4 Construct  The difference between the A4 Construct and the F2 Construct is the gene fusion fragments that comprise the cassette.  Where the A4 Construct used a fusion of PVY and TMV gene sequences, the gene fragment used in the F2 Construct was a fusion of sequences from PVY and PLRV genes.  The PVY gene fragment was the same as that used in the A4 Construct, namely a fragment of the *Nla* gene.  The PLRV gene fragment was from a polymerase gene of PLRV.  As with the A4 Construct, two copies of this fusion segment were used to generate the final construct, one under the control of the 35S promoter and the other, inserted in the opposite orientation, under the control of the S4 promoter (also referred to as SC4).

(b)    The F6 Construct also used the PVY/PLRV fusion fragment.  It differed from the F2 Construct in that both of the fusion fragments were inserted in the same orientation.  They were, however, still under the control of separate promoters (being the 35S and S4 promoters, as were used in the F2 Construct).

20.    Now produced and shown to me and marked Exhibit "NAS7" to Exhibit "NAS13" are the following pages from my laboratory notebooks which demonstrate the work that was conducted in the generation and testing of the F2 Construct and the F6 Construct:

(a)    Exhibit "NAS7" is a copy of page 126 of my laboratory notebook number 0863, dated 4 December 1995, which shows work done to prepare the PLRV/PVY fusion insert that was to be used in the F2 Construct and the F6 Construct;

(b)    Exhibit "NAS8" shows page 130 of my laboratory notebook number 0863, dated 7 December 1995.  This page shows that I was commencing work on the F Series. These particular constructs would be used as the backbone for constructs F1, F3,

141442807

Na/ Smith [8]

F4 and F5, and contained the S7 promoter instead of the 35S promoter used in the
F2 construct and the F6 construct;

(c)    Exhibit "NAS9" shows pages 153 – 160 inclusive of my laboratory notebook
number 0863, dated 23 January 1996 to 31 January 1996. These pages contain a
record of the steps I took to generate a PVY/PLRV fusion fragment for insertion
into a plasmid;

(d)    Exhibit "NAS10" shows pages 161 and 163 of my laboratory notebook number
0863, dated 1 – 2 February 1996. Page 161 contains a map of the final backbones
that were used for the F Series. By "backbone" I mean the constant elements of the
construct. As discussed above at paragraph 20, only the manner in which the
PVY.PLRV fusion constructs were inserted into this backbone distinguishes the F2
Construct from the F6 Construct. Page 163 shows the steps taken to insert the
PLRV/PVY fragment into the double promoter construct backbone;

(e)    Exhibit "NAS11" shows page 182 of my laboratory notebook number 0863. This
page includes a map of the PLRV/PVY inverted repeat construct designated "F2";

(f)    Exhibit "NAS12" shows page 186 of my laboratory notebook number 0863, dated 8
March 1996. This page shows the steps taken to generate the final F2 Construct
and F6 Construct, including their insertion into binary vector 246 which was
designed for use in plant transformation; and

(g)    Exhibit "NAS13" shows pages 190 to 200 inclusive of my laboratory notebook
number 0863, dated 22 March 1996 – 16 April 1996, which shows the final
generation of the F Series. Page 200 contains a table setting out details of these
constructs.

B 7398

141442807

Nel Smt 9

21.    The constructs in the F Series were used to transform potato plants, and results for the efficacy of Construct F2 and Construct F6 were obtained in or around early 1997  Now produced and shown to me and marked Exhibit "NAS14" is a copy of pages 120-122 and 125 of my laboratory notebook number 0860, dated 21 February 1997, which shows the results of a Southern Blot conducted to test the presence of the F2 and F6 Constructs in transformed plants. These results were obtained once the plants were large enough to analyse after having been transformed with the constructs.

22.    Dr Graham had left CSIRO in July 1996. He had therefore still been working at CSIRO when the F2 and F6 Constructs were made, but the results from the testing of Constructs F2 and F6 were not obtained until after his departure. I discuss this further below.

**Further confirmatory work**

23.    An additional series of experiments was also conducted to confirm the results obtained in relation to the A4 Construct (and others in that series). Soon after Dr Graham ceased employment at CSIRO, Dr Waterhouse decided to confirm and extend the data that had been obtained, for example to compare the effect of different promoters. I was instructed by Dr Waterhouse that this decision was made because the results we had obtained were significant, and it was felt that it was therefore important to confirm the data and to extend it.

24.    All of the constructs that we generated during these subsequent experiments gave positive results that were consistent with those that had been obtained prior to Dr Graham's departure. This work took approximately 8 months, and it was completed by in or around May 1997.

25.    The constructs I was making for the purpose of this series were all inverted repeat constructs, containing a fragment of a PVY NIa gene sequence. This series of constructs

141442807

Neil Smith[10.]

B 7399

(the "PVY Series") involved the use of a range of different promoters and promoter combinations.

26.    Now produced and shown to me and marked Exhibit "NAS15" to "NAS20" are copies of the following pages of my laboratory notebook number 0860 which set out details of the work I did in generating the PVY Series:

   (a)    page 82, dated 31 October 1996, which contains maps of the constructs that were proposed to be, and were, made as part of the PVY Series, details of how I obtained the PVY fragment that was used in the PVY Series (Exhibit "NAS15");

   (b)    pages 82-97 inclusive, dated 31 October 1996 – 5 December 1996, detail the steps taken to prepare the promoters and insert the PVY fragment to generate the PVY Series (Exhibit "NAS16");

   (c)    pages 100-103, inclusive, dated 3 December 1996 – 17 December 1996, detail insertion of the second promoter into various of the PVY Series (Exhibit "NAS17");

   (d)    page 106, dated 15 January 1997, shows the insertion of the PVY Constructs into the pART27 plasmid vector (Exhibit "NAS18");

   (e)    page 117, dated 11 February 1997, shows transformation of *A. tumefaciens* with constructs of the PVY Series (Exhibit "NAS19");

   (f)    pages 146 and 147, created between 30 April 1997 and 20 May 1997, show results obtained when the PVY Series was tested in tobacco (Exhibit "NAS20"); and

   (g)    page 194, dated between 3 and 20 November 1997 shows results of experiments that were conducted on subsequent generations immune lines of plants

B 7400

141442807

transformed the PVY Series (which show that the immunity was segregating as expected) (Exhibit "NAS21").

27.    At the same time as the PVY Series was being made and tested, I commenced a complementary series of PVY double promoter constructs in which the PVY repeats were direct repeats, rather than inverted repeats (the "**PVY Direct Repeat Series**"). Now produced and shown to me and marked Exhibit "NAS22" and Exhibit "NAS23" are copies of the following pages of my laboratory notebook number 0860:

    (a)    pages 123, 128 and 130 dated between 3 March 1997 and 7 April 1997 which show commencement of work on the PVY Direct Repeat Series, the intended structure of constructs in this series and indicate that this series was designed as a complement to the PVY Series described at paragraphs 25 and 26, above (Exhibit "NAS22"); and

    (b)    pages 131, 132, 134 and 136, dated between around 7 April 1994 and 14 April 1994 which show further steps taken to generate the PVY Direct Repeat Series (which I describe as the "S Series" in my notebook) (Exhibit "NAS23").

## Inverted repeat constructs

28.    Based on the success of the A4 Construct, we renewed our attempt to produce an RNA transcript with only a small loop between the complementary sequences, that is, where the DNA construct has only a small or no spacer.

29.    Now produced and shown to me and marked Exhibit "NAS24" are copies of the following pages from my laboratory notebook number 0860 which relate to work I did in trying to generate an inverted repeat without a spacer:

B 7401

141442807

(a)    pages 151 and 154, dated 21 May 1997, which outline a strategy, and steps taken in

following that strategy, to generate a construct capable of resulting in hairpin

RNA by removing the second promoter (ie the spacer element) between the 2

copies of the PVY sequence, using the construct designated N2 which was

equivalent to the A4 Construct; and

(b)    pages 170 and 171, dated 28 July 1997 and page 174, dated 1 August 1997, outline

a third, fourth and fifth strategy, and work done in pursuing those strategies, for

generating double stranded RNA in the form of a hairpin loop.

C.    WORKING ENVIRONMENT

30.    The laboratory in which the molecular biology for the Potato Virus Project and the Barley

Virus Project was carried out was a lively place in which to work. The researches

working in the laboratory engaged in a lot of informal discussion and there was a

continual exchange of ideas.

31.    There was a high degree of interaction between those of us working primarily on the

Potato Virus Project and on the Barley Virus Project.

32.    I also assisted Dr Wang in relation to his experiments to investigate the theory of

"aberrant RNA".

D.    CONTACT WITH DR GRAHAM AFTER HIS DEPARTURE FROM CSIRO

33.    Since Dr Graham ceased work at CSIRO in July 1996, I have had contact with him during

his visits to our laboratory in Canberra. I estimate that Dr Graham visited CSIRO Plant

Industry approximately 6 times between July 1996 and the time at which the Opposed

Application was filed. During these visits, we would often have a general discussion

with Dr Graham about the work we were doing at the time. I do not recall Dr Graham

B 7402

providing details of his work, other than to say that he was working on similar things. During one conversation with Dr Graham, I informed him (in response to a question he had asked me) that we were repeating the construction of the double promoter constructs, that is, the constructs I refer to as the PVY Series and the PVY Direct Repeat series above). On one occasion, Dr Graham visited the glasshouse, where constructs were being tested. To the best of my recollection, this visit occurred at around the same time as we were testing the F2 Construct and the F6 Construct.

And I make this solemn declaration by virtue of the *Statutory Declarations Act* 1959, and subject to the penalties provided by that Act for the making of false statements in statutory declarations, conscientiously believing the statements contained in this declaration to be true in every particular.

DECLARED at Canberra in the Australian
Capital Territory on the   23 day of January
2003.

_____    _____
                                  Declarant

Before me:

_____
Witness

_____
Name [print in full]
        Irene Guirguis
        Solicitor
_____
Qualification/Title

B 7403

141442807

14.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Paul E. Crawford, Esquire
> Connolly Bove Lodge & Hutz, LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19899

I further certify that on March 10, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated below:

**BY FEDERAL EXPRESS**

> Jason A. Lief, Esquire
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, NY  10178-0060

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Kevin M. Baird (No. 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kbaird@ycst.com

*Attorneys for Benitec Australia Ltd.*