IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NUCLEONICS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 04-174-JJF |

**PLAINTIFF'S CROSS-MOTION FOR PROTECTIVE ORDER PURSUANT
TO FED. R. CIV. P. 26(C), D. DEL. LR 30.2 AND THE TERMS OF
THE COURT'S DECEMBER 10, 2004 ORDER**

John W. Shaw (No. 3362)
Kevin M. Baird (No. 4219)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff
Benitec Australia Ltd.*

Of Counsel:

Marc R. Labgold, Ph.D.
Kevin M. Bell
Scott A.M. Chambers. Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
(703) 744-8000

DATED: March 14, 2005

In response to Defendant, Nucleonics, Inc.'s ("Nucleonics") Motion to Compel the Fed. R. Civ. P. 30(b)(6) deposition of the Plaintiff and the personal depositions of Benitec's Dr. Ken Reed and Dr. Michael Graham, Plaintiff, Benitec Australia Ltd. ("Benitec"), hereby cross-moves the Court, pursuant to Fed. R. Civ. P. 26(c) and D. Del. LR 30.2 for a protective order staying the personal depositions of Drs. Reed and Graham and precluding the Fed. R. Civ. P. 30(b)(6) deposition of Benitec pursuant to the terms of the Court's December 10, 2004 Order requiring all motions to compel to be filed on or before January 13, 2005 and staying discovery. Benitec submits herewith a combined Opposition to Nucleonics' Motion to Compel and Memorandum of Law in Support of its Cross-Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c), D. Del. LR 30.2 and the Terms of the Court's December 10, 2004 Order in further support of this motion.

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

In accordance with D. Del. L R 7.1.1, counsel for Benitec made a reasonable effort to reach agreement with Nucleonics' counsel on the matter set forth in this cross-motion by way of a telephone conference on Thursday, March 3, 2005. At that time, Nucleonics' counsel demanded that Nucleonics be allowed to go forward with the noticed depositions and maintained that Nucleonics would not withdraw its pending motion to compel.

Dated: March 14, 2005

Respectfully submitted,

Young Conaway Stargatt & Taylor, LLP

_____
John W. Shaw (No. 3362)
Kevin M. Baird (No. 4219)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

*Attorneys for Plaintiff Benitec Australia Ltd.*

WP3:1093734.1                                                                                          62922.1001

Of Counsel:

Marc R. Labgold, Ph.D.
Kevin M. Bell
Scott A.M. Chambers. Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia 22102
Telephone: (703) 744-8000

DATED: March 14, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Paul E. Crawford, Esquire
>Connolly Bove Lodge & Hutz, LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19899

I further certify that on March 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated below:

>**BY FEDERAL EXPRESS**
>Jason A. Lief, Esquire
>Morgan, Lewis & Bockius LLP
>101 Park Avenue
>New York, NY 10178-0060

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Kevin M. Baird (No. 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kbaird@ycst.com

*Attorneys for Benitec Australia Ltd.*

WP3:1092864.1    62922.1001