P:\OPER\EJH\PP2492.PRV - 18/6/98

- 46 -

/ claims ;

~~CLAIMS~~

1. A synthetic gene which is capable of modifying target gene expression in a cell, tissue or organ of a prokaryotic or eukaryotic organism which is transfected or transformed therewith, wherein said synthetic gene at least comprises a structural gene sequence comprising a nucleotide sequence which is substantially identical to the nucleotide sequence of said target gene or a derivative thereof or a complementary sequence thereto placed operably under the control of a promoter sequence which is operable in said cell, tissue or organ.

2. A synthetic gene which is capable of modifying the expression of a target gene in a cell, tissue or organ of a prokaryotic or eukaryotic organism which is transfected or transformed therewith, wherein said synthetic gene at least comprises multiple structural gene sequences, wherein each of said structural gene sequences comprises a nucleotide sequence which is substantially identical to the nucleotide sequence of said target gene or a derivative thereof or a complementary sequence thereto and wherein said multiple structural gene sequences are placed operably under the control of a single promoter sequence which is operable in said cell, tissue or organ.

3. A synthetic gene which is capable of modifying the expression of a target gene in a cell, tissue or organ of a prokaryote or eukaryote which is transfected or transformed therewith wherein said synthetic gene at least comprises multiple structural gene sequences wherein each of said structural gene sequences is placed operably under the control of a promoter sequence which is operable in said cell, tissue or organ and wherein each of said structural gene sequences comprises a nucleotide sequence which is substantially identical to the nucleotide sequence of said target gene or a derivative thereof or a complementary sequence thereto.

4. A genetic construct which is capable of modifying the expression of an endogenous gene or target gene in a transformed or transfected cell, tissue or organ wherein said

| ERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/100,812 | 06/19/98 | 530 | 1646 | 11535 |

APPLICANT: MICHAEL WAYNE GRAHAM, ST. LUCIA, AUSTRALIA.

**CONTINUING DOMESTIC DATA********************  None
VERIFIED

**371 (NAT'L STAGE) DATA*********************  None
VERIFIED

**FOREIGN APPLICATIONS************
VERIFIED        AUSTRALIA        PP2292        03/20/98

| Foreign Priority claimed 35 USC 119 (a-d) conditions met | ☒yes ☐no ☒yes ☐no ☐Met after Allowance | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's Initials    Initials | AUX | 28 | 33 | 33 |

ADDRESS: SCULLY SCOTT MURPHY & PRESSER
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

TITLE: SYNTHETIC GENES AND GENETIC CONSTRUCTS COMPRISING SAME I

FILING FEE RECEIVED: $3,666

FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following:

☐ All Fees
☐ 1.16 Fees (Filing)
☐ 1.17 Fees (Processing Ext. of time
☐ 1.18 Fees (Issue)
☐ Other _____
☐ Credit