# THE AMERICAN HERITAGE COLLEGE DICTIONARY

THIRD EDITION



HOUGHTON MIFFLIN COMPANY
*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
   p.   cm.
   ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
   1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227   1993
423—dc20                                       92-42124
                                                           CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at (http://www.hmco.com/trade/).

**1046**

**planogamete**

**plastering**

one side and convex on the other: *a planoconvex lens.*
**plan•o•gam•ete** (plăn′ō-găm′ēt, -gə-mēt′) *n.* A motile gamete, esp. one having undulipodia. [Gk. *planos,* wandering; see PLANOBLAST + GAMETE.]
**pla•nog•ra•phy** (plə-nŏg′rə-fē, plā-) *n.* A process for printing from a smooth surface, as lithography or offset. — **pla′no•graph′ic** (plā′nə-grăf′ĭk) *adj.* — **pla′no•graph′i•cal•ly** *adv.*
**pla•nom•e•ter** (plə-nŏm′ĭ-tər, plā-) *n.* A flat metal plate for gauging the accuracy of a plane surface in precision metalworking. — **pla•nom′e•try** *n.*
**plant** (plănt) *n.* **1.** *Bot.* **a.** Any of various photosynthetic, eukaryotic multicellular organisms of the kingdom Plantae, characteristically producing embryos, containing chloroplasts, having cellulose cell walls, and lacking locomotion. **b.** A plant having no permanent woody stem; an herb. **2.a.** A building or group of buildings for manufacture; a factory. **b.** The equipment, including machinery, tools, and fixtures and the buildings containing them, necessary for an industrial or manufacturing operation. **3.** The buildings, equipment, and fixtures of an institution. **4.** A person or thing put into place in order to mislead or function secretly, esp.: **a.** A person placed in a group of spectators to influence behavior. **b.** A spy or an observer stationed in a given location. **c.** A misleading piece of evidence placed so as to be discovered. **d.** A remark or an action in a play or narrative that becomes important later. **5.** *Slang.* A scheming trick; a swindle. — *tr.v.* **plant•ed, plant•ing, plants. 1.a.** To place or set (seeds, for example) in the ground to grow. **b.** To place seeds or young plants in (land); sow. **2.a.** To place (spawn or young fish) in water or an underwater bed for cultivation. **b.** To stock with spawn or fish. **3.** To introduce (an animal) into an area. **4.** To set firmly in position; fix. **5.** To establish; found. **6.** To fix firmly in the mind; implant. **7.a.** To station (a person) for the purpose of functioning in secret, as by spying. **b.** To place so as to be discovered and to mislead. **8.** *Slang.* To conceal; hide. **9.** *Slang.* To deliver (a blow or punch). [ME *plante* < OE and OFr., both < Lat. *planta,* shoot, sole of the foot. See plat-*.]
**Plan•tag•e•net** (plăn-tăj′ə-nĭt). Royal house of English kings from Henry II to Richard III (1154–1485).
**plan•tain¹** (plăn′tən) *n.* Any of various plants of the genus *Plantago* that produce dense spikes of small greenish flowers, esp. either of two Eurasian weeds, *P. major* or *P. lanceolata.* [ME < OFr. < Lat. *plantāgō, plantāgin-* < *planta,* sole of the foot (< its broad leaves). See plat-*.]
**plan•tain²** (plăn′tən) *n.* **1.** A large southeast Asian treelike herb *(Musa paradisiaca)* resembling the banana and bearing similar fruit. **2.** The fruit of this plant, used as a staple food. [Sp. *plátano, plántano,* plane tree, plantain < Lat. *platanus.* See PLANE⁴.]
**plantain lily** *n.* Any of several eastern Asian plants of the genus *Hosta,* cultivated for their large white, blue, or lilac flowers borne in a terminal scapose one-sided raceme.
**plan•tar** (plăn′tər, -tär′) *adj.* Of or occurring on the sole of the foot. [Lat. *plantāris* < *planta,* sole. See plat-*.]

— *v.* **plashed, plash•ing, plash•es.** — *tr.* To spatter about; splash. — *intr.* To cause a light splash. [Poss. *plashe,* pool of water < OE *plæsc.*]
**–plasia** or **–plasy** *suff.* Growth; development: *achondroplasia.* [NLat. < Gk. *plasis,* molding < *plassein,* to mold. pelə-²*.]
**plasm** (plăz′əm) *n.* See germ plasm 3.
**plasm–** *pref.* Var. of plasmo–.
**–plasm** *suff.* Material forming cells or tissue: *cytoplasm.* [< PLASMA.]
**plas•ma** (plăz′mə) also **plasm** (plăz′əm) *n.* **1.a.** The clear, yellowish fluid portion of blood, lymph, or intramuscular fluid in which cells are suspended. **b.** Blood plasma. **2.** *Med.* A germ-free sterilized blood plasma, used in transfusions. **3.** Cytoplasm or cytoplasm. **4.** The fluid portion of milk from which the curd is separated by coagulation; whey. **5.** *Phys.* An ionized gas containing nearly equal numbers of positive ions and electrons. [NLat. < LLat., image, figure < Gk. *plassein,* to mold. See pelə-²*.] — **plas•mat′ic** (plăz-măt′ĭk), **plas′mic** (-mĭk) *adj.*
**plasma cell** *n.* An antibody-producing cell found in lymphatic tissue and derived from a B cell upon reaction with a specific antigen.
**plas•ma•cyte** (plăz′mə-sīt′) *n.* See plasma cell.
**plas•ma•gel** (plăz′mə-jĕl′) *n.* A jellylike state of cytoplasm characteristically occurring in the pseudopod of the amoeba.
**plas•ma•gene** (plăz′mə-jēn′) *n.* A self-replicating hereditary structure thought to exist in cytoplasm and function in a manner analogous to but independent of chromosomal genes.
**plas•ma•lem•ma** (plăz′mə-lĕm′ə) *n.* See cell membrane. [PLASMA + Gk. *lemma,* husk; see LEMMA².]
**plasma membrane** *n.* See cell membrane.
**plas•ma•pher•e•sis** (plăz′mə-fĕr′ĭ-sĭs, -fə-rē′-) *n.* A process in which plasma is taken from donated blood and the remaining components are returned to the donor. [PLASM(A) + *aphairesis,* removal; see APHAERESIS.]
**plas•ma•sol** (plăz′mə-sôl′, -sŏl′, -sōl′) *n.* A state of plasm that is more liquid than plasmagel.
**plas•mid** (plăz′mĭd) *n.* A circular double-stranded unit of DNA that replicates within a cell independently of the chromosomal DNA and is most often found in bacteria.
**plas•min** (plăz′mĭn) *n.* A proteolytic enzyme in plasma that dissolves fibrin and other blood clotting factors.
**plas•min•o•gen** (plăz-mĭn′-ə-jən) *n.* The inactive precursor of plasmin that is found in body fluids and blood plasma.
**plasmo–** or **plasm–** *pref.* Plasma: *plasmin.* [< PLASMA.]
**plas•mo•des•ma** (plăz′mə-dĕz′mə) also **plas•mo•desm** (plăz′mə-dĕz′əm) *n., pl.* **-ma•ta** (-mə-tə) or **-mas** or **-desms.** *Bot.* A strand of cytoplasm that passes through openings in cell walls and connects the protoplasts of adjacent living plant cells. [PLASMO– + Gk. *desma,* bond (< *dein,* bind).]
**plas•mo•di•um** (plăz-mō′dē-əm) *n., pl.* **-di•a** (-dē-ə). A multinucleate mass of cytoplasm formed by the fusion