# EXHIBIT 3

Case 1:04-cv-00174-JJF    Document 103-4    Filed 03/18/2005    Page 1 of 4

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

March 3, 2005

Marc Labgold
Kevin Bell
Patton Boggs
8484 Westpark Drive
Ninth Floor
McLean, Virginia 22102

Re:   Benitec v. Nucleonics (D. Del.)

Dear Marc and Kevin:

I write to you in light of our rather bizarre telephone conference of several minutes ago that lasted only several minutes. You called, for the first time since January, to state that you were going to seek a protective order (although you have already defaulted on the deposition). You did not agree that you would provide dates in Delaware for deposition and refused to answer the question. You also refused to answer whether Ken Reed was planning to retire in the immediate future and therefore would be unavailable for deposition in the near future.

You also raised for the first time ever, the idea that we are under a stay of discovery. That stay ended, to my understanding, on January 28, 2005. That objection to these depositions was never raised in a month-and-a-half of correspondence.

I do not appreciate sudden ambush telephone calls after over a month of non-responsiveness. Nor do I know what you think you achieved by this phone call. I repeat again my question, will you provide Ken Reed on March 10, 2005 in Delaware?

Furthermore, given your previous mischaracterizations of our phone calls, I would urge you to provide a written statement of your position on this question. I am absolutely willing to take that deposition on that date in Delaware. Will you provide the witness?

Sincerely yours,

Jason A. Lief

101 Park Avenue
New York, NY 10178-0060
212.309.6000
Fax: 212.309.6273

# Morgan, Lewis & Bockius LLP
COUNSELORS AT LAW

## FACSIMILE COVER LETTER

**TO:** Marc Labgold / Kevin Bell

**FAX NO.:** 1-703-744-9001

**TOTAL PAGES:** 2

**FROM:** JASON A. LIEF, Esq.

**RE:** Benitec v. Nucleonics

**MATTER NO.:** 061610-0001

**DATE:** March 3, 2005

**COMMENTS:**

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL BACK AS SOON AS POSSIBLE. (212) 309-6000.

The information contained in or attached to this FAX message is CONFIDENTIAL AND PRIVILEGED. It is intended only for the use of the individual(s) named above. If you are not the named recipient or an agent of the named recipient, you are hereby notified that you have received this document in error and that review, dissemination or copying of this communication is prohibited; please notify us immediately by telephone and return the original documents and all copies to us by mail.

Philadelphia   Washington   New York   Los Angeles   Miami   Harrisburg   Pittsburgh   Princeton
London   Brussels   Frankfurt   Tokyo

| E | START TIME | REMOTE TERMINAL IDENTIFICATION | TIME | RE-SULTS | MODE | TOTAL PAGES | PERSONAL LABEL | FILE NO. |
|---|---|---|---|---|---|---|---|---|
| 03 | 03:53PM | 13971#616100001#1703 | 03'00" | OK | ES | 02 | | 017 |

```
E)ECM   >)REDUCTION   S)STANDARD    @)FORWARDING   M)MEMORY   C)CONFIDENTIAL   #)BATCH
                      D)DETAIL                                $)TRANSFER
                      F)FINE                                  P)POLLING
```