# EXHIBIT 4

Case 1:04-cv-00174-JJF    Document 103-5    Filed 03/18/2005    Page 1 of 4

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

March 4, 2005

**VIA FACSIMILE**

Marc Labgold
Kevin Bell
Patton Boggs
8484 Westpark Drive
Ninth Floor
McLean, VA 22102

Re:  Benitec Australia Ltd. v. Nucleonics Inc.

Dear Marc and Kevin:

We have received no response to our letter of yesterday. However, we have come across a press release from Benitec indicating that Ken Reed is indeed retiring on March 15, 2005. In light of this, and despite the significant inconvenience of doing so, we will agree to take this deposition in Virginia on the 10th of March.

Please confirm immediately.

Sincerely yours,

Jason A. Lief

JAL:htj

101 Park Avenue
New York, NY 10178-0060
212.309.6000
Fax: 212.309.6273

# Morgan, Lewis & Bockius LLP
COUNSELORS AT LAW

# FACSIMILE COVER LETTER

**TO:** Marc Lobgold / Kevin Bell

**FAX NO.:** 1-703-744-8001

**TOTAL PAGES:** 2

**FROM:** JASON A. LIEF, Esq.

**RE:** Benitec v. Nucleonics

**MATTER NO.:** 061610-0001

**DATE:** 3/4/05

**COMMENTS:**

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL BACK AS SOON AS POSSIBLE. (212) 309-6000.

The information contained in or attached to this FAX message is CONFIDENTIAL AND PRIVILEGED. It is intended only for the use of the individual(s) named above. If you are not the named recipient or an agent of the named recipient, you are hereby notified that you have received this document in error and that review, dissemination or copying of this communication is prohibited; please notify us immediately by telephone and return the original documents and all copies to us by mail.

Philadelphia   Washington   New York   Los Angeles   Miami   Harrisburg   Pittsburgh   Princeton
London   Brussels   Frankfurt   Tokyo

```
                                                          MORGANLEWIS-NY(7051)
·················································································· (AUTO) ··················
 E   START   REMOTE TERMINAL       TIME    RE-    MODE   TOTAL  PERSONAL LABEL       FILE
     TIME    IDENTIFICATION                SULTS         PAGES                       NO.
 R 04 01:13PM 13971#616100001#1703 02'35"  OK     ES     02                          022
```

```
 )ECM   >>REDUCTION   S)STANDARD   @)FORWARDING   M)MEMORY   C)CONFIDENTIAL   #)BATCH
                     D)DETAIL                                $)TRANSFER
                     F)FINE                                  P)POLLING
```