# EXHIBIT 5

03/09/2005 10:02 FAX                                                    @ 002



8484 Westpark Drive
Suite 900
McLean, VA 22102-5117
703-744-8000

Facsimile 703-744-8001
www.pattonboggs.com

Marc R. Labgold, Ph.D.
(703) 744-8095
MLabgold@pattonboggs.com

Practice Limited To Matters Before
Federal Courts and the United States
Patent and Trademark Office

March 9, 2005

**VIA FACSIMILE**

Jason A. Lief, Esq.
Morgan Lewis
101 Park Avenue
New York, NY  10178-0060

Re:   *Benitec Australia Ltd. v. Nucleonics, Inc.*
      Civil Action No. 04 CV 104

Dear Jason:

We received your March 8, 2005, letter.  Your position is noted.  Your can now stop the
histrionics.  You have already taken the issue up with the Court so you can stop threatening to
do so.  Put down your pen, step away from the computer and go spend some time doing
something constructive.

With best regards,

Marc R. Labgold, Ph.D.

MRL/jcg

cc:    Sarah J. Brashears, Esq.

03/09/2005 10:01 FAX                                                    ☑001

 **PATTON BOGGS** LLP
ATTORNEYS AT LAW

8484 Westpark Drive
Suite 900
McLean VA 22102
(703) 744-8000

Facsimile (703) 744-8001

| To: | Jason A. Lief, Esq. |
|---|---|
| Company: | Morgan Lewis |
| Fax Number: | 212.309.6001 |
| Phone Number: | 212.309.2111 |
| Total Pages Including Cover: | 2 |
| From: | Marc R. Labgold, Ph.D. |
| Sender's Direct Line: | (703) 744-8095 |
| Date: | March 9, 2005 |
| Client Number: | 023004.0101 |

Comments:

WASHINGTON DC

NORTHERN VIRGINIA

DALLAS

DENVER

ANCHORAGE

DOHA, QATAR

**Confidentiality Note:** The documents accompanying this facsimile contain information from the law firm of Patton Boggs LLP which is confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this Firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

If you did not receive all of the pages or find that they are illegible, please call (703) 744-8000.