IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENITEC AUSTRALIA LTD.,             :
                                    :
        Plaintiff,                  :
                                    :
v.                                  : Civil Action No. 04-174-JJF
                                    :
NUCLEONICS INC.,                    :
                                    :
        Defendant.                  :

### O R D E R

WHEREAS, the parties have written to the Court by e-mails dated March 10, 2005 discussing Defendant's objection to Plaintiff's cancellation of certain noticed depositions;

WHEREAS, the Court will consider the following after completion of briefing:

    1) Defendant's Motion To Amend (D.I. 91)

    2) Defendant's Motion To Compel (D.I. 94)

    3) Plaintiff's Motion For Protective Order (Proposed)

NOW THEREFORE, IT IS HEREBY ORDERED that:

    1) The parties shall not file any new motions.

    2) The parties shall submit a letter by March 25, 2005 setting forth any discovery not yet complete.

March 21, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE