**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

25 March 2005

The Honorable Joseph J. Farnan
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

Re:   Benitec Australia, Inc. v. Nucleonics, Inc. et al.
      Our File No. 04-CV-174

Dear Judge Farnan:

Pursuant to the Court's March 21, 2005 Order (D.I. 104), the parties jointly submit the following list of pending motions and associated briefing in the captioned matter. In addition, both parties identify what, if any, discovery that will be sought, but is not the subject of motion practice.

At the outset Nucleonics notes that no depositions have been taken in this case.

The following motions, seeking discovery and to amend pleadings are pending:

1. Nucleonics' Motion to Compel Discovery Pursuant to Rule 37, Fed. R. Civ. P. (D.I. 80-1/13/05)[1].

   A.  Nucleonics' Brief in Support of its Motion to Compel Discovery Pursuant to Rule 37 Fed. R. Civ. P. (DI 81-1/13/05).

   B.  Benitec's Answer to Nucelonics Motion to Compel Discovery Pursuant to Rule 37, Fed. R. Civ. P (DI 85 – 1/28/05).

   C.  Nucleonics' Reply Memorandum in Support of Its Motion to Compel Discovery And, In the Alternative, Request for Sua Sponte Dismissal (D.I. 87-2/2/05).

---

[1]  This Motion was argued but not resolved at the February 3, 2005 hearing in this matter (D.I. 93, Hearing Transcript, p. 2-3).

388261

Honorable Judge Joseph J. Farnan
25 March 2005
Page 2

  2. Nucleonics' Motion for Evidence from Nonparties (in Queensland Territories) Pursuant to The Hague Convention (D.I. 82-1/24/05).[2]

    A. Nucleonics' Memorandum in Support of Its Motion (D.I. 83-1/24/05).

    B. Benitec's Opposition to Defendant Nucleonics Motion for Discovery of Nonparties Pursuant to the Hague Convention (D.I. 88-2/7/05).

    C. Nucleonics' Reply In Support of Its Motion for Hague Convention Discovery and Further Response In Support of Its Motion to Compel (D.I. 90 -2/8/05).

  3. Nucleonics' Motion for Leave to File a First Amended Answer (D.I. 91-2/6/05).

    A. Nucleonics' Memorandum of Law In Support of Its Motion for Leave to File A First Amended Answer (D.I. 92 – 2/16/05).

    B. Benitec's Answering Brief to Nucleonics' Motion for Leave to File a First Amended Answer (D.I. 95-3/3/05).

    C. Nucleonics' Reply Brief in Support of Its Motion to Amend Its Answer (D.I. 98-3/10/05).

  4. Nucleonics' Motion and Memorandum To Compel Depositions Repeatedly-Refused By Plaintiff Benitec Pursuant to Fed. R. Civ. P. 37 (D.I. 94 – 2/28/05).

    A. Nucleonics' Opening Memorandum Is Included in Motion

    B. Benitec's Memorandum in Opposition to Motion (D.I. 101-3/14/05).

    C. Nucleonics' Reply Memorandum In Support of Its Motion to Compel Refused Depositions (and Opposition to Cross-Motion) (D.I. 103-3/18/05).

  5. Benitec's' Cross Motion For Protective Order Pursuant to Fed. R. Civ. P. 26(c), D.Del. L.R. 30.2 and The Terms of the Court's December 10, 2004 Order staying the noticed depositions of Drs. Reed and Graham and precluding the 30(b)(6) deposition of Benitec (D.I. 100-3/14/05).

---

[2] A related Motion for Discovery of Non Parties Pursuant to the Hague Convention (D.I. 79-1/6/05) was granted by this Court's Order dated January 11, 2005.
388261

Honorable Judge Joseph J. Farnan
25 March 2005
Page 3

    A.    Benitec's' Memorandum of Law In Support of Its Cross-Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) D. Del. L.R. 30.2 and the Court's December 10, 2004 Order (D.I. 101-3/14/05).

    B.    Nucleonics' Reply Memorandum In Support of Its Motion to Compel Refused Depositions (and Opposition to Cross-Motion) (D.I. 103-3/18/05).

In addition to the discovery sought in the above items, Nucleonics anticipates the need for additional deposition discovery from other scientists at Benitec – including authors of key lab notebooks first produced in January 2005 by the plaintiff-patentee; third party discovery by subpoena; and completion of Hague Convention evidence.

Benitec does not believe any additional discovery by either party is necessary. However, if the Court does allow limited discovery to proceed, Benitec would seek discovery from Nucleonics' witnesses on the issues of infringement, damages and any remaining affirmative defenses raised by Nucleonics with time limitations not to exceed those provided to Nucleonics.

Respectfully submitted,

/s/ Paul E. Crawford
Paul E. Crawford

PEC:jtf
cc:    John W. Shaw, Esq.
        Marc R. Labgold, Esq.

388261

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON March 25,2005, I electronically filed the foregoing Letter to The Honorable Joseph J. Farnan with the Clerk of the Court using CM/ECF which will send notification of such filing to John Shaw , Esq

I further certify that on March 25, 2005, I have mailed by United States Postal Service, the Letter to the following non-regitsered participant: Marc R. Labgold, Esq., Patton Boggs LLP, 8484 Westpark Dr, McLean VA 22102

/s/Paul E. Crawford
_____