UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>NUCLEONICS INC.,<br><br>        Defendant. | Civil Action No. 04-CV-174 (JJF) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Thomas J. Puppa, Miriam A. Levin, and Timothy P. Heaton, of the law firm of Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060 to represent Nucleonics, Inc. in this matter.

Date: April 22, 2005

                                                    /s/Paul E. Crawford
                                               Paul E. Crawford (#0493)
                                               Connolly Bove Lodge & Hutz LLP
                                               1007 N. Orange Street
                                               P. O. Box 2207
                                               Wilmington, DE 19899
                                               (302) 658-9141
                                               pcrawford@cblh.com

                                               *Attorney for Nucleonics, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                              _____
                                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the New York Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's rules.

Dated: April 12, 2005

Thomas J. Puppa
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060

Attorney for Defendant
Nucleonics, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the New York Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's rules.

Dated: April 13, 2005

Miriam A. Levin
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060

Attorney for Defendant
Nucleonics, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the New York Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's rules.

Dated: April 13, 2005

*Timothy P. Heaton*
Timothy P. Heaton
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060

Attorney for Defendant
Nucleonics, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John W. Shaw, Esq.
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 22, 2005 upon the following individuals by Federal Express:

>Marc Labgold
>Patton Boggs
>8484 Westpark Drive
>Ninth Floor
>McLean, VA 22102

>/s/Paul E. Crawford
>Paul E. Crawford (#0493)
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>P. O. Box 2207
>Wilmington, DE 19899
>(302) 658-9141
>pcrawford@cblh.com