IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., <br><br> Plaintiff, <br><br> v. <br><br> NUCLEONICS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-174-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF KEVIN M. BAIRD AS
COUNSEL FOR PLAINTIFF BENITEC AUSTRALIA LTD.**

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, Kevin M. Baird, Esq. withdraws from its representation of Benitec Australia Ltd. in this action. Benitec Australia Ltd. continues to be represented in this action by John W. Shaw and the law firm of Young Conaway Stargatt & Taylor, LLP, as well as by the law firm of Morrison & Foerster LLP.

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        _____
        John W. Shaw (#3362)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        jshaw@ycst.com

MORRISON & FOERSTER LLP
Barry E. Bretschneider
John P. Corrado
Charles C. Carson
1650 Tysons Boulevard, Suite 300
McLean, Virginia  22102
(703) 760-7700                                     *Attorneys for Benitec Australia Ltd.*

Dated: May 2, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Paul E. Crawford, Esquire
>Connolly Bove Lodge & Hutz, LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19899

I further certify that on May 2, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated below:

>**BY FEDERAL EXPRESS**
>
>Jason A. Lief, Esquire
>Morgan, Lewis & Bockius LLP
>101 Park Avenue
>New York, NY 10178-0060

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>John W. Shaw (No. 3362)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6600
>jshaw@ycst.com
>
>*Attorneys for Benitec Australia Ltd.*

WP3:1092864.1                                           62922.1001