IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-174-JJF |
| NUCLEONICS, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Benitec Australia Ltd. ("Benitec"), hereby moves pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to dismiss the instant case without prejudice, each party to bear its own costs. Dismissal is sought based on the U.S. Supreme Court's recent decision on the 35 U.S.C. § 271(e) exemption in *Merck KGAA v. Integra Lifesciences I, Ltd.*, 125 S. Ct. 2372 (2005). Benitec asked defendant, Nucleonics, Inc. ("Nucleonics"), to stipulate to voluntary dismissal, but it refused to do so, necessitating this motion. The grounds for the motion are more fully set forth in the accompanying memorandum.

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

In accordance with D. Del. L R 7.1.1, counsel for Benitec made a reasonable effort to reach agreement with Nucleonics' counsel on the matter set forth in this motion by way of a telephone conference on or about June 28, 2005. Nucleonics' counsel refused to stipulate to a voluntary dismissal without prejudice.

DB01:1782608.1        062922.1001

Dated: August 1, 2005

Respectfully submitted,

Young Conaway Stargatt & Taylor, LLP

_____
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware  19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Plaintiff Benitec Australia Ltd.*

Of Counsel:

Marc R. Labgold, Ph.D.
Kevin M. Bell
Scott A.M. Chambers. Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, Virginia  22102
(703) 744-8000

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

I, Glenn Mandalas, Esquire, hereby certify that on August 1, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Paul E. Crawford, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, Delaware 19899

I further certify that on August 1, 2005, I caused a copy of the foregoing document to be served in the manner indicated:

**BY FACSIMILE AND HAND DELIVERY**
>Paul E. Crawford, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

**BY FACSIMILE AND FEDERAL EXPRESS**
>Dennis J. Mondolino, Esquire
>Jason A. Lief, Esquire
>Morgan Lewis & Bockius LLP
>101 Park Avenue
>New York, NY 10178

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Attorney for Benitec Australia LTD