IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-174-JJF |
| ) | |
| NUCLEONICS, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER

Plaintiff, Benitec Australia Ltd. ("Benitec"), and defendant, Nucleonics, Inc. ("Nucleonics"), by counsel, hereby stipulate that Benitec's time to file and serve its reply in support of its motion to dismiss this case is extended to and including August 29, 2005.

/s/ _____ (4432)
John W. Shaw (No. 3362)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff Benitec Australia Ltd.*

/s/ Jason A. Lief (pro hac)
Paul E. Crawford (No. 0493)
CONNOLLY, BOVE, LODGE & HUTZ
LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

*Attorneys for Defendant Nucleonics, Inc.*

SO ORDERED this _____ day of August, 2005.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

#3886227