# EXHIBIT 3

Benitec Limited and Controlled Entities | ANNUAL REPORT | 2002-2003

## Letter from the Chairman



*Dear Shareholders*

I am pleased to present Benitec's Annual Report for the year ended 30 June 2003. This Report reviews a successful year of operations for the Company and Shareholders alike. Timely accomplishment of the corporate objectives throughout the year has resulted in the Company's strong share performance, despite a backdrop of poor market conditions for both Australian and international biotechnology companies.

In the first half of the year, we saw the disposal of all of the subsidiaries, assets and liabilities of the former Queensland Opals mining entity, leaving Benitec as an entirely biotechnology focused company.

Throughout the year, management has concentrated its activities in two main areas; perfecting and enlarging its intellectual property portfolio and identifying the disease targets upon which the Company will concentrate its future human therapeutic programme.

The nature of Benitec's broad and dominant intellectual property position, based upon its patents and know how, offers Benitec a business model which is very different from most other biotechnology companies. Through both exclusive licensing relationships and directly, Benitec will derive licensing revenue from third parties using this technology on a worldwide basis. This revenue will offset the Company's operational costs, as well as contribute to the cost of its therapeutic development programme. This has the dual effect of providing cash flow for the Company, whilst also substantially reducing the need for and frequency of fundraising activities. We are looking to achieve increased shareholder value by reducing the normal dilution process that is associated with the traditional biotechnology development and fundraising processes.

The recent guidelines on corporate governance highlight the need for increased internal vigilance and transparency in a company's affairs. We are committed to best practice in this important area and we will continue to implement processes which will further protect the interests of our shareholders.

We enter the 2003 financial year with increased certainty as to the importance and widespread application of our technology and with identified specific disease targets which will form the basis of our in-house commercial research programme. Our objectives for 2003/2004 are no less ambitious than for the past year and we are committed to achieving them. Our active public relations programme will ensure that you are kept regularly appraised of our achievements.

Finally, I thank all of my co-Directors and our employees for their unstinting support to Benitec over the past year; their work has laid a strong foundation for the success of Benitec in the future.

Yours sincerely,

*John A McKinley*
*Executive Chairman*

Benitec Limited and Controlled Entities | ANNUAL REPORT | 2002-2003

# Benitec's Business (Continued)

### Intellectual Property

Several years before the global scientific community accepted the reality of RNAi in mammalian cells, Benitec was the first to show the universality of RNAi by demonstrating the down-regulation of target gene expression in human and mammalian cells, inventing a reliable means of triggering the RNAi process using DNA constructs. Benitec's core patents are based on this early research and are supported by subsequent filings that extend the scope and jurisdiction of its IP and the utility of its technology.

Benitec's patent estate represents a dominant position in DNA-directed gene silencing, and potentially the dominant position in RNAi applications for humans and mammals. On June 4 and 5, 2003, the first US and UK patents for the application of RNA interference to mammalian cells were awarded to Benitec.

### Management Team and Responsibilities

### Benitec Limited and group Executive Chairman and CEO

John McKinley was appointed in March 2001 as CEO and in May 2002 as Executive Chairman and CEO of the new combined group. With over 15 years experience in the international biotechnology industry as a director and CEO of public and private companies and a background as a Solicitor specializing in Intellectual Property and Corporate law, John has experience of building and commercializing international companies. John has overall responsibility for all aspects of the group's development.

### Research and Development and IP

Dr Ken Reed, executive director of Benitec Limited, has more than 20 years research and development experience in Australia and overseas and is internationally regarded in the biotechnology industry. He has published extensively in scientific and technical journals and has authored several books and patents. Dr Reed directs and manages all of Benitec's R&D program and IP portfolio. Dr Reed is supported by Dr Peter Goss, Corporate and Project Manager. Dr Goss has a PhD from Harvard University in modelling genetic networks, an emerging area of bioinformatics. He has worked in strategy consulting and change management in London and the Netherlands. He manages Benitec's implementation of scientific projects.

Further details on Benitec's strategy, intellectual property and technology can be found on the website: www.benitec.com.

*Note: The following description of Benitec's Business was included in the Benitec Limited Annual Report 2002-2003 that was lodged electronically with the ASX.*

*Benitec is a research and development company in the business of developing proprietary technology and Intellectual Property (patents) with worldwide commercial application. Benitec's technology is based on gene silencing or "RNA Interference" (RNAi), a naturally occurring cellular mechanism that can shut down the activity of specific genes in humans, animals and plants. Benitec researchers were the first to demonstrate that gene silencing via RNAi works in mammals. The Company showed this in mammalian cell culture in 1998, and in live mammals in 2002.*

*Benitec patented its breakthrough gene silencing technology in 1998 and we believe it remains today the key patent in this rapidly developing field of research.*

22