# EXHIBIT 4

# Redacted in Full