# EXHIBIT 5

# EXHIBIT 5

## SEE DOCKET ITEM 34

*BENITEC'S OPPOSITION TO NUCLEONICS' MOTION TO DISMISS BENITEC'S CLAIM AND TO STAY ALL UNRELATED DISCOVERY*

**FILED UNDER SEAL JULY 27, 2004**