IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENITEC AUSTRALIA LTD.,

      Plaintiff,

v.

NUCLEONICS, INC., a Delaware corporation,

      Defendant.

Civil Action No. 04-174-JJF

**REDACTED VERSION DI 117**

## DEFENDANT NUCLEONICS, INC.'S UNOPPOSED MOTION AND SUPPORTING MEMORANDUM TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>

### <u>INTRODUCTION</u>

Defendant Nucleonics, Inc. hereby moves to file the attached Surreply (Exhibit 1) in response to plaintiff Benitec Australia Ltd.'s ("Benitec") Reply In Support of its Motion for Voluntary Dismissal Without Prejudice, in order to rebut the numerous legal arguments provided by Benitec for the first time in its Reply Memorandum and completely nonexistent in its Opening Memorandum. Delaware Local Rule 7.1.3 (c)(2) does not permit arguments in a Reply Brief that were non-existent in the Opening Brief as Benitec attempts here. Plaintiff does not oppose this Motion. See attached Certificate Pursuant to Local Rule 7.1.1.

### <u>ARGUMENT</u>

On August 1, 2005, Benitec served its Motion for Voluntary Dismissal Without Prejudice, pursuant to Fed.R.Civ.P. 41(a).

Defendant Nucleonics filed its answering Opposition to Benitec's Motion to Dismiss and Renewed Request To Amend To Add Declaratory Judgment Counterclaims of Invalidity and Fraud-Unenforceability on August 15, 2005. Benitec filed its Reply brief on August 29, 2005.

Benitec's opening memorandum of law was barely three pages long. It was – without question – a mere bare bones, place-holder brief which developed no legal arguments whatsoever. It cites only two cases – *Integra* and *Sierra Applied Sciences*, with no discussion whatsoever. Rule 41(a), upon which Benitec bases its motion, is merely cited – not quoted or discussed at any level of detail. Benitec's reply brief, on the other hand, is over five times longer than its opening brief with approximately seventeen pages of text.[1] It is the classic "sandbag," citing over thirty cases and quoting and extensively discussing Rule 41(a) for the first time in the reply.

Local Rule 7.1.3 (c) (2) explicitly provides that "[t]he party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief ..." Benitec should have placed all of its arguments in its opening brief so that Nucleonics would have a full and fair opportunity to respond to them in its opposition. Nucleonics therefore should be granted leave to file the attached surreply.

## CONCLUSION

For the foregoing reasons, Nucleonics, Inc. respectfully requests that this Court grant its motion to file the attached Surreply in response to Benitec's Reply In Support of its Motion for Voluntary Dismissal Without Prejudice.

---

[1] This district's local rules implicitly contemplate that reply briefs should be shorter than opening briefs by providing a lower page limit for reply briefs. Del. L.R. 7.1.3(a)(D).

Dated: September 14, 2005

Respectfully submitted,


    */s/ Paul E. Crawford*
Paul E. Crawford, Esq. (#0493)
CONNOLLY, BOVE, LODGE
  & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware  19899
Telephone: (302) 658-9141
pcrawford@cblh.com

Dennis J. Mondolino
Jason A. Lief
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York   10178
Telephone: (212) 309-6000

Attorneys for Nucleonics Inc.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that prior to filing this motion, on August 26, 2005 I communicated via email with Richard Oparil, counsel for plaintiff Benitec Australia Ltd. I asked whether Benitec would agree to Nucleonics' Motion to file a Surreply. Mr. Oparil replied, indicating that Benitec "will not affirmatively consent, but ... will not oppose a motion for leave."

Jason A. Lief
Attorney for Defendant Nucleonics, Inc.

**CERTIFICATE OF SERVICE**

I, Paul E. Crawford, hereby certify on this 14th day of September, 2005 I electronically filed the foregoing **REDACTED VERSION OF DEFENDANT NUCLEONICS, INC.'S UNOPPOSED MOTION AND SUPPORTING MEMORANDUM TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw, Esq.
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899

I hereby certify that on this 14th day of September, 2005, I have forwarded by Federal Express, the document to the following non-registered participants:

> Marc Labgold
> Patton Boggs
> 8484 Westpark Drive
> Ninth Floor
> McLean, VA 22102

> _/s/ Paul E. Crawford_
> Paul E. Crawford (# 0493)
> CONNOLLY, BOVE, LODGE & HUTZ
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, Delaware 19899
> pcrawford@cblh.com