IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENITEC AUSTRALIA, LTD., :
:
    Plaintiff, :
:
v. : Civil Action No. 04-174 JJF
:
NUCLEONICS, INC., :
:
    Defendant. :

### O R D E R

WHEREAS, Defendant Nucleonics, Inc. ("Nucleonics") filed a Motion For Leave To File An Amended Complaint (D.I. 91);

WHEREAS, Although Nucleonics must obtain leave of the Court in order to amend its pleadings, that leave "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a);

WHEREAS, The Court finds that Nucleonics' proposed defenses and counterclaims are not futile, and that granting leave to amend in this instance would not cause Benitec undue prejudice;

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion For Leave To File An Amended Complaint (D.I. 91) is **GRANTED**.

September 14, 2005                     /s/ Joseph J. Farnan
    DATE                              UNITED STATES DISTRICT JUDGE