IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-0174 JJF |
| NUCLEONICS, INC., | : |
| Defendant. | : |

O R D E R

WHEREAS, by Memorandum Opinion and Order dated September 29, 2005 the Court granted Plaintiff's Motion For Voluntary Dismissal Without Prejudice;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Nucleonics, Inc.'s Motion To Compel Discovery (D.I. 80) is **DENIED** as moot.

2. Nucleonics, Inc.'s Motion For Discovery Of Nonparties Pursuant To The Hague Convention (D.I. 82) is **DENIED** as moot.

3. Nucleonics, Inc.'s Motion To Compel Depositions Repeatedly Refused By Plaintiff (D.I. 94) is **DENIED** as moot.

4. Benitec Australia LTD's Cross Motion For Protective Order Pursuant To Fed. R. Civ. P. 26(c), D. Del. LR 30.2 And The Terms Of The Court's December 10, 2004 Order (D.I. 100) is **DENIED** as moot.

September 29, 2005  
DATE

Joseph J. Farnan Jr.  
UNITED STATES DISTRICT JUDGE