IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., <br><br> Plaintiff, <br><br> v. <br><br> NUCLEONICS, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No. 04-174-JJF |

### NUCLEONICS' NOTICE OF APPEAL

Notice is hereby given that Defendant, Nucleonics, Inc,. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order of September 29, 2005 in the above-captioned matter (D.I. 122), granting Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (D.I. 108), and the reasons underlying that Order stated in the Memorandum of September 29, 2005 (D.I. 121).

Respectfully submitted,

Dated: October 27, 2005

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)
CONNOLLY, BOVE, LODGE
 & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141

Dennis J. Mondolino
Jason A. Lief
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

*Attorneys for Nucleonics Inc.*

424670

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within NUCLEONICS' NOTICE OF APPEAL was served on the 27th day of October, 2005, by Federal Express & Hand Delivery upon the following:

Marc Labgold
Patton Boggs
8484 Westpark Drive
Ninth Floor
McLean, VA  22102

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899