IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD., <br><br> Plaintiff, <br><br> v. <br><br> NUCLEONICS, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No. 04-174-JJF |

## NOTICE OF CHANGE OF ADDRESS & FIRM NAME

Effective immediately, please be advised of the new address of the undersigned counsel as follows:

> Jason A. Lief, Esquire
> Dennis J. Mondolino, Esquire
> McDermott, Will & Emery, LLP
> 50 Rockefeller Plaza
> New York, NY 10020
> Tel:   (212) 547-5400
> Fax:   (212) 547-5444

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Paul E. Crawford
Paul E. Crawford, Esq. (#0493)
CONNOLLY, BOVE, LODGE
 & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141

*Attorneys for Nucleonics Inc.*

Dated: November 23, 2005

429906

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify on this 23rd day of November, 2005 I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS AND FIRM NAME** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw, Esq.
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899

I hereby certify that on this 23rd day of November, 2005, I have forwarded by Federal Express, the document to the following non-registered participants:

> Marc Labgold
> Patton Boggs
> 8484 Westpark Drive
> Ninth Floor
> McLean, VA 22102

> /s/ Paul E. Crawford
> Paul E. Crawford (# 0493)
> CONNOLLY, BOVE, LODGE & HUTZ
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, Delaware 19899
> pcrawford@cblh.com