UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENITEC AUSTRALIA LTD.,<br><br>                    Plaintiff,<br><br>v.<br><br>NUCLEONICS INC.<br><br>                    Defendants. | Civil Action No. 04-174 (JJF) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac* vice of Christine A. Pepe of the law firm of McDermott, Will & Emery, LLP, 50 Rockefeller Plaza New York, NY 10020 to represent Defendant, Nucleonics, Inc., in this matter.

Date:  November 23, 2005          /s/ Paul E. Crawford
                                  Paul E. Crawford, Esq. (#0493)
                                  Connolly Bove Lodge & Hutz LLP
                                  Nemours Building
                                  1007 N. Orange Street, PO Box 2207
                                  Wilmington, DE 19899-2207
                                  (302) 658-9141
                                  *Attorney for Nucleonics, Inc.*

ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Christine A. Pepe is GRANTED.

Dated: _____        _____
                                  United States District Court Judge

429911

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the New York Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules.

Dated: November 22, 2005

_/s/ Christine A. Pepe, Esquire_
Christine A. Pepe, Esquire
McDermott, Will & Emery, LLP
50 Rockefeller Plaza
New York, NY 10020
Tel:  (212) 547-5400
Fax:  (212) 547-5444

Attorney for Defendant
Nucleonics, Inc.

429911

## CERTIFICATE OF SERVICE

I, Paul E. Crawford, hereby certify on this 23rd day of November, 2005 I electronically filed the foregoing **Motion and Order for Admission Pro Hac Vice of Christine A. Pepe** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw, Esq.
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899

I hereby certify that on this 23rd day of November, 2005, I have forwarded by Federal Express, the document to the following non-registered participants:

> Marc Labgold
> Patton Boggs
> 8484 Westpark Drive
> Ninth Floor
> McLean, VA 22102

> /s/ Paul E. Crawford
> Paul E. Crawford (# 0493)
> CONNOLLY, BOVE, LODGE & HUTZ
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, Delaware 19899
> pcrawford@cblh.com

429911