# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 06-1122 - BENITEC AUSTRALIA V NUCLEONICS

Date of docketing:    12/14/05

Appeal from: United States District Court/ District of Delaware
case no. 04-CV-0174 JJF

Appellant(s): NUCLEONICS, INC.

**Critical dates include:**
  Date of docketing. See Fed. Cir. R. 12.
  Entry of appearance. See Fed. Cir. R. 47.3.
  Certificate of interest. See Fed. Cir. R. 47.4.
  Docketing Statement. (Due within 14 days of the date of docketing.)   See the en banc order
     dated August 1, 2005. [Counsel can download a copy of the order and guidelines at
     www.fedcir.gov.]
  Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not
     favored by the court.**
  Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from
     the Clerk's Office.**
  Settlement discussions. See Fed. Cir. R. 33.
  Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

**Attachments:**
  Official caption to all.
  Docketing Statement. (Only in cases where all parties are represented by counsel.)
  Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call
     202.633.6550.]
  Entry of appearance form to all.
  Informal brief form to pro se parties.
  Transcript Purchase Order form to appellants.
  Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants
     owing the docketing fee.


Jan Horbaly
Clerk


cc:   US District Court, DE
      Paul E. Crawford
      John W. Shaw

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

06-1122

BENITEC AUSTRALIA, LTD.,

           Plaintiff-Appellee,

v.

NUCLEONICS, INC.,

           Defendant-Appellant.

Appeal from the United States District Court for the District of Delaware in case no. 04-CV-0174, Judge Joseph J. Farnan, Jr.

Authorized Abbreviated Caption[2]

BENITEC AUSTRALIA v NUCLEONICS, 06-1122

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

Type of Case: PATENT INFRINGEMENT

**06  1122**

RECEIVED
DEC 1 4 2005
United States Court of Appeals
For The Federal Circuit

Caption: Benitec Australia v. Nucleonics Inc. et al

Plaintiff(s): Benitec Australia LTD.

Defendant(s): Ambion Inc.*, Genscript Corporation*, Nucleonics Inc.

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. CV 04-174        Date of Judgment/Order: 9/29/05

Cross/Related Appeal: NO
Date of Notice of Appeal:    10/27/05
Date of Notice of Appeal Docketed: corrected on 12/8/05
Appellant is: Nucleonics Inc.
Fees: Court of Appeals Docket Fee Paid? PAID
U.S. Appeal? Yes

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2005

JAN HORBALY
CLERK

## COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| John W. Shaw | Paul E. Crawford |
| Young, Conaway, Stargatt & Taylor | Connolly, Bove, Lodge & Hutz |
| The Brandywine Building | The Nemours Building |
| 1000 West Street, 17th Floor | 1007 North Orange Street |
| P.O. Box 391 | P.O. Box 2207 |
| Wilmington, DE 19899-0391 | Wilmington, DE 19899 |

Attorney for Plaintiff                Attorney for Defendant

### COURT REPORTER(S)
(Name and Telephone Number)

| Leonard Dibbs | Phone: 302-573-6195 |
| Kevin Maurer | Phone: 302-573-6196 |
| Valerie Gunning | Phone: 302-573-6194 |
| Brian Gaffigan | Phone: 302-573-6360 |

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _____
Deputy Clerk

Date:   December 8, 2005