IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BENITEC AUSTRALIA LTD., :
:
      Plaintiff, :
:
v. : Civil Action No. 04-0174 JJF
:
NUCLEONICS, INC., :
:
      Defendant. :

O R D E R

At Wilmington, this 29th day of September 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The Motion For Voluntary Dismissal Without Prejudice (D.I. 108) filed by Plaintiff, Benitec Australia, Ltd. is **GRANTED**.

2. Defendant Nucleonics, Inc.'s Unopposed Motion And Supporting Memorandum To File A Surreply In Opposition To Plaintiff's Motion For Voluntary Dismissal Without Prejudice (D.I. 117) is **GRANTED**.

3. The Surreply attached as Exhibit 1 to the Unopposed Motion And Supporting Memorandum To File A Surreply In Opposition To Plaintiff's Motion For Voluntary Dismissal Without Prejudice (D.I. 117) is deemed filed.

*[Signature]*
UNITED STATES DISTRICT JUDGE