# United States Court of Appeals for the Federal Circuit

06-1122

BENITEC AUSTRALIA, LTD.,

Plaintiff-Appellee,

v.

NUCLEONICS, INC.,

Defendant-Appellant.

FILED
OCT 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Judgment

ON APPEAL from the   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

in CASE NO(S).   04-CV-0174 JJF

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/11/07

ENTERED BY ORDER OF THE COURT

DATED JUL 20 2007

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** OCT 11 2007